**Fill in this information to identify your case:**

Debtor     Joseph Klaynberg (MG)

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number   22-10165 (MG)
(if known)

Official Form 426

# Periodic Report Regarding Value, Operations, and Profitability of Entities in Which the Debtor's Estate Holds a Substantial or Controlling Interest

12/17

This is the *Periodic Report* as of 02/28/22 on the value, operations, and profitability of those entities in which a Debtor holds, or two or more Debtors collectively hold, a substantial or controlling interest (a "Controlled Non-Debtor Entity"), as required by Bankruptcy Rule 2015.3. For purposes of this form, "Debtor" shall include the estate of such Debtor.

[Name of Debtor] holds a substantial or controlling interest in the following entities:

| Name of Controlled Non-Debtor Entity | Interest of the Debtor | Tab # |
|---|---|---|
| Wonder Works Construction Corp. | 42% | |

This *Periodic Report* contains separate reports (*Entity Reports*) on the value, operations, and profitability of each Controlled Non-Debtor Entity.

Each *Entity Report* consists of five exhibits.

    *Exhibit A* contains the most recently available: balance sheet, statement of income (*loss*), statement of cash flows, and a statement of changes in shareholders' or partners' equity (*deficit*) for the period covered by the *Entity Report*, along with summarized footnotes.

    *Exhibit B* describes the Controlled Non-Debtor Entity's business operations.

    *Exhibit C* describes claims between the Controlled Non-Debtor Entity and any other Controlled Non-Debtor Entity.

    *Exhibit D* describes how federal, state or local taxes, and any tax attributes, refunds, or other benefits, have been allocated between or among the Controlled Non-Debtor Entity and any Debtor or any other Controlled Non-Debtor Entity and includes a copy of each tax sharing or tax allocation agreement to which the Controlled Non-Debtor Entity is a party with any other Controlled Non-Debtor Entity.

    *Exhibit E* describes any payment, by the Controlled Non-Debtor Entity, of any claims, administrative expenses or professional fees that have been or could be asserted against any Debtor, or the incurrence of any obligation to make such payments, together with the reason for the entity's payment thereof or incurrence of any obligation with respect thereto.

**This Periodic Report must be signed by a representative of the trustee or debtor in possession.**

Debtor Name: <u>Joseph Klaynberg</u>     Case number <u>22-10165 (MG)</u>

The undersigned, having reviewed the Entity Reports for each Controlled Non-Debtor Entity, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that to the best of his or her knowledge, (i) this Periodic Report and the attached Entity Reports are complete, accurate, and truthful to the best of his or her knowledge, and (ii) the Debtor did not cause the creation of any entity with actual deliberate intent to evade the requirements of Bankruptcy Rule 2015.3

**For non-Individual Debtors:** X _____
Signature of Authorized Individual

_____
Printed name of Authorized Individual

Date _____
MM/ DD / YYYY

**For individual Debtors:** X _[signature]_____     X _____
Signature of Debtor 1                             Signature of Debtor 2

Joseph Klaynberg                   X _____
Printed name of Debtor 1                      Printed name of Debtor 2

Date 3/7/22                                Date _____
MM/ DD / YYYY                                 MM/ DD / YYYY

Debtor Name: **Joseph Klaynberg**  Case number **22-10165 (MG)**

**Exhibit A-1: Balance Sheet for Wonder Works Construction Corp. as of [date]**

[Provide a balance sheet dated as of the end of the most recent 3-month period of the current fiscal year and as of the end of the preceding fiscal year.

Describe the source of this information.]

See attached.

Wonder Works Construction Corp.
Balance Sheet
December 31, 2021

## Assets

**Current Assets**

| Code | Description | Amount | Total |
|---|---|---:|---:|
| CS.01 | Charles Schwab - MM #7457- | $ 36,520.11 | |
| MT.12 | M&T - ESOP #9863698826 | 1,325.73 | |
| MT.13 | M&T - Operating Account #9 | 511,970.15 | |
| 1110.00 | Accounts Receivables | 3,908,231.90 | |
| 1111.00 | Retainage Receivable | 1,979,482.97 | |
| 1111.01 | Bad Debt Reserve | (161,104.13) | |
| 1113.00 | Reimbursable Expenses Rece | 4,795.83 | |
| 1310.00 | Prepaid Insurance | 16,244.32 | |
| 1400.00 | Costs Incurred in Excess o | 484,324.00 | |
| 1694.00 | Leasehold Improvement | 266,037.00 | |
| 1695.00 | A/D - L/I | (554.24) | |
| | Total Current Assets | | $ 7,047,273.64 |

