United States Bankruptcy Court
Southern District of New York

In re  Joseph Klaynberg                              Case No.  **22-10165**
                              Debtor(s)              Chapter   **11**

# AMENDED AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:
**Schedule A/B**
**Schedule D**
**Schedule F**

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as follows:**Investors Bank
Tsyngauz & Associates, P.C.**

Date: **March 21, 2022**

/s/ Matthew G. Roseman

**Matthew G. Roseman MR-1387**
Attorney for Debtor(s)
**Cullen and Dykman LLP
100 Quentin Roosevelt Blvd
Garden City, NY 11530
516-357-3700
mroseman@cullenllp.com**

Fill in this information to identify your case and this filing:

Debtor 1: Joseph Klaynberg

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number: 22-10165

■ Check if this is an amended filing

# Official Form 106A/B
# Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

   ☐ No. Go to Part 2
   ■ Yes. Where is the property?

1.1
Sands Point, Long Island, NY
5 Lillian CT
Street address, if available, or other description

Sands Point, NY 11050
City     State   ZIP Code

County

What is the property? Check all that apply
- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

Who has an interest in the property? Check one
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.

Current value of the entire property? **$4,850,000.00**
Current value of the portion you own? **$2,425,000.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
**Joint tenant**

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number:
Residence: 1 Family House; distribution of proceeds of house subject to terms of separation agreement with former spouse

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here...........................=> **$2,425,000.00**

**Part 2: Describe Your Vehicles**

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on Schedule G: Executory Contracts and Unexpired Leases.

Debtor 1    Joseph Klaynberg             Case number *(if known)* **22-10165**

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ■ No
   ☐ Yes

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ■ No
   ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here............................................................=>    **$0.00**

### Part 3: Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?     **Current value of the portion you own?** Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes. Describe.....

   | Furnishings | $5,000.00 |
   |---|---|

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ■ Yes. Describe.....

   | Electronics: laptop | $1,000.00 |
   |---|---|

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ■ No
   ☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ■ No
   ☐ Yes. Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ■ No
    ☐ Yes. Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes. Describe.....

    | Clothes: everyday clothing | $2,500.00 |
    |---|---|

Debtor 1    Joseph Klaynberg                                      Case number (if known) 22-10165

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ■ No
    ☐ Yes. Describe.....

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ■ No
    ☐ Yes. Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ■ No
    ☐ Yes. Give specific information.....

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here .................................................................... | $8,500.00

### Part 4: Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ■ No
    ☐ Yes.....

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    ☐ No
    ■ Yes.....

    Institution name:

    | | | | |
    |---|---|---|---|
    | 17.1 | Checking | Checking Account: Metropolitan Commercial Bank (MCB) | $8,723.00 |
    | 17.2 | Checking | Charles Schwab | $349,908.00 |
    | 17.3 | Joint Investment | Charles Schwab | $145,365.00 |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes.................  Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ☐ No
    ■ Yes. Give specific information about them...................
    
    | Name of entity: | % of ownership: | |
    |---|---|---|
    | Wonder Works Construction | 42% % | Unknown |
    | 5CP LLC | 28.03 % | Unknown |

| | | | |
|---|---|---|---|
| Durdom, Inc. | 70 | % | Unknown |
| KS Equities LLC | 50 | % | Unknown |
| Mark Paragon LP | 2.53 | % | Unknown |
| Lighthouse Real Estate Management | 4.25 | % | Unknown |
| JEDR Group LLC | 50 | % | Unknown |
| 318 Investors A, LLC | 9.52 | % | Unknown |
| International Design Direct LLC | 100 | % | Unknown |
| WW1834, LLC | 1.92 | % | Unknown |
| 114MS, LLC | 3.61 | % | Unknown |
| AM Club, LLC | 50 | % | Unknown |
| WWIG III, LLC | .56% | % | Unknown |
| WW Spectra Corp. | 50 | % | Unknown |
| WW Greenpoint Partners LLC | 50 | % | Unknown |
| WWIG LLC | 10 | % | Unknown |
| WWIG II LLC | 6.82 | % | Unknown |
| WW Eastern LLC | 3.56 | % | Unknown |
| Klaynberg Family Group LLC | 10 | % | Unknown |
| 5CP Development LLC | 50 | % | Unknown |
| JKIG LLC | .55% | % | Unknown |
| Spectra Development LLC | 0 | % | Unknown |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

■ No

Debtor 1    Joseph Klaynberg                                    Case number *(if known)*    22-10165

☐ Yes. Give specific information about them
         Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☐ No
    ■ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| ESOP | Wonder Works Retirement Fund | $91,043.00 |
| IRA | Charles Schwab | $215,782.00 |

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes.                           Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes............    Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes............    Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ☐ Yes. Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes. Give specific information about them...

