| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | Joseph Klaynberg |
| | First Name / Middle Name / Last Name |
| Debtor 2 (Spouse if, filing) | First Name / Middle Name / Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) | 22-10165 |

■ Check if this is an amended filing

# Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy   4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Give Details About Your Marital Status and Where You Lived Before

1. What is your current marital status?

   ☐ Married
   ■ Not married

2. During the last 3 years, have you lived anywhere other than where you live now?

   ☐ No
   ■ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| 106 Central Park South 2D<br>106 Central Park South 23F<br>NY, NY 10019 | From-To:<br>1/2017 - 2/2021 | ☐ Same as Debtor 1 | ☐ Same as Debtor 1<br>From-To: |
| 5 Lillian Ct<br>Sands Point, NY 11050 | From-To:<br>4/2015 - 1/2017 | ☐ Same as Debtor 1 | ☐ Same as Debtor 1<br>From-To: |

3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory? (Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

   ■ No
   ☐ Yes. Make sure you fill out Schedule H: Your Codebtors (Official Form 106H).

### Part 2  Explain the Sources of Your Income

4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☐ No
   ■ Yes. Fill in the details.

   Debtor 1                                   Debtor 2

Debtor 1 Joseph Klaynberg    Case number (if known) 22-10165

|  | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
|  | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) |
| For the calendar year before that:<br>(January 1 to December 31, 2020) | ■ Wages, commissions, bonuses, tips<br>■ Operating a business | $1,369,414.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business |  |
| For the calendar year:<br>(January 1 to December 31, 2019) | ■ Wages, commissions, bonuses, tips<br>■ Operating a business | $279,606.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business |  |

5. **Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No
■ Yes. Fill in the details.

|  | Debtor 1<br>Sources of income<br>Describe below. | Gross income from each source<br>(before deductions and exclusions) | Debtor 2<br>Sources of income<br>Describe below. | Gross income<br>(before deductions and exclusions) |
|---|---|---|---|---|
| For the calendar year before that:<br>(January 1 to December 31, 2020) | Interest / Dividends | $1,903,861.00 |  |  |
|  | Social Security Benefits | $33,124.80 |  |  |
| For the calendar year:<br>(January 1 to December 31, 2019) | Interest / Dividends | $810,069.00 |  |  |
|  | Social Security Benefits | $33,124.80 |  |  |

**Part 3: List Certain Payments You Made Before You Filed for Bankruptcy**

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

■ No. **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?
☐ No. Go to line 7.
■ Yes List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
* Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.
☐ Yes List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Debtor 1 | Joseph Klaynberg | | Case number (if known) | 22-10165 |

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| AMEX<br>Charles Schwab Amex<br>P.O. Box 650448 Dallas, TX 75265,<br>TX 75265 | 11/25/21, 12/27/21, 1/25/22, 2/9/22 | $11,974.34 | $0.00 | ☐ Mortgage<br>☐ Car<br>■ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

   ■ No
   ☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
   Include payments on debts guaranteed or cosigned by an insider.

   ☐ No
   ■ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| Wonder Works Construction Corp.<br>114 Mulberry Street<br>Ground Floor<br>New York, NY 10013 | 11/22/21 | $1,502,185.00 | $0.00 | Payment to M&T Bank to pay off of loan to Wonder Works Construction Corp. guaranteed by Debtor |
| WWML96, LLC<br>114 Mulberry Street<br>Ground Floor<br>New York, NY 10013 | 10/22/21, 9/30/21, 8/26/21, 7/28/21, 6/28/21, 5/27/21, 4/27/21, 3/29/21 | $26,666.64 | $0.00 | Payment of loan installments to Cheryl Lifshitz in reference to loan by Lifshitz to WWML96, LLC guaranteed by the Debtor |
| WWML96, LLC<br>114 Mulberry Street<br>Ground Floor<br>10013 | 9/20/21 | $1,398.00 | $0.00 | Filing fees |
| JEDR Group<br>114 Mulberry Street<br>Ground Floor<br>New York, NY 10013 | 11/20/21 | $7,500.00 | $0.00 | Tax penalties to the State of Connecticut |
| WWDG, LLC<br>114 Mulberry Street<br>GroundFloor<br>New York, NY 10013 | 11/8/21 | $8,350.00 | $0.00 | Funding for payments due by WWML96, LLC in connection with NAHLA lawsuit |

**Part 4:** Identify Legal Actions, Repossessions, and Foreclosures

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody

Debtor 1  Joseph Klaynberg         Case number (if known) 22-10165

modifications, and contract disputes.

- ☐ No
- ■ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Nahla Capital vs Joseph Klaynberg and Eric Brody<br>650347-2021 | | Supreme Court State of New York<br>60 Centre Street<br>New York, NY 10007 | ☐ Pending<br>■ On appeal<br>☐ Concluded<br>$13+ MM judgement issued |
| The City and The State of New York v. 260 Park Ave. South LLC, et al<br>109240-2011 | Whistle blower penalties for wrongly calculated and unpaid filing fees in 2008 | City of NY<br>100 Church Street<br>New York, NY 10007 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| US Bank v. Mikehail Gladkovitser, Valentina Petchorina<br>6503/2015 | Foreclosure of property against which Debtor holds a judgment and is seeking payment from the surplus proceeds | Supreme Court, New Yok County | ■ Pending<br>☐ On appeal<br>☐ Concluded |

10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied? Check all that apply and fill in the details below.

