| | |
|---|---|
| Patrick L. Robson<br>Robert A. Rich<br>Silvia N. Ostrower<br>**HUNTON ANDREWS KURTH LLP**<br>200 Park Avenue<br>New York, New York 10166<br>(212) 309-1000 | **Hearing Date & Time: TBD**<br>**Objection Deadline: TBD** |

*Attorneys for Series 2020A of Nahla Capital LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| JOSEPH KLAYNBERG | : | Case No. 22-10165 (MG) |
| | : | |
| Debtor. | : | **Re: ECF Doc. # 38** |
| | : | |

------------------------------------------------------------ x

# NOTICE OF ADJOURNMENT OF HEARING ON MOTION OF SERIES 2020A OF NAHLA CAPITAL LLC FOR ENTRY OF AN ORDER GRANTING LEAVE, STANDING AND AUTHORITY TO COMMENCE, PROSECUTE, AND, IF APPROPRIATE, SETTLE CERTAIN CLAIMS AGAINST EMILY KLAYNBERG AND ROBERT KLAYNBERG ON BEHALF OF THE DEBTOR'S ESTATE

**PLEASE TAKE NOTICE** that on March 8, 2022, Series 2020A of Nahla Capital LLC. ("Movant") filed the *Motion of Series 2020A of Nahla Capital LLC for Entry of an Order Granting Leave, Standing and Authority to Commence, Prosecute, and, If Appropriate, Settle Certain Claims Against Emily Klaynberg and Robert Klaynberg on Behalf of the Debtor's Estate* (ECF Doc. # 38) (the "Motion"); and

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the stipulated order entered on March 29, 2022 (ECF Doc. # 59), the hearing on the Motion (the "Hearing"), which was scheduled for April 7, 2022 at 10:00 a.m., **has been adjourned to a date to be determined**. Notice of any subsequent Hearing, and related objection deadline, will be provided by Movant.

Dated: March 29, 2022
      New York, New York

                                                                              */s/ Robert A. Rich*
                                                                              Patrick L. Robson
                                                                              Robert A. Rich
                                                                              Silvia N. Ostrower
                                                                              **HUNTON ANDREWS KURTH LLP**
                                                                              200 Park Avenue
                                                                              New York, New York 10166
                                                                              (212) 309-1000
                                                                              rrich2@huntonak.com
                                                                              probson@huntonak.com
                                                                              sostrower@huntonak.com

                                                                              *Attorneys for Series 2020A of Nahla Capital LLC*