CULLEN & DYKMAN LLP
100 Quentin Roosevelt Boulevard
Garden City, NY 11530
(516) 357-3700
Matthew G. Roseman, Esq.
Bonnie Pollack, Esq.
Counsel for Debtor

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| JOSEPH KALYNBERG, | Case No. 22-10165 (MG) |
| Debtor. | |

-----------------------------------------------------------------x

## NOTICE OF ADJOURNMENT OF STATUS CONFERENCE

**PLEASE TAKE NOTICE** that the status conference scheduled in the above matter for April 7, 2022 at 10:00 a.m., has been adjourned to **May 3, 2022 at 11:00 a.m.**, or as soon thereafter as counsel may be heard, before the Honorable Martin Glenn, Chief United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004.

**PLEASE TAKE FURTHER NOTICE** that this conference will be conducted VIA Zoom for Government. If you wish to participate, you must register your appearance by eCourt Appearances by 4:00 p.m. on May 2, 2022, using the following link: https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl

Dated: Garden City, New York
April 7, 2022

                                                CULLEN AND DYKMAN LLP

BY:   /s/ Bonnie Pollack
       Matthew G. Roseman, Esq.
       Bonnie Pollack, Esq.
       100 Quentin Roosevelt Boulevard
       Garden City, New York 11530
       (516) 357-3700

       *Attorneys for the Debtor*