# UNITED STATES BANKRUPTCY COURT

Southern DISTRICT OF New York

In Re. Joseph Klaynberg

§
§
§
§

Debtor(s)

Case No. 22-10165

☐ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 03/31/2022

Petition Date: 02/11/2022

Months Pending: 2

Industry Classification: [0] [0] [0] [0]

Reporting Method:  Accrual Basis ○   Cash Basis ◉

Debtor's Full-Time Employees (current): 0

Debtor's Full-Time Employees (as of date of order for relief): 0

## Supporting Documentation (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☐ Statement of cash receipts and disbursements
☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☐ Statement of operations (profit or loss statement)
☐ Accounts receivable aging
☐ Postpetition liabilities aging
☐ Statement of capital assets
☐ Schedule of payments to professionals
☐ Schedule of payments to insiders
☒ All bank statements and bank reconciliations for the reporting period
☐ Description of the assets sold or transferred and the terms of the sale or transfer


Joseph Klaynberg
Signature of Responsible Party

04/12/2022
Date

Joseph Klaynberg
Printed Name of Responsible Party

114 Mulberry Street Apt 703
New York, NY 10013
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)                    1

## Part 1: Cash Receipts and Disbursements

| | | Current Month | Cumulative |
|---|---|---|---|
| a. | Cash balance beginning of month | $431,674 | |
| b. | Total receipts (net of transfers between accounts) | $25,721 | $25,724 |
| c. | Total disbursements (net of transfers between accounts) | $7,848 | $8,246 |
| d. | Cash balance end of month (a+b-c) | $449,548 | |
| e. | Disbursements made by third party for the benefit of the estate | $3,900 | $3,900 |
| f. | Total disbursements for quarterly fee calculation (c+e) | $11,748 | $12,146 |

## Part 2: Asset and Liability Status
(Not generally applicable to Individual Debtors. See Instructions.)

| | | Current Month |
|---|---|---|
| a. | Accounts receivable (total net of allowance) | $0 |
| b. | Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. | Inventory ( Book ◌  Market ◌  Other ◉  (attach explanation)) | $0 |
| d | Total current assets | $0 |
| e. | Total assets | $0 |
| f. | Postpetition payables (excluding taxes) | $0 |
| g. | Postpetition payables past due (excluding taxes) | $0 |
| h. | Postpetition taxes payable | $0 |
| i. | Postpetition taxes past due | $0 |
| j. | Total postpetition debt (f+h) | $0 |
| k. | Prepetition secured debt | $0 |
| l. | Prepetition priority debt | $0 |
| m. | Prepetition unsecured debt | $0 |
| n. | Total liabilities (debt) (j+k+l+m) | $0 |
| o. | Ending equity/net worth (e-n) | $0 |

## Part 3: Assets Sold or Transferred

| | | Current Month | Cumulative |
|---|---|---|---|
| a. | Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. | Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. | Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

## Part 4: Income Statement (Statement of Operations)
(Not generally applicable to Individual Debtors. See Instructions.)

| | | Current Month | Cumulative |
|---|---|---|---|
| a. | Gross income/sales (net of returns and allowances) | $0 | |
| b. | Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. | Gross profit (a-b) | $0 | |
| d. | Selling expenses | $0 | |
| e. | General and administrative expenses | $0 | |
| f. | Other expenses | $0 | |
| g. | Depreciation and/or amortization (not included in 4b) | $0 | |
| h. | Interest | $0 | |
| i. | Taxes (local, state, and federal) | $0 | |
| j. | Reorganization items | $0 | |
| k. | Profit (loss) | $0 | $0 |

