CULLEN & DYKMAN LLP
100 Quentin Roosevelt Boulevard
Garden City, NY 11530
(516) 357-3700
Matthew G. Roseman, Esq.
Bonnie Pollack, Esq.
Counsel for Debtor

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re:                                  : Chapter 11
                                        :
JOSEPH KALYNBERG,                       : Case No. 22-10165 (MG)
                                        :
                    Debtor.             :
---------------------------------------------------------------x

## NOTICE OF STATUS CONFERENCE

**PLEASE TAKE NOTICE** that on June 9, 2022 at 10:00 a.m., or as soon thereafter as counsel may be heard, a conference will be conducted in the above-captioned case before the Honorable Martin Glenn, Chief United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004.

**PLEASE TAKE FURTHER NOTICE** that this conference will be conducted via Zoom for Government. If you wish to participate, you must register your appearance by eCourt Appearances by 4:00 p.m. on June 8, 2022, using the following link: https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl

Dated: Garden City, New York
       May 4, 2022

                                        CULLEN AND DYKMAN LLP

                                BY:     /s/ Bonnie Pollack
                                        Matthew G. Roseman, Esq.
                                        Bonnie Pollack, Esq.
                                        100 Quentin Roosevelt Boulevard
                                        Garden City, New York 11530
                                        (516) 357-3700

                                        *Attorneys for the Debtor*