Patrick L. Robson
Robert A. Rich
Silvia N. Ostrower
**HUNTON ANDREWS KURTH LLP**
200 Park Avenue
New York, New York 10166
(212) 309-1000

*Attorneys for Series 2020A of Nahla Capital LLC*

Hearing Date & Time: July 20, 2022 at 2:00 p.m.
Objection Deadline: June 17, 2022

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
| |
In re: | Chapter 11
|
JOSEPH KLAYNBERG, | Case No. 22-10165 (MG)
|
Debtor. | **Re: ECF Docs. # 38, 89**
|
------------------------------------------------------------ x

# NOTICE OF RESCHEDULED HEARING ON MOTION OF SERIES 2020A OF NAHLA CAPITAL LLC FOR ENTRY OF AN ORDER GRANTING LEAVE, STANDING AND AUTHORITY TO COMMENCE, PROSECUTE, AND, IF APPROPRIATE, SETTLE CERTAIN CLAIMS AGAINST EMILY KLAYNBERG AND ROBERT KLAYNBERG ON BEHALF OF THE DEBTOR'S ESTATE

**PLEASE TAKE NOTICE** that on March 8, 2022, Series 2020A of Nahla Capital LLC. ("Movant") filed the *Motion of Series 2020A of Nahla Capital LLC for Entry of an Order Granting Leave, Standing and Authority to Commence, Prosecute, and, If Appropriate, Settle Certain Claims Against Emily Klaynberg and Robert Klaynberg on Behalf of the Debtor's Estate* (ECF Doc. # 38) (the "Motion");

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the stipulated order entered on June 2, 2022 (ECF Doc. # 89) (the "Scheduling Order"), the hearing to consider the Motion (the "Hearing") has been **rescheduled for July 20, 2022 at 2:00 p.m. (ET)**, or as soon thereafter as counsel may be heard;

**PLEASE TAKE FURTHER NOTICE** that the Hearing will be conducted remotely via Zoom for Government.  Attorneys and parties that wish to appear at the Hearing, whether making a "live" or "listen only" appearance before the Court, need to make an eCourt Appearance through the Court's website by 4:00 p.m. the day before the Hearing.  Provided an eCourt Appearance is made by that deadline, the Court will send to your email address an invitation to attend the Hearing through Outlook.  If on an emergency basis an eCourt Appearance request is made after 4:00 p.m. on the day before the Hearing, an email should be sent to the chambers email address at [mg.chambers@nysb.uscourts.gov](mailto:mg.chambers@nysb.uscourts.gov) to request that an Outlook link be sent;

**PLEASE TAKE FURTHER NOTICE** that responses or objections, if any, to the Motion must (i) be in writing; (ii) conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules; (iii) be filed in accordance with General Order M-399 of the Bankruptcy Court, which can be found on the Bankruptcy Court's website at [www.nysb.uscourts.gov](http://www.nysb.uscourts.gov) (the "Court's Website"); and (iv) be served on the undersigned counsel for Movant, Hunton Andrews Kurth LLP, Attn:  Robert A. Rich, Esq., 200 Park Avenue, New York, NY 10166, [rrich2@huntonak.com](mailto:rrich2@huntonak.com), **so as to actually be received no later than June 17, 2022**.  If no responses or objections are timely filed, the Court may grant the Motion and cancel the Hearing without further notice;

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion and this notice are available for viewing through the Court's Website or upon reasonable written request to the undersigned.  A PACER password is required to access documents on the Court's Website; and

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be continued or adjourned thereafter from time to time without further notice other than an announcement of the adjourned date or dates in open court at the Hearing.

Dated: June 2, 2022
      New York, New York

*/s/ Robert A. Rich*
Patrick L. Robson
Robert A. Rich
Silvia N. Ostrower
**HUNTON ANDREWS KURTH LLP**
200 Park Avenue
New York, New York 10166
(212) 309-1000
rrich2@huntonak.com
probson@huntonak.com
sostrower@huntonak.com

*Attorneys for Series 2020A of Nahla Capital LLC*