CULLEN & DYKMAN LLP
100 Quentin Roosevelt Boulevard
Garden City, NY 11530
(516) 357-3700
Matthew G. Roseman, Esq.
Bonnie L. Pollack, Esq.

Counsel for the Debtor

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
: 
In re: : Chapter 11
: 
JOSEPH KLAYNBERG, : Case No. 22-10165 (MG)
: 
: 
Debtor. : 
: 
----------------------------------------------------------------x

**NOTICE OF HEARING TO CONSIDER FIRST APPLICATIONS FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**

  **PLEASE TAKE NOTICE** that a hearing will be held before the Honorable Martin Glenn, Chief United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), One Bowling Green, New York, New York 10004, on the 17th day of August, 2022 at 10:00 a.m. (EST), or as soon thereafter as counsel can be heard, to consider the first interim applications (the "Fee Applications") of the professionals retained in the above-captioned chapter 11 case of Joseph Klaynberg (the "Debtor") for interim allowance of compensation and reimbursement of expenses incurred pursuant to sections 330 and 331 of the Bankruptcy Code and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* (Dkt. No. 45). The professionals filing the Fee Applications, the relevant periods covered, and the amounts sought are listed on the scheduled annexed hereto as Exhibit A.

  **PLEASE TAK FURTHER NOTICE** that this hearing will be conducted via Zoom for Government. If you wish to participate, you must register your appearance by eCourt Appearances by 4:00 p.m. on August 16, 2022, using the following link: https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl

22420.2000 20318756

**PLEASE TAKE FURTHER NOTICE**, that objections, if any, to the Fee Applications must be (a) in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, (c) filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) by registered users of the Bankruptcy Court's case filing system must file electronically and all other parties in interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows' based word-processing format), (d) submitted in hard-copy form directly to the chambers of the Honorable Martin Glenn, Chief United States Bankruptcy Judge, and (e) served upon (i) the attorneys for the Debtor, Cullen and Dykman LLP, 100 Quentin Roosevelt Boulevard, Garden City, New York, 11530, Attn: Matthew G. Roseman and Bonnie L. Pollack; (ii) the professionals whose Fee Application is being objected to; and (iii) the Office of the United States Trustee for the Southern District of New York, U.S. Federal Office Building, 201 Varick Street, Room 1006, New York, New York 10014 (Attn: Tara Tiantian, Esq.), so as to be received no later than August 10, 2022 at 4:00 p.m. (EST).

**PLEASE TAKE FURTHER NOTICE** that the Fee Applications have been or will be filed electronically with the Clerk of the United States Bankruptcy Court for the Southern District of New York, and may be reviewed by all registered users of the Court's website at www.nysb.uscourts.gov. Copies of the Fee Applications and all exhibits can also be obtained by telephonic, written, or e-mail request to the undersigned counsel to the Debtor, Attn: Bonnie L. Pollack (bpollack@cullenllp.com).

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Fee Application may be adjourned without further notice except as announced in open court on the Hearing Date, or at any adjourned hearing.

Dated: Garden City, New York
July 13, 2022

                                    CULLEN AND DYKMAN LLP

                                    By: _s/ Bonnie Pollack_____
                                          Matthew G. Roseman, Esq.
                                          Bonnie L. Pollack, Esq.
                                    100 Quentin Roosevelt Boulevard
                                    Garden City, NY  11530
                                    (516) 357-3700

                                    Counsel for the Debtor

**EXHIBIT A**

| Applicant | Capacity | Application Period | Interim Compensation Requested | Interim Reimbursement of Expenses Requested | Total |
|---|---|---|---|---|---|
| **CULLEN AND DYKMAN LLP** | General Bankruptcy Counsel | 2/11/22 – 6/30/22 | $280,699.50 | $2,223.43 | $282,922.93 |
| **THALER LAW FIRM** | Special Adversary Proceeding Counsel | 2/11/22 – 6/30/22 | $16,122.50 | $0.00 | $16,122.50 |
| **TSYNGAUZ & ASSOCIATES, P.C.** | Special Appellate Counsel | 2/11/22 – 6/30/22 | $5,080.00 | $0.00 | $5,080.00 |
| **LEHMAN FLYNN VOLLARO CPAS PLLC** | Accountant | 2/11/22 – 6/30/22 | $15,847.00 | $0.00 | $15,847.00 |