UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re: : Chapter 11
:
JOSEPH KLAYNBERG, : Case No. 22-10165 (MG)
:
Debtor. :
:
------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NASSAU     )

LAURIE GOMEZ, being duly sworn, deposes and says:

That she is over the age of 21 years, resides in Bellerose, New York and is not a party to this action.

That on July 14, 2022, I served the *Notice of Hearing to Consider First Applications for Interim Compensation and Reimbursement of Expenses* via regular mail by depositing a true copy thereof in a properly sealed wrapper in a depository maintained by the United States Postal Service located on the premises at Garden City Center, 100 Quentin Roosevelt Boulevard, Garden City, New York 11530, addressed to the persons listed on the annexed Service List.

_____
LAURIE GOMEZ

Sworn to before me this
14th day of July, 2022.

_____
Notary Public

NANCY CHRYSTAL
Notary Public State of New York
No. 01CH4834396
Qualified in Suffolk County
Commission Expires May 31, 2023

22420.2000 20320105v1

# SERVICE LIST

UNITED STATES TRUSTEE
OFFICE OF THE UNITED STATES
TRUSTEE
U.S. FEDERAL OFFICE BUILDING
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014

114 MS OWNER LLC
114 MULBERRY STREET
GROUND FLOOR
NEW YORK, NY 10013

114 MS OWNER LLC
249 WEST 76TH STREET
NEW YORK, NY 10023

5CP LANDLORD LLC
114 MULBERRY STREET
GROUND FLOOR
NEW YORK, NY 10013

AIG INVESTMENTS
777 S. FIGEROA STREET
16TH FLOOR
LOS ANGELES, CA 90017

ALAN LAZOWSKI
755 MAIN STREET
14TH FLOOR
HARTFORD, CT 06103

BANK LEUMI
579 FIFTH AVENUE
NEW YORK, NY 10017

BRADFORD BARR
1536 THIRD AVENUE
3RD FLOOR
NEW YORK, NY 10028

CHABAD OF GRAMMERCY PARK
121 WEST 19TH STREET
NEW YORK, NY 10011

CHASE BANK
700 KANSAS LANE
MONROE, CA 71203

CHERYL LIFSHITZ
508 WEST 24TH STREET
NEW YORK, NY 10011

EDWARD KLAYNBERG
111 FULTON STREET
APT. 101
NEW YORK, NY 10038

EMILY KLAYNBERG
5 LILLIAN COURT
SANDS POINT, NY 11050

ERIC BRODY
114 MULBERRY STREET
GROUND FLOOR
NEW YORK, NY 10013

INVESTORS BANK
101 WOOD AVENUE SOUTH
ISELIN, NJ 08830

KEY BANK NATIONAL ASSOC.
66 SOUTH PEARL STREET
5TH FLOOR
ALBANY, NY 12207

LAZ INVESTMENTS, LLC
755 MAIN STREET
14TH FLOOR
HARTFORD, CT 06103

M&T BANK
COMMERCIAL REAL ESTATE
350 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

M&T BANK
ONE M&T PLAZA
3RD FLOOR
BUFFALO, NY 14203

MORGAN STANLEY
1585 BROADWAY
NEW YORK, NY 10036

MUNGER MOUNTAIN P LP
1536 3RD AVENUE
3RD FLOOR
NEW YORK, NY 10028

PEOPLES UNITED BANK NA
225 ASYLUM STREET
HARTFORD, CT 06103

REGNUM PARTNERS, LLC
1536 3RD AVENUE
3RD FLOOR
NEW YORK, NY 10028

SERIES 2020A OF NAHLA CAPITAL
645 MADISON AVE
21ST FLOOR
NEW YORK, NY 10022

SPECTRA 111 LANDLORD LLC
114 MULBERRY STREET
GROUND FLOOR
NEW YORK, NY 10013

SPECTRA LLC
114 MULBERRY STREET
GROUND FLOOR
NEW YORK, NY 10013

STATE OF NY UNEMPLOY. INS. BD.
PO BOX 29002
BROOKLYN, NY 11201

THE CITY AND STATE OF NEW YORK
NEW YORK CITY LAW DEPT.
8917 SUTPHIN BLVD.
JAMAICA, NY 11435

WONDER WORKS CONSTRUCTION
CORP
114 MULBERRY STREET
GROUND FLOOR
NEW YORK, NY 10013

WW1834, LLC
114 MULBERRY STREET
GROUND FLOOR
NEW YORK, NY 10013

WWIG III, LLC
114 MULBERRY STREET
GROUND FLOOR
NEW YORK, NY 10013

WWML 96 LLC
114 MULBERRY STREET
GROUND FLOOR
NEW YORK, NY 10013

ROBERT A. RICH, ESQ.
PATRICK ROBSON, ESQ.
SILVIA N. OSTROWER, ESQ.
HUNTON ANDREWS KURTH LLP
200 PARK AVENUE
NEW YORK, NEW YORK 10166

PHILLIP RAYMOND, ESQ.
MCCALLA RAYMER
 LEIBERT PIERCE, LLC
420 LEXINGTON AVENUE, SUITE 840
NEW YORK, NY 10170

FARRELL FRITZ, P.C.
622 THIRD AVENUE, 37TH FLOOR
NEW YORK, NEW YORK 10017
MARTIN G. BUNIN, ESQ.
JEFFREY K. LEVIN, ES

OSTROWITZ & OSTROWITZ, ESQS.
225 GORDONS CORNER ROAD
MANALAPAN, NEW JERSEY 07726

STEPHAN E. HORNUNG
LUSKIN, STERN & EISLER LLP
50 MAIN STREET
WHITE PLAINS, NEW YORK 10606

RYAN BANICH, ESQ.
TSYNGAUZ & ASSOCIATES, P.C.
114 MULBERRY STREET, GROUND FLOOR
NEW YORK, NY 10013

SCOTT D. ROSEN, ESQ.
COHN BIRNBAUM & SHEA P.C.
100 PEARL STREET, 12TH FLOOR
HARTFORD, CT 06103

CAPITAL REGION DEVEL. AUTH.
100 COLUMBUS BOULEVARD
SUITE 500
HARTFORD, CT 06103

ERIC H. HENZY, ESQ.
ZEISLER & ZEISLER, LLC
10 MIDDLE STREET, 15TH FL
BRIDGEPORT, CT 06604

MARC A. PERGAMENT
WEINBERG, GROSS
 & PERGAMENT LLP
400 GARDEN CITY PLAZA – SUITE 403
GARDEN CITY, NEW YORK 11530