**Long Term Assets**

| Code | Description | Amount | Total |
|---|---|---:|---:|
| 1336.00 | WWCC Loan to EB | $ 15,000.00 | |
| 1336.01 | WWCC Loan to EB | 16,022.88 | |
| 1336.02 | WWCC Loan to EB | 16,022.88 | |
| 1620.00 | Telephone Equipment | 11,091.00 | |
| 1621.00 | Acc Dep Telephone Equipmen | (11,091.00) | |
| 1640.00 | Automobiles | 27,781.92 | |
| 1641.00 | Acc Dep Automobiles | (27,781.92) | |
| 1650.00 | Equipment | 14,164.89 | |
| 1651.00 | Acc Dep Equipment | (7,080.96) | |
| 1660.00 | Computer Equipment | 136,256.98 | |
| 1660.01 | Acc Dep Computer Equipment | (106,633.95) | |
| 1690.00 | Furniture & Fixtures | 156,968.32 | |
| 1691.00 | Acc Dep Furniture & Fixtur | (128,101.00) | |
| 1815.00 | Security Deposit - Rent | 40,000.00 | |
| | Total Long Term Assets | | $ 152,620.04 |

| | | | |
|---|---|---|---:|
| | Total Assets | | $ 7,199,893.68 |

# Wonder Works Construction Corp.
Balance Sheet
December 31, 2021

## Liabilities and Equity

**Current Liabilities**

| | | | |
|---|---|---:|---:|
| 2000.00 | Accrued Expenses Payable | $ 73,485.16 | |
| 2010.00 | Accounts Payable | 3,782,086.11 | |
| 2040.ML | Money Purchase Pension Tru | 90,634.22 | |
| 2180.00 | Sales Tax Payable | 31,489.95 | |
| 2205.00 | Visa Payable | 2,652.03 | |
| 2210.00 | AMEX GOLD Payable | 88,306.19 | |
| 2250.00 | Billings in Excess of Cost | 197,346.00 | |
| 2700.00 | Customer Deposits | 1,079.67 | |
| | Total Current Liabilities | | $ 4,267,079.33 |

**Long Term Liabilities**

| | | | |
|---|---|---:|---:|
| 2011.00 | Retainage Payable | $ 2,434,735.45 | |
| 2600.50 | Loan Payable - Joseph Klay | 357,161.44 | |
| 2603.00 | SBA PPP Loan #9886457108 | 10,000.00 | |
| 2603.05 | SBA PPP Loan #3692478507 | 457,862.00 | |
| 2604.00 | SBA EIDL Loan | 144,052.00 | |
| | Long Term Liabilities | | $ 3,403,810.89 |
| | Total Liabilities | | $ 7,670,890.22 |

**Equity**

| | | | |
|---|---|---:|---:|
| 2900.00 | Common Stock | $ 1,000.00 | |
| 2970.00 | Retained Earnings | 3,071,633.53 | |
| | Net Income | (3,543,630.07) | |
| | Total Equity | | $ (470,996.54) |
| | Total Liabilities & Equity | | $ 7,199,893.68 |

[Provide a statement of income (loss) for the following periods:

(i) For the initial report:
   a. the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

   b. the prior fiscal year.

(ii) For subsequent reports, since the closing date of the last report.

Describe the source of this information.]

See attached.