**Money or property owed to you?**                                               **Current value of the portion you own?**
                                                                                                   Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**
    ☐ No
    ■ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

| Federal: Fed Refund of $13,564, added to 2021 Estimated Taxes | $13,564.00 |
|---|---|
| State: $50,335 NYS Refund was added to 2021 Estimated Taxes | $50,335.00 |

| Debtor 1 | Joseph Klaynberg | | Case number *(if known)* | 22-10165 |
|---|---|---|---|---|

| State: $20,000 was added to 2021 Connecticut Estimated taxes | $20,000.00 |
|---|---|

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
    ☐ No
    ■ Yes. Give specific information..

| Loan Receivable; Chabad of Grammercy Park | $650,000.00 |
|---|---|
| Debt due from Wonder Works Construction Corp. | $357,161.00 |
| Judgment debt owed by Valentina Petchorina | $33,470.00 |

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ☐ No
    ■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| Northwestern Mutual Insurance Company Cash Surrender Value | | $309,203.00 |

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ■ No
    ☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ■ No
    ☐ Yes. Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ■ No
    ☐ Yes. Describe each claim..........

35. **Any financial assets you did not already list**
    ■ No
    ☐ Yes. Give specific information..

36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.................................................................................................................... **$2,244,554.00**

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

Debtor 1 Joseph Klaynberg          Case number (if known) 22-10165

37. **Do you own or have any legal or equitable interest in any business-related property?**
   - ■ No. Go to Part 6.
   - ☐ Yes. Go to line 38.

## Part 6: Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
   - ■ No. Go to Part 7.
   - ☐ Yes. Go to line 47.

## Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
   *Examples:* Season tickets, country club membership
   - ■ No
   - ☐ Yes. Give specific information..........

54. Add the dollar value of all of your entries from Part 7. Write that number here ............................. $0.00

## Part 8: List the Totals of Each Part of this Form

| Line | Description | Amount | | Total |
|---|---|---|---|---|
| 55. | Part 1: Total real estate, line 2 | | | $2,425,000.00 |
| 56. | Part 2: Total vehicles, line 5 | $0.00 | | |
| 57. | Part 3: Total personal and household items, line 15 | $8,500.00 | | |
| 58. | Part 4: Total financial assets, line 36 | $2,244,554.00 | | |
| 59. | Part 5: Total business-related property, line 45 | $0.00 | | |
| 60. | Part 6: Total farm- and fishing-related property, line 52 | $0.00 | | |
| 61. | Part 7: Total other property not listed, line 54 | + $0.00 | | |
| 62. | Total personal property. Add lines 56 through 61... | $2,253,054.00 | Copy personal property total | $2,253,054.00 |
| 63. | Total of all property on Schedule A/B. Add line 55 + line 62 | | | $4,678,054.00 |

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | Joseph | | Klaynberg |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK | | |
| Case number (if known) | 22-10165 | | |

■ Check if this is an amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property 12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. Do any creditors have claims secured by your property?

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1: List All Secured Claims

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion<br>If any |
|---|---|---|---|

| 2.1 | Chase Bank | Describe the property that secures the claim: | $1,261,618.00 | $4,850,000.00 | $0.00 |
|---|---|---|---|---|---|
| | Creditor's Name | Sands Point, Long Island, NY 5 Lillian CT Sands Point, NY 11050 Residence: 1 Family House; distribution of proceeds of house subject to terms of separation agreement with former spouse | | | |
| | 700 Kansas Lane<br>Monroe, CA 71203 | As of the date you file, the claim is: Check all that apply. | | | |
| | Number, Street, City, State & Zip Code | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | | |
| | Who owes the debt? Check one | Nature of lien. Check all that apply. | | | |
| | ☐ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>■ At least one of the debtors and another<br>☐ Check if this claim relates to a community debt | ■ An agreement you made (such as mortgage or secured car loan)<br>☐ Statutory lien (such as tax lien, mechanic's lien)<br>☐ Judgment lien from a lawsuit<br>☐ Other (including a right to offset) _____ | | | |
| | Date debt was incurred 05/8/2015 | Last 4 digits of account number 2926 | | | |

| 2.2 | Investors Bank | Describe the property that secures the claim: | $325,000.00 | $0.00 | $325,000.00 |
|---|---|---|---|---|---|
| | Creditor's Name | Mortgage against property not owned by Debtor | | | |

101 Wood Avenue South
Iselin, NJ 08830

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
- ■ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred _____     Last 4 digits of account number _____

---

Add the dollar value of your entries in Column A on this page. Write that number here:    **$1,586,618.00**

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:    **$1,586,618.00**

### Part 2: List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

# Fill in this information to identify your case:

Debtor 1: **Joseph Klaynberg**
First Name / Middle Name / Last Name

Debtor 2: (Spouse if, filing)
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known): **22-10165**

☒ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims  12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims against you?