- ☐ No. Go to line 11.
- ■ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| Nahla Capital<br>645 Madison Ave.<br>21st Floor<br>New York, NY 10022 | Checking Account: Charles Schwab - 2 accounts<br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>■ Property was attached, seized or levied. | 12/14/2020 | $1,286,948.00 |

11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?

- ■ No
- ☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?

- ■ No
- ☐ Yes

Debtor 1 Joseph Klaynberg     Case number (if known) 22-10165

## Part 5: List Certain Gifts and Contributions

13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?
    - ☐ No
    - ■ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| **Person to Whom You Gave the Gift and Address:** | | | |
| Edward Klaynberg<br>111 Fulton Street<br>New York, NY 10001 | Assistance with expenses | 04/27/2021 | $12,000.00 |
| Person's relationship to you: **Son** | | | |
| Alena DiPloti<br>114 Mulberry Street<br>Apt. 701<br>New York, NY 10013 | | 11/13/20-6/23/21 | $12,200.00 |
| Person's relationship to you: **Significant Other** | | | |

14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?
    - ■ No
    - ☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

## Part 6: List Certain Losses

15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?
    - ■ No
    - ☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of Schedule A/B: Property. | Date of your loss | Value of property lost |
|---|---|---|---|

## Part 7: List Certain Payments or Transfers

16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?
    Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.
    - ☐ No
    - ■ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Cullen and Dykman LLP<br>100 Quentin Roosevelt Blvd.<br>Garden City, NY 11530 | | 2/9/22 | $50,000.00 |

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Thaler Law Firm PLLC<br>675 Old Country Road<br>Westbury, NY 11590 | | 11/18/21 | $42,500.00 |
| Thaler Law Firm PLLC<br>675 Old Country Road<br>Westbury, NY 11590 | | 2/10/22 | $20,000.00 |
| Reorganization Alternatives Group, Ltd.<br>104 Chestnut Street<br>Garden City, NY 11530 | | 12/2/21 | $7,500.00 |
| Reorganization Alternatives Group<br>104 Chestnut Street<br>Garden City, NY 11530 | | 1/11/22 | $5,500.00 |

17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
■ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Robert Klaynberg<br>150 Central Park South<br>Apt. 1107<br>New York, NY 10019<br><br>Son | Cooperative Apartment Unit<br>150 Park Avenue South | Transfer was made in accordance with Separation Agreement with Emily Klaynberg | 12/22/20 |

19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary? (These are often called *asset-protection devices*.)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

Debtor 1  Joseph Klaynberg                                      Case number (if known) 22-10165

## Part 8: List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.
    ■ No
    ☐ Yes. Fill in the details.

    | Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
    |---|---|---|---|---|

21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?

    ■ No
    ☐ Yes. Fill in the details.

    | Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
    |---|---|---|---|

22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?

    ■ No
    ☐ Yes. Fill in the details.

    | Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
    |---|---|---|---|

## Part 9: Identify Property You Hold or Control for Someone Else

23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.

    ■ No
    ☐ Yes. Fill in the details.

    | Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
    |---|---|---|---|

## Part 10: Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

    ■ No
    ☐ Yes. Fill in the details.

    | Name of site Address (Number, Street, City, State and ZIP Code) | Governmental unit Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
    |---|---|---|---|

25. Have you notified any governmental unit of any release of hazardous material?

    ■ No
    ☐ Yes. Fill in the details.

    | Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
    |---|---|---|---|

26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

    ■ No
    ☐ Yes. Fill in the details.

    | Case Title<br>Case Number | Court or agency Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
    |---|---|---|---|

## Part 11: Give Details About Your Business or Connections to Any Business

27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

    ☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

    ■ A member of a limited liability company (LLC) or limited liability partnership (LLP)

    ■ A partner in a partnership

    ☐ An officer, director, or managing executive of a corporation

    ■ An owner of at least 5% of the voting or equity securities of a corporation

    ☐ No. None of the above applies. Go to Part 12.