## Part 5:  Professional Fees and Expenses

|   |   |   | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | $0 | $0 | $0 | $0 |
|   | *Itemized Breakdown by Firm* | | | | | |
|   | Firm Name | Role | | | | |
| i |   |   | $0 | $0 | $0 | $0 |
| ii |   |   |   |   |   |   |
| iii |   |   |   |   |   |   |
| iv |   |   |   |   |   |   |
| v |   |   |   |   |   |   |
| vi |   |   |   |   |   |   |
| vii |   |   |   |   |   |   |
| viii |   |   |   |   |   |   |
| ix |   |   |   |   |   |   |
| x |   |   |   |   |   |   |
| xi |   |   |   |   |   |   |
| xii |   |   |   |   |   |   |
| xiii |   |   |   |   |   |   |
| xiv |   |   |   |   |   |   |
| xv |   |   |   |   |   |   |
| xvi |   |   |   |   |   |   |
| xvii |   |   |   |   |   |   |
| xviii |   |   |   |   |   |   |
| xix |   |   |   |   |   |   |
| xx |   |   |   |   |   |   |
| xxi |   |   |   |   |   |   |
| xxii |   |   |   |   |   |   |
| xxiii |   |   |   |   |   |   |
| xxiv |   |   |   |   |   |   |
| xxv |   |   |   |   |   |   |
| xxvi |   |   |   |   |   |   |
| xxvii |   |   |   |   |   |   |
| xxviii |   |   |   |   |   |   |
| xxix |   |   |   |   |   |   |
| xxx |   |   |   |   |   |   |
| xxxi |   |   |   |   |   |   |
| xxxii |   |   |   |   |   |   |
| xxxiii |   |   |   |   |   |   |
| xxxiv |   |   |   |   |   |   |
| xxxv |   |   |   |   |   |   |
| xxxvi |   |   |   |   |   |   |

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |
| xcix | | | | | |
| c | | | | | |
| ci | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | $0 | $0 | $0 | $0 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | $0 | $0 | $0 | $0 |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxviii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxvii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |

| | xcix | | | | | | |
|---|---|---|---|---|---|---|---|
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | $0 | $0 | $0 | $0 |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $0 | $0 |
| d. | Postpetition employer payroll taxes paid | $0 | $0 |
| e. | Postpetition property taxes paid | $0 | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

## Part 7: Questionnaire - During this reporting period:

| | | |
|---|---|---|
| a. | Were any payments made on prepetition debt?  (if yes, see Instructions) | Yes ○  No ● |
| b. | Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions) | Yes ○  No ● |
| c. | Were any payments made to or on behalf of insiders? | Yes ○  No ● |
| d. | Are you current on postpetition tax return filings? | Yes ●  No ○ |
| e. | Are you current on postpetition estimated tax payments? | Yes ●  No ○ |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ●  No ○ |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○  No ● |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ○  No ○  N/A ● |
| i. | Do you have:          Worker's compensation insurance? | Yes ○  No ● |
| | If yes, are your premiums current? | Yes ○  No ○  N/A ●  (if no, see Instructions) |
| | Casualty/property insurance? | Yes ●  No ○ |
| | If yes, are your premiums current? | Yes ●  No ○  N/A ○  (if no, see Instructions) |
| | General liability insurance? | Yes ○  No ● |
| | If yes, are your premiums current? | Yes ○  No ○  N/A ●  (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ○  No ● |
| k. | Has a disclosure statement been filed with the court? | Yes ○  No ● |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ●  No ○ |

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $25,721 |
| d. | Total income in the reporting period (a+b+c) | $25,721 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $7,531 |
| h. | All other expenses | $4,217 |
| i. | Total expenses in the reporting period (e+f+g+h) | $11,748 |
| j. | Difference between total income and total expenses (d-i) | $13,974 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ⚪ No 🔘 |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ⚪ No ⚪ N/A 🔘 |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