# Wonder Works Construction Corp.
Income Statement
For the Period Ended December 31, 2021

| Account | Title | Current Activity | Current Balance |
|---|---|---:|---:|
| **Income** | | | |
| 3010.00 | Sales | $ (566,787) | $ 26,247,899 |
| 3011.00 | General Conditions | 86,003 | 2,433,255 |
| 3012.00 | Fees | 42,177 | 1,240,478 |
| 3013.00 | Insurance | 25,222 | 926,908 |
| 3025.00 | Sales Contra Account | (3,234,205) | (3,576,972) |
| | Total Income | $ (3,647,590) | $ 27,271,568 |
| **Cost of Sales** | | | |
| 4130.00 | Subcontractors | $ (183,677) | $ 17,565,141 |
| 4150.00 | Other Job Expenses | (58,105) | 757,452 |
| 4160.00 | Materials Expenses | 108,759 | 5,055,294 |
| 4200.00 | Equipment Rental | 33,947 | 849,036 |
| 4230.00 | Specs & Pans | | 241 |
| 4241.00 | ER SS/Med Expense | 10,220 | 162,794 |
| 4242.00 | ER SUI Expense | 194 | 12,204 |
| 4243.00 | FUTA Expense | 24 | 1,329 |
| 4245.00 | Health Insurance | (7,751) | (91,326) |
| 4250.00 | Payroll: Field | 87,547 | 1,149,870 |
| 4320.00 | Payroll: Clerical | 52,759 | 762,390 |
| 4350.00 | Payroll: Officer | 16,538 | 244,208 |
| | Total Cost of Sales | $ 60,455 | $ 26,468,633 |
| | Gross Margin | $ (3,708,045) | $ 802,935 |
| **Expenses** | | | |
| 5090.00 | Payroll: Processing Fees | $ 9,944 | $ 139,745 |
| 5125.00 | MTA Commuter Tax | 504 | 6,873 |
| 5150.00 | Rent Expense | 43,731 | 520,099 |
| 5160.00 | Office Expenses | 7,787 | 129,533 |
| 5170.00 | Messenger Service | (335) | (229) |
| 5180.00 | Office Equipment Leasing | 454 | 5,677 |
| 5190.00 | Telephone Expense | 1,371 | 15,640 |
| 5210.00 | Postage & Delivery | 580 | 2,899 |
| 5220.00 | Advertising | | 280 |
| 5250.00 | Professional Fees - Other | 11,888 | 253,472 |
| 5250.01 | Professional Fees (421 Kent | | 25,376 |
| 5250.10 | Consulting Fees | 5,000 | 5,000 |
| 5251.00 | ESOP-Consulting | 3,980 | 12,415 |
| 5253.00 | ESOP-Contribution | | 45,332 |
| 5280.00 | Professional Fees - Account | 4,602 | 76,515 |
| 5290.00 | Professional Fees - Legal | 13,452 | 16,811 |

Confidential: For Internal Use Only

**Wonder Works Construction Corp.**
Income Statement
For the Period Ended December 31, 2021

| Account | Title | Current Activity | Current Balance |
|---|---|---|---|
| 5290.01 | Legal Expenses (421 Kent Av | $ 24,576 | $ 48,210 |
| 5290.02 | Legal Expenses (388 Berry S | | 7,300 |
| 5290.05 | Legal Expenses (455 West 19 | | (96) |
| 5290.06 | Legal Expenses (436/442 E 1 | 16,702 | 27,702 |
| 5290.07 | Legal Expenses (WWML v NAHL | 654 | 114,282 |
| 5290.08 | Legal Expenses (101 Pearl S | | 32,851 |
| 5340.00 | LOC Interest Expense | | 32,218 |
| 5345.00 | Interest Expense | | 23,068 |
| 5350.00 | Donations | | 1,126 |
| 5370.00 | Wireless Communications | 4,123 | 31,317 |
| 5375.00 | Internet Expense | 1,380 | 10,705 |
| 5860.00 | Automobile Leasing | 2,469 | 41,851 |
| 5870.00 | Travel Expense | 1,690 | 47,751 |
| 5880.00 | Parking Expense | 4,369 | 41,171 |
| 5890.00 | Fuel Expense | 255 | 22,034 |
| 5900.00 | Parking Violations | 1,911 | 8,586 |
| 5910.00 | Automobile Expense | 132 | 9,001 |
| 5920.00 | Automobile Repairs | | 6,772 |
| 5930.00 | Toll Expense | 1,850 | 30,429 |
| 6010.00 | Travel - Lodging | | 1,403 |
| 6030.00 | Employee Bonuses | 8,600 | 8,600 |
| 6035.00 | Gifts & Gratuities | | 200 |
| 6040.00 | Meals & Entertainment | 3,756 | 88,591 |
| 6121.00 | Utilities Expense | 1,991 | 32,332 |
| 6150.00 | Bond Expense | 390,964 | 397,825 |
| 6210.00 | Bank Service Charges | 1,405 | 14,121 |
| 7400.00 | Employee Benefits | 22,803 | 261,668 |
| 7500.00 | Health Insurance | | (6) |
| 7520.00 | General Liability | 68,125 | 862,009 |
| 7520.01 | Umbrella | 32,282 | 387,395 |
| 7520.02 | Excess Liability | 27,759 | 333,101 |
| 7521.00 | Property Insurance | 8,417 | 101,000 |
| 7522.00 | Pullution Insurance | 866 | 10,395 |
| 7530.00 | Workers Compensation | | 30,000 |
| 7550.00 | Automobile Insurance | 1,588 | (730) |
| 8770.00 | NYS Corporation Franchise T | 1,500 | 4,825 |
| 8771.00 | NYC Corporation Franchise T | 6,000 | 29,000 |
| 8785.00 | CT Corp Tax | | 1,000 |
| Total Expenses | | $ 739,125 | $ 4,354,445 |