    ☒ No. Go to Part 2.
    ☐ Yes.

### Part 2: List All of Your NONPRIORITY Unsecured Claims

3. Do any creditors have nonpriority unsecured claims against you?

    ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
    ☒ Yes.

4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | Total claim |
|---|---|---|
| 4.1 | **114 MS Owner LLC** Nonpriority Creditor's Name | Unknown |

**114 Mulberry Street**
**Ground Floor**
**New York, NY 10013**
Number Street City State Zip Code

Last 4 digits of account number _____

When was the debt incurred? _____

Who incurred the debt? Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☒ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☒ Contingent
☒ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Guaranty of lease for Wonder Works Construction Corp.**

| Debtor 1 | Joseph Klaynberg | | Case number (if known) | 22-10165 |
|---|---|---|---|---|

| 4.2 | **AIG Investments**<br>Nonpriority Creditor's Name<br>**777 S. Figeroa Street**<br>**16th Floor**<br>**Los Angeles, CA 90017**<br>Number Street City State Zip Code | Last 4 digits of account number | | $19,753,853.00 |
|---|---|---|---|---|

Who incurred the debt? Check one
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

When was the debt incurred?

As of the date you file, the claim is: Check all that apply
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Guaranty of debt of 5CP Landlord, LLC**

| 4.3 | **Bank Leumi**<br>Nonpriority Creditor's Name<br>**579 Fith Avenue**<br>**New York, NY 10017**<br>Number Street City State Zip Code | Last 4 digits of account number | | $9,000,000.00 |
|---|---|---|---|---|

Who incurred the debt? Check one
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

When was the debt incurred?

As of the date you file, the claim is: Check all that apply
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Guaranty of debt of WW1834, LLC**

| 4.4 | **Cheryl Lifshitz**<br>Nonpriority Creditor's Name<br>**508 West 24th Street**<br>**New York, NY 10011**<br>Number Street City State Zip Code | Last 4 digits of account number | | $580,000.00 |
|---|---|---|---|---|

Who incurred the debt? Check one
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

When was the debt incurred?

As of the date you file, the claim is: Check all that apply
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Guaranty of debt of WWML 96 LLC**

Official Form 106 E/F  Schedule E/F: Creditors Who Have Unsecured Claims  Page 2 of 6
Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

| 4.5 | **Key Bank National Assoc.** | Last 4 digits of account number | | $6,181,578.00 |

Nonpriority Creditor's Name
**66 South Pearl Street**
**5th Floor**
**Albany, NY 12207**
Number Street City State Zip Code

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

■ Contingent
■ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Guaranty of debt of Spectra 101 LLC

---

| 4.6 | **M&T Bank** | Last 4 digits of account number | | $11,400,000.00 |

Nonpriority Creditor's Name
**Commercial Real Estate**
**350 Park Avenue, 6th Floor**
**New York, NY 10022**
Number Street City State Zip Code

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

■ Contingent
■ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Guaranty of debt of Greenpoint Partners, LLC

---

| 4.7 | **M&T Bank** | Last 4 digits of account number | | $23,000,000.00 |

Nonpriority Creditor's Name
**One M&T Plaza**
**3rd Floor**
**Buffalo, NY 14203**
Number Street City State Zip Code

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

■ Contingent
■ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Guaranty of debt of Chabad of Grammercy Park

| Debtor 1 | Joseph Klaynberg | | Case number (if known) | 22-10165 | |

| | | | | |
|---|---|---|---|---|
| 4.8 | **Morgan Stanley**<br>Nonpriority Creditor's Name<br>**1585 Broadway**<br>**New York, NY 10036**<br>Number Street City State Zip Code | Last 4 digits of account number | | $17,700,000.00 |
| | | When was the debt incurred? | | |
| | | As of the date you file, the claim is: Check all that apply | | |
| | Who incurred the debt? Check one. | | | |
| | ☐ Debtor 1 only | ■ Contingent | | |
| | ☐ Debtor 2 only | ■ Unliquidated | | |
| | ☐ Debtor 1 and Debtor 2 only | ☐ Disputed | | |
| | ■ At least one of the debtors and another | Type of NONPRIORITY unsecured claim: | | |
| | ☐ Check if this claim is for a community debt | ☐ Student loans | | |
| | | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims | | |
| | Is the claim subject to offset? | ☐ Debts to pension or profit-sharing plans, and other similar debts | | |
| | ■ No | | | |
| | ☐ Yes | ■ Other. Specify **Guaranty of debt of 114 MS Owners, LLC** | | |