    ■ Yes. Check all that apply above and fill in the details below for each business.

    | Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed | |
    |---|---|---|---|
    | Wonder Works Construction Corp<br>114 Mulberry Street<br>New York, NY 10013 | General Construction<br><br>Scott Flynn | EIN:<br>From-To | 11-2843290<br>February of 1987 |
    | Wonder Works Constr. and Development<br>114 Mulberry Street<br>New York, NY 10013 | Management of Development Process of various projects<br><br>Scott Flynn | EIN:<br>From-To | 26-1814258<br>January of 2008 |
    | 5CP, LLC<br>114 Mulberry Street<br>New York, NY 10013 | 190 Residential rental Units Building Developed and owned. 5CP, LLC owns 89% of 5CP Landlord, LLC<br><br>Scott Flynn | EIN:<br>From-To | 27-4451973<br>11/23/2010 |
    | Spectra TOP, LLC<br>114 Mulberry Street<br>New York, NY 10013 | Mixed Use - 108 Residential units building in Hartford CT<br><br>Scott Flynn  Cohn Resnick | EIN:<br>From-To | 81-4616154<br>2018 |

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| Durdom, Inc.<br>114 Mulberry Street<br>New York, NY 10013 | 45% member in 554-560 Main Street, LLC - the owner of Vacant for 20 years Retail in New Rochelle.<br><br>Scott Flynn | EIN: 13-4197420<br><br>From-To 2001 |
| KS Equities, LLC<br>114 Mulberry Street<br>New York, NY 10013, NY 10013 | INVESTMENT<br><br>Scott Flynn | EIN: 20-3363850<br><br>From-To 2005 |
| Marc Paragon, LP<br>276 Post Roas West<br>Westport, CT 06880 | Retail Rental<br><br>Scott Flynn | EIN: 13-4187783<br><br>From-To UNKNOWN |
| Lighthouse Real Estate Mangement<br>60 Hamstead Ave<br>West Hemstead, NY 11552 | Real Estate- office rental property<br><br>Kimmel, Blau and Gordon Scott Flynn | EIN: 11-3748256<br><br>From-To Unknown - over 10years |
| JEDR Group, LLC<br>114 Mulberry Street<br>New York, NY 10013 | Investment<br><br>Scott Flynn | EIN: 20-3363789<br><br>From-To 4/26/2006 |
| 318 Investors A, LLC<br>114 Mulberry Street<br>New York, NY 10013 | Investment<br><br>JK Represented by Scott Flynn | EIN: 45-2821116<br><br>From-To 7/19/2011 |
| International Design Direct, LLC<br>114 Mulberry Street<br>New York, NY 10013 | Wholesale of construction materials<br><br>Scott Flynn | EIN: 26-2267565<br><br>From-To 3/24/2008 |
| WW1834, LLC<br>114 Mulberry Street<br>New York, NY 10013 | New condominium project<br><br>Scott Flynn | EIN: 83-4625103<br><br>From-To 2/01/2019 |
| 114MS, LLC<br>114 Mulberry Street<br>New York, NY 10013 | Rental Real Estate<br><br>Scott Flynn | EIN: 81-2488116<br><br>From-To 5/03/2016 |
| AM Club, LLC<br>114 Mulberry Street<br>New York, NY 10013 | Investment<br><br>Scott Flynn | EIN: 46-5760081<br><br>From-To 5/08/2014 |
| WWIG III, LLC<br>114 Mulberry Street<br>New York, NY 10013 | Investment<br><br>Scott Flynn | EIN: 82-2568853<br><br>From-To 8/22/2017 |
| WW Spectra Corp<br>114 Mulberry Street<br>New York, NY 10013 | Investment<br><br>Scott Flynn | EIN: 81-4949965<br><br>From-To 1/11/2017 |

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| WW GREENPOINT PARTNERS LLC<br>114 Mulberry Street<br>New York, NY 10013 | Collects Management Fees for development of new rental project<br><br>Scott Flynn | EIN:     82-2555502<br><br>From-To  8/22/2017 |
| WWIG LLC<br>114 Mulberry Street<br>New York, NY 10013 | investment in condo project<br><br>Scott Flynn | EIN:     90-0804327<br><br>From-To  3/02/2012 |
| WWIG II LLC<br>114 Mulberry Street<br>New York, NY 10013 | Investment in Condo Project<br><br>Scott Flynn | EIN:     36-4803156<br><br>From-To  1/23/2015 |
| WW EASTERN LLC<br>114 Mulberry Street<br>New York, NY 10013 | Rental Real Estate<br><br>Scott Flynn | EIN:     84-4022843<br><br>From-To  December of 2019 |
| KLAYNBERG FAMILY GROUP LLC<br>114 Mulberry Street<br>New York, NY 10013 | Investment<br><br>Scott Flynn | EIN:     26-2463922<br><br>From-To  2/04/2008 |
| 5CP DEVELOPMENT LLC<br>114 Mulberry Street<br>New York, NY 10013 | Management or construction and development of 5 Constitution Plaza<br><br>Scott Flynn | EIN:     47-1069922<br><br>From-To  2011 |
| JKIG, LLC<br>114 Mulberry Street<br>New York, NY 10013 | Investment<br><br>Scott Flynn | EIN:     90-0916887<br><br>From-To  4/12/2012 |
| Spectra Development LLC<br>114 Mulberry Street<br>New York, NY 10013 | Management Company<br><br>Scott Flynn | EIN:<br><br>From-To |

28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

■ No
☐ Yes. Fill in the details below.

Name                                     Date Issued
Address
(Number, Street, City, State and ZIP Code)

### Part 12:  Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

Joseph Klaynberg                          Signature of Debtor 2
Signature of Debtor 1

Date   March 21, 2022                     Date

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?

■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).