<u>**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**</u>

Joseph Klaynberg
Signature of Responsible Party

Self
Title

Joseph Klaynberg
Printed Name of Responsible Party

04/12/2022
Date

PageOnePartOne

PageOnePartTwo

PageTwoPartOne

PageTwoPartTwo

Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100



PageThree



PageFour

Joseph Klaynberg
Part 1 Cash Receipts & Disbursements

Backup Schedule

| | MCB 0346 | MCB 2551 | MCB 2543 | Total | Notes | Prior month cumulative | Current month cumulative |
|---|---|---|---|---|---|---|---|
| Cash balance beginning of month | $ 10,341.72 | $ 421,332.60 | $ - | $ 431,674.32 | | | |
| Partnership Distributions | | $ 16,127.66 | | | Lighthouse Sixty LP | | |
| WellCare Prescription - refund?? | | $ 14.20 | | | | | |
| Charles Schwab - remaining bal | | $ 0.86 | | | | | |
| Partnership Distributions | | $ 5,820.50 | | | JKIG, KS Equities & 114 MS | | |
| Partnership Distributions | | $ 533.00 | | | WW Eastern | | |
| SSA Income | $ 2,914.10 | | | | | | |
| SSA Income | $ 311.00 | | | | | | |
| Total receipts | $ 3,225.10 | $ 22,496.22 | $ - | $ 25,721.32 | | $ 3.13 | $ 25,724.45 |
| Capital Contribution - WWIG III | | | $ (2,778.78) | | | | |
| Capital Contribution - 318 East | | | $ (1,428.45) | | | | |
| Wire transfer fee | | $ (10.00) | | | | | |
| Verizon | $ (368.40) | | | | | | |
| Empire Blue | $ (335.83) | | | | | | |
| Amex Payment | $ (2,926.31) | | | | | | |
| Total disbursements | $ (3,630.54) | $ (10.00) | $ (4,207.23) | $ (7,847.77) | | $ (397.99) | $ (8,245.76) |
| Transfer | $ (5,828.20) | $ 5,828.20 | | | | | |
| Cash balance end of month | $ 4,108.08 | $ 443,818.82 | $ 1,620.97 | $ 449,547.87 | | | |
| Disbursements made by third party | | | | $ 3,900.00 | Rent | $ - | 3,900.00 |
| Total disbursements for fee calc | | | | $ 11,747.77 | | | |



# Metropolitan Commercial Bank.

**MCB** LISTED **NYSE**

The **Entrepreneurial** Bank Since 1999

99 Park Avenue, 12th Floor
New York, NY 10016

**RETURN SERVICE REQUESTED**

JOSEPH KLAYNBERG
DIP CASE NO 22-10165 MG
114 MULBERRY ST APT 703
NEW YORK NY 10013-5279

## Managing Your Accounts

| | | |
|---|---|---|
|  | Banking Center | Park Avenue Banking Center |
| | Banking Center | 212-365-6700 |
|  | Mailing Address | 99 Park Avenue New York, NY 10016 |
| | Online Banking | www.MCBankNY.com |

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| SSI DIP ACCOUNT | XXXXXXXX2543 | $1,620.97 |

## SSI DIP ACCOUNT-XXXXXXXX2543

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 03/01/2022 | Beginning Balance | $0.00 |
| | 1 Credit(s) This Period | $5,828.20 |
| | 2 Debit(s) This Period | -$4,207.23 |
| 03/31/2022 | Ending Balance | $1,620.97 |

### Account Activity

| Post Date | Description | | Debits | Credits | Balance |
|---|---|---|---|---|---|
| 03/01/2022 | **Beginning Balance** | | | | **$0.00** |
| 03/14/2022 | INTERNET TFR FRM CHK | 0346 | | $5,828.20 | $5,828.20 |
| 03/28/2022 | CHECK NUMBER 102 REF #986533073 | | $2,778.78 | | $3,049.42 |
| 03/30/2022 | CHECK NUMBER 104 REF #991278769 | | $1,428.45 | | $1,620.97 |
| 03/31/2022 | **Ending Balance** | | | | **$1,620.97** |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|
| 102 | 03/28/2022 | $2,778.78 | 104* | 03/30/2022 | $1,428.45 |

\* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 03/14/2022 | $5,828.20 | 03/28/2022 | $3,049.42 | 03/30/2022 | $1,620.97 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

**Online Banking**
www.MCBankNY.com

**Mobile Banking Apps**

 

**In case of errors or questions about your account telephone us at: 212-365-6700 or
write us at: Metropolitan Commercial Bank, 99 Park Avenue, 12th Floor, New York, NY 10016**

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt:

1. Tell us your name and account number.

2. Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

3. Tell us the dollar amount of the suspected error.

We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem appeared.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will  recredit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

### AN EASY GUIDE FOR BALANCING YOUR ACCOUNT

| | |
|---|---|
| **1.** Enter the last balance shown on this statement here. | $ |
| **2.** Compare the deposits and additions shown on this statement with your records. If a recent deposit does not show on this statement, enter the amount(s) here. | $ |
| **3.** Total of lines 1 & 2. | $ |
| **4.** Enter the total from the checks/withdrawals in **Section 4a**. | $ |
| **5.** Subtract line 4 from line 3. This should be your present balance. | $ |