**Other Income**

| | | | |
|---|---|---|---|
| 3012.50 | Management Fees (OTHER) | | $ 7,594 |

**Wonder Works Construction Corp.**
Income Statement
For the Period Ended December 31, 2021

| Account | Title | Current Activity | Current Balance |
|---|---|---:|---:|
| 3050.00 | Discount Earned on Purchase | $ 26 | $ 291 |
| 3070.00 | Interest Income | (12) | (5) |
| | Total Other Income | $ 14 | $ 7,880 |
| | Net Income (Loss) | $ (4,447,156) | $ (3,543,630) |

**Exhibit A-3: Statement of Cash Flows for Wonder Works Construction Corp. for period ending [date]**

[Provide a statement of changes in cash position for the following periods:

(i) For the initial report:
   a. the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

   b. the prior fiscal year.

(ii) For subsequent reports, since the closing date of the last report.

Describe the source of this information.]


None.

**Exhibit A-4: Statement of Changes in Shareholders'/Partners' Equity (*Deficit*) for Wonder Works Construction Corp. for period ending [date]**

[Provide a statement of changes in shareholders'/partners equity (deficit) for the following periods:
(i) For the initial report:
    a. the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

    b. the prior fiscal year.

(ii) For subsequent reports, since the closing date of the last report.

Describe the source of this information.]

  None.

**Exhibit B: Description of Operations for Wonder Works Construction Corp.**

[Describe the nature and extent of the Debtor's interest in the Controlled Non-Debtor Entity.

Describe the business conducted and intended to be conducted by the Controlled Non-Debtor Entity, focusing on the entity's dominant business segments.

Describe the source of this information.]

General contractor based in NYC doing work currently in NYC and Hartford CT.

Debtor Name: Joseph Klaynberg  Case number 22-10165 (MG)

**Exhibit C: Description of Intercompany Claims**

[List and describe the Controlled Non-Debtor Entity's claims against any other Controlled Non-Debtor Entity, together with the basis for such claims and whether each claim is contingent, unliquidated or disputed.

Describe the source of this information.]

**None**

[Describe how income, losses, tax payments, tax refunds, or other tax attributes relating to federal, state, or local taxes have been allocated between or among the Controlled Non-Debtor Entity and one or more other Controlled Non-Debtor Entities.

Include a copy of each tax sharing or tax allocation agreement to which the entity is a party with any other Controlled Non-Debtor Entity.

Describe the source of this information.]

This is a "S" Corporation from which the Debtor receives a K-1, reporting his share of the income or loss based on his ownership percentage.

**Exhibit E: Description of Controlled Non-Debtor Entity's payments of Administrative Expenses, or Professional Fees otherwise payable by a Debtor**

[Describe any payment made, or obligations incurred (or claims purchased), by the Controlled Non-Debtor Entity in connection with any claims, administrative expenses, or professional fees that have been or could be asserted against any Debtor.

Describe the source of this information.]

**$20,000 paid to Thaler Law Firm for retainer payment for Joseph Klaynberg. Claim against Debtor has been waived. Non-Debtor entity pays rental obligations for Debtor's apartment lease. Claims against Debtor have been waived.**