| 4.9 | **Peoples United Bank NA**<br>Nonpriority Creditor's Name<br>**225 Asylum Street**<br>**Hartford, CT 06103**<br>Number Street City State Zip Code | Last 4 digits of account number | | $15,560,000.00 |
|---|---|---|---|---|
| | | When was the debt incurred? | | |
| | | As of the date you file, the claim is: Check all that apply | | |
| | Who incurred the debt? Check one. | | | |
| | ☐ Debtor 1 only | ■ Contingent | | |
| | ☐ Debtor 2 only | ■ Unliquidated | | |
| | ☐ Debtor 1 and Debtor 2 only | ☐ Disputed | | |
| | ■ At least one of the debtors and another | Type of NONPRIORITY unsecured claim: | | |
| | ☐ Check if this claim is for a community debt | ☐ Student loans | | |
| | | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims | | |
| | Is the claim subject to offset? | ☐ Debts to pension or profit-sharing plans, and other similar debts | | |
| | ■ No | | | |
| | ☐ Yes | ■ Other. Specify **Guaranty of debt of Spectra 111 Landlord LLC** | | |

| 4.10 | **Series 2020A of NAHLA Capital**<br>Nonpriority Creditor's Name<br>**645 Madison Ave**<br>**21st Floor**<br>**New York, NY 10022**<br>Number Street City State Zip Code | Last 4 digits of account number | | $14,000,000.00 |
|---|---|---|---|---|
| | | When was the debt incurred? | | |
| | | As of the date you file, the claim is: Check all that apply | | |
| | Who incurred the debt? Check one. | | | |
| | ☐ Debtor 1 only | ☐ Contingent | | |
| | ☐ Debtor 2 only | ☐ Unliquidated | | |
| | ☐ Debtor 1 and Debtor 2 only | ■ Disputed | | |
| | ■ At least one of the debtors and another | Type of NONPRIORITY unsecured claim: | | |
| | ☐ Check if this claim is for a community debt | ☐ Student loans | | |
| | | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims | | |
| | Is the claim subject to offset? | ☐ Debts to pension or profit-sharing plans, and other similar debts | | |
| | ■ No | | | |
| | ☐ Yes | ■ Other. Specify **Avoidable judgment** | | |

Debtor 1  Joseph Klaynberg     Case number (if known) 22-10165

### 4.1.1 State of NY Unemploy. Ins. Bd.
Nonpriority Creditor's Name
PO Box 29002
Brooklyn, NY 11201
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify  Disputed amounts owed by Wonder Works Construction Corp.

$474,500.00

### 4.1.2 The City and State of New York
Nonpriority Creditor's Name
New York City Law Dept.
8917 Sutphin Blvd.
Jamaica, NY 11435
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify  Disputed qui tam claim

$2,000,000.00

### 4.1.3 Tsyngauz & Associates, P.C.
Nonpriority Creditor's Name
114 Mulberry Street
Ground Floor
New York, NY 10013
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify _____

$5,000.00

**Part 3: List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you

| Debtor 1 | Joseph Klaynberg | Case number (if known) | 22-10165 |
|---|---|---|---|

have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| Patrick Robson, Esq.<br>Hunton Andrews Kurth LLP<br>200 Park Avenue<br>10017 | Line **4.10** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |

### Part 4: Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

|  |  |  |  | Total Claim |
|---|---|---|---|---|
| Total claims from Part 1 | 6a. | Domestic support obligations | 6a. $ | 0.00 |
|  | 6b. | Taxes and certain other debts you owe the government | 6b. $ | 0.00 |
|  | 6c. | Claims for death or personal injury while you were intoxicated | 6c. $ | 0.00 |
|  | 6d. | Other. Add all other priority unsecured claims. Write that amount here. | 6d. $ | 0.00 |
|  | 6e. | Total Priority. Add lines 6a through 6d. | 6e. $ | 0.00 |

|  |  |  |  | Total Claim |
|---|---|---|---|---|
| Total claims from Part 2 | 6f. | Student loans | 6f. $ | 0.00 |
|  | 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. $ | 0.00 |
|  | 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. $ | 0.00 |
|  | 6i. | Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. $ | 119,654,931.00 |
|  | 6j. | Total Nonpriority. Add lines 6f through 6i. | 6j. $ | 119,654,931.00 |

**United States Bankruptcy Court**
**Southern District of New York**

In re Joseph Klaynberg                             Case No. **22-10165**
                                           Debtor(s)                  Chapter    **11**

## DECLARATION CONCERNING DEBTOR'S AMENDED SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

     I declare under penalty of perjury that I have read the foregoing Schedule A/B Schedule D Schedule F, consisting of __**15**__ page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date   **March 21, 2022**                                    Signature /s/ Joseph Klaynberg
                                                                            Joseph Klaynberg
                                                                            Debtor 1

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.