USE THIS AREA FOR YOUR COMPUTATIONS

**4a.** List the checks / withdrawals which have been written or made, but have not been charged to your account.

| CHECKS/WITHDRAWALS | AMOUNT | CHECKS/WITHDRAWALS | AMOUNT |
|---|---|---|---|
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | | TOTAL to be entered in **Section 4** above. | $ |







| #0102 | 03/28/2022 | $2,778.78 |
|---|---|---|

| #0102 | 03/28/2022 | $2,778.78 |
|---|---|---|





| #0104 | 03/30/2022 | $1,428.45 |
|---|---|---|

| #0104 | 03/30/2022 | $1,428.45 |
|---|---|---|


This page left intentionally blank



# Metropolitan Commercial Bank.

The **Entrepreneurial** Bank Since 1999

MCB LISTED NYSE

99 Park Avenue, 12th Floor
New York, NY 10016

**RETURN SERVICE REQUESTED**

JOSEPH KLAYNBERG
DIP CASE NO 22-10165 MG
114 MULBERRY ST APT 703
NEW YORK NY 10013-5279

## Managing Your Accounts

| | | |
|---|---|---|
|  | Banking Center | Park Avenue Banking Center |
| | Banking Center | 212-365-6700 |
|  | Mailing Address | 99 Park Avenue New York, NY 10016 |
| | Online Banking | www.MCBankNY.com |

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| DEBTOR IN POSSESSION ACCT | XXXXXXXX2551 | $443,818.82 |

# DEBTOR IN POSSESSION ACCT-XXXXXXXX2551

## Account Summary

| Date | Description | Amount |
|---|---|---|
| 03/01/2022 | Beginning Balance | $349,831.91 |
| | 4 Credit(s) This Period | $93,996.91 |
| | 1 Debit(s) This Period | -$10.00 |
| 03/31/2022 | Ending Balance | $443,818.82 |
| | Service Charges | $10.00 |

## Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| **03/01/2022** | **Beginning Balance** | | | **$349,831.91** |
| 03/01/2022 | WIRE FROM JOSEPH KLAYNBERG + | | $71,500.69 | $421,332.60 |
| 03/01/2022 | WIRE TRANSFER FEE | $10.00 | | $421,322.60 |
| 03/03/2022 | DEPOSIT METROPOLITAN CO | | $5,820.50 | $427,143.10 |
| 03/14/2022 | DEPOSIT METROPOLITAN CO | | $16,142.72 | $443,285.82 |
| 03/24/2022 | DEPOSIT METROPOLITAN CO | | $533.00 | $443,818.82 |
| **03/31/2022** | **Ending Balance** | | | **$443,818.82** |

## Daily Balances

| Date | Amount | Date | Amount |
|---|---|---|---|
| 03/01/2022 | $421,322.60 | 03/14/2022 | $443,285.82 |
| 03/03/2022 | $427,143.10 | 03/24/2022 | $443,818.82 |

## Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

**Online Banking**
www.MCBankNY.com

**Mobile Banking Apps**






**In case of errors or questions about your account telephone us at: 212-365-6700 or write us at: Metropolitan Commercial Bank, 99 Park Avenue, 12th Floor, New York, NY 10016**

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt:

1. Tell us your name and account number.

2. Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

3. Tell us the dollar amount of the suspected error.

We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem appeared.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

### AN EASY GUIDE FOR BALANCING YOUR ACCOUNT

| | |
|---|---|
| **1.** Enter the last balance shown on this statement here. | $ |
| **2.** Compare the deposits and additions shown on this statement with your records. If a recent deposit does not show on this statement, enter the amount(s) here. | $ |
| **3.** Total of lines 1 & 2. | $ |
| **4.** Enter the total from the checks/withdrawals in **Section 4a**. | $ |
| **5.** Subtract line 4 from line 3. This should be your present balance. | $ |

USE THIS AREA FOR YOUR COMPUTATIONS

**4a.** List the checks / withdrawals which have been written or made, but have not been charged to your account.

| CHECKS/WITHDRAWALS | AMOUNT | CHECKS/WITHDRAWALS | AMOUNT |
|---|---|---|---|
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | TOTAL to be entered in **Section 4** above. | | $ |



# Metropolitan Commercial Bank.

MCB LISTED NYSE

The **Entrepreneurial** Bank Since 1999

99 Park Avenue, 12th Floor
New York, NY 10016

**RETURN SERVICE REQUESTED**

JOSEPH KLAYNBERG PRIMARY
FBO EDWARD KLAYNBERG BENE
114 MULBERRY ST
NEW YORK NY 10013-5191

## Managing Your Accounts

| | | |
|---|---|---|
|  | Banking Center | Park Avenue Banking Center |
|  | Banking Center | 212-365-6700 |
|  | Mailing Address | 99 Park Avenue New York, NY 10016 |
| | Online Banking | www.MCBankNY.com |

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| PERSONAL CHECKING | XXXXXXXX0346 | $4,108.08 |

# PERSONAL CHECKING-XXXXXXXX0346

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 03/01/2022 | **Beginning Balance** | **$10,341.72** |
| | 2 Credit(s) This Period | $3,225.10 |
| | 4 Debit(s) This Period | -$9,458.74 |
| 03/31/2022 | **Ending Balance** | **$4,108.08** |

### Account Activity

| Post Date | Description | | Debits | Credits | Balance |
|---|---|---|---|---|---|
| 03/01/2022 | **Beginning Balance** | | | | **$10,341.72** |
| 03/04/2022 | VERIZON PAYMENTREC URRING TEL | | $368.40 | | $9,973.32 |
| 03/07/2022 | EMPIRE BLUE MED SUPP 220305 WEB | | $335.83 | | $9,637.49 |
| 03/09/2022 | SSA TREAS 310 XXSOC SEC 030922 PPD SSA | | | $2,914.10 | $12,551.59 |
| 03/10/2022 | SSA TREAS 310 XXSOC SEC 031022 PPD SSA | | | $311.00 | $12,862.59 |
| 03/14/2022 | INTERNET TFR TO CHK | 2543 | $5,828.20 | | $7,034.39 |
| 03/28/2022 | AMEX EPAYMENT ACH PMT 220328 WEB | | $2,926.31 | | $4,108.08 |
| 03/31/2022 | **Ending Balance** | | | | **$4,108.08** |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 03/04/2022 | $9,973.32 | 03/09/2022 | $12,551.59 | 03/14/2022 | $7,034.39 |
| 03/07/2022 | $9,637.49 | 03/10/2022 | $12,862.59 | 03/28/2022 | $4,108.08 |



**In case of errors or questions about your account telephone us at: 212-365-6700 or write us at: Metropolitan Commercial Bank, 99 Park Avenue, 12th Floor, New York, NY 10016**

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt:

1. Tell us your name and account number.

2. Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

3. Tell us the dollar amount of the suspected error.

We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem appeared.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

## AN EASY GUIDE FOR BALANCING YOUR ACCOUNT

| | | |
|---|---|---|
| **1.** Enter the last balance shown on this statement here. | $ | |
| **2.** Compare the deposits and additions shown on this statement with your records. If a recent deposit does not show on this statement, enter the amount(s) here. | $ | |
| **3.** Total of lines 1 & 2. | $ | |
| **4.** Enter the total from the checks/withdrawals in **Section 4a**. | $ | |
| **5.** Subtract line 4 from line 3. This should be your present balance. | $ | |

USE THIS AREA FOR YOUR COMPUTATIONS

**4a.** List the checks / withdrawals which have been written or made, but have not been charged to your account.

| CHECKS/WITHDRAWALS | AMOUNT | | CHECKS/WITHDRAWALS | AMOUNT | |
|---|---|---|---|---|---|
| | $ | | | $ | |
| | $ | | | $ | |
| | $ | | | $ | |
| | $ | | | $ | |
| | $ | | | $ | |
| | $ | | | $ | |
| | $ | | | $ | |
| | $ | | | $ | |
| | $ | | | $ | |
| | $ | | | $ | |
| | | TOTAL to be entered in **Section 4** above. | | $ | |



## PERSONAL CHECKING-XXXXXXXX0346 (continued)

### Overdraft and Returned Item Fees

|  | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |



This page left intentionally blank