CULLEN & DYKMAN LLP
100 Quentin Roosevelt Boulevard
Garden City, NY 11530
(516) 357-3700
Matthew G. Roseman, Esq.
Bonnie L. Pollack, Esq.
mroseman@cullenanddykman.com
bpollack@cullenanddykman.com

*Counsel for the Debtor*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------- x
                                              :

In re:                                         :   Chapter 11

JOSEPH KLAYNBERG,                  :   Case No. 22-10165 (MG)

                    Debtor.             :

----------------------------------------------------------------- x

## NOTICE OF MONTHLY FEE STATEMENT FOR DEBTOR'S COUNSEL FOR THE MONTH OF JULY 2022

PLEASE TAKE NOTICE that pursuant to the Order of the Bankruptcy Court dated March 11, 2022 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, the Monthly Fee Statement for Debtor's Counsel for the month of July 2022 is attached hereto.

Dated: Garden City, New York
       August 12, 2022

                                                      CULLEN AND DYKMAN LLP
                                                      *Counsel for Debtor*

                                                      By:   <u>s/ Bonnie Pollack</u>
                                                               Matthew G. Roseman, Esq.
                                                               Bonnie L. Pollack, Esq.
                                         100 Quentin Roosevelt Boulevard
                                         Garden City, NY 11530
                                         (516) 357-3700



Cullen and Dykman LLP
Garden City Center
100 Quentin Roosevelt Boulevard
Garden City, NY 11530
T: 516.357.3700
F: 516.357.3792
Tax ID: 11-0658700

JOSEPH KLAYNBERG

August 3, 2022

## INVOICE SUMMARY

File Number: 22420

Control Number 6992378

FOR PROFESSIONAL SERVICES rendered through July 31, 2022 in connection with the matters referenced below, as more fully detailed on the attached.

| Matter # | Matter Description | Fees | Costs | Total |
|---|---|---|---|---|
| 1 | GENERAL ADMINISTRATION | 2,628.50 | .00 | 2,628.50 |
| 3 | ASSET DISPOSITION, SALE OR RESTRUCTURE | 13,792.50 | .00 | 13,792.50 |
| 4 | RESOLUTION OF CREDITOR ISSUES | 8,534.00 | .00 | 8,534.00 |
| 6 | PLAN & DISCLOSURE STATEMENT | 23,230.50 | .00 | 23,230.50 |
| 8 | RETENTION/PROFESSIONAL COMPENSATION/FEE | 10,590.00 | .00 | 10,590.00 |
| 9 | PREPARATION FOR/ATTEND COURT HEARING | 7,077.00 | .00 | 7,077.00 |
| 12 | OPERATING REPORTS | 459.00 | .00 | 459.00 |
| 13 | DISBURSEMENTS | .00 | 1,180.47 | 1,180.47 |
| 14 | TRAVEL | 4,755.00 | .00 | 4,755.00 |
| 16 | NAHLA 2004 MOTION | 31,166.50 | .00 | 31,166.50 |
| Total | | 102,233.00 | 1,180.47 | 103,413.47 |

**TOTAL THIS INVOICE** $ 103,413.47

FOUNDED 1850

NEW YORK    NEW JERSEY    WASHINGTON DC



Cullen and Dykman LLP
Garden City Center
100 Quentin Roosevelt Boulevard
Garden City, NY 11530
T: 516.357.3700
F: 516.357.3792
Tax ID: 11-0658700

JOSEPH KLAYNBERG

August 3, 2022

For Professional Services Rendered Through July 31, 2022:

**File Number: 22420-1**

**Control Number 6992378**

RE: GENERAL ADMINISTRATION

**PROFESSIONAL SERVICES**

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 7/11/22 | BLP | Emails with chambers re hearing date for various motions | .20 | 153.00 |
| 7/11/22 | BLP | Lengthy discussion with A. Thaler re plan, adversary proceeding strategy and case strategy | .70 | 535.50 |
| 7/13/22 | BLP | Further comms with court re hearing date for various hearings | .20 | 153.00 |
| 7/15/22 | BLP | Letter to court with all filings (.3); conference re service of all documents and review of AOSs for filing (.3) | .60 | 459.00 |
| 7/25/22 | BLP | Review and respond to emails with UST re plan and fee applications | .20 | 153.00 |
| 7/28/22 | BLP | Prepare and file supplemental disclosures re Valley National Bank | .60 | 459.00 |
| 7/28/22 | BLP | Lengthy discussion with client re Laz proposal, deposition prep, sales of interests | .40 | 306.00 |
| 7/28/22 | MGR | Review supplemental disclosure and provide comments | .50 | 410.00 |
| | | TOTAL PROFESSIONAL SERVICES | | $ 2,628.50 |
| | | **TOTAL THIS MATTER** | | **$ 2,628.50** |

JOSEPH KLAYNBERG
22420-001-3

Control #: 6992378
August 3, 2022

**RE: ASSET DISPOSITION, SALE OR RESTRUCTURE**

**PROFESSIONAL SERVICES**

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 7/05/22 | BLP | Comms with Connecticut entity counsel re status of offer for interests | .20 | 153.00 |
| 7/05/22 | BD | Attention to / review marital agreement to determine capital gains tax issues re: sale | .70 | 441.00 |
| 7/06/22 | BLP | Discussion with B. Diaz re gains tax research and results | .30 | 229.50 |
| 7/06/22 | BD | Research gains tax issues re dispositions of property for capital gains issues in connection with divorce | 2.40 | 1,512.00 |
| 7/06/22 | BD | Discuss gains tax issues with Bonnie Pollack | .30 | 189.00 |
| 7/07/22 | BLP | Work on sale motion for Sands Point | 1.60 | 1,224.00 |
| 7/07/22 | BLP | Conference with M. Roseman re Sands Point sale issues, Chase mortgage, etc. (.3); discussion with F. Stevens re contract of sale, closing timing, Chase (.3) | .60 | 459.00 |
| 7/07/22 | BLP | Conferences with C. Mullen re contract for Sands Point, issues to revise | .30 | 229.50 |
| 7/07/22 | BLP | Work on motion for sales process for equity interests | 2.10 | 1,606.50 |
| 7/08/22 | BLP | Continued work on Sands Point sale motion | .90 | 688.50 |
| 7/11/22 | BLP | Work on sale motion (Sands Point) | .90 | 688.50 |
| 7/12/22 | BLP | Work on Sands Point contract | 1.40 | 1,071.00 |
| 7/12/22 | BLP | Revisions to Sands Point motion re contract provisions | .30 | 229.50 |
| 7/12/22 | MGR | Review sales motion | .50 | 410.00 |
| 7/13/22 | BLP | Review buyer changes to contract (.2); conference with C. Mullen re same (.2); emails with buyer counsel re same (.12 | .60 | 459.00 |
| 7/14/22 | BLP | Emails with buyer counsel nd client re contract execution and deposit (Sands Point) (.2); discussion with client re sale issues for all assets (.3) | .50 | 382.50 |
| 7/14/22 | BLP | Finalize Sands Point sale motion | .50 | 382.50 |
| 7/20/22 | BLP | Lengthy discussion with S. Consoli and J. Beck re sale of Connecticut interests and terms of proposal re stalking horse bid | .50 | 382.50 |
| 7/21/22 | BLP | Discussion with counsel to Chase re motion to sell, treatment of claim in case | .20 | 153.00 |

JOSEPH KLAYNBERG  
22420-001-3

Control #: 6992378  
August 3, 2022

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 7/21/22 | BLP | Email to Emily Klaynberg counsel re payment of Chase mortgage | .10 | 76.50 |
| 7/26/22 | BLP | Discussion with Hilco re proposed equity sale process and retention potential | .50 | 382.50 |
| 7/26/22 | BLP | Discussion with F. Stevens re demand to pay Chase mortgage, Chase issues | .30 | 229.50 |
| 7/26/22 | MGR | Conf regarding satisfaction of Chase mortgage by Emily as condition to closing | .30 | 246.00 |
| 7/26/22 | MGR | Review and discuss emails concerning sales process of ownership interests | .50 | 410.00 |
| 7/27/22 | MGR | Review materials from Hilco regarding sale of equity interests (.3); Discuss same w/ B Pollack (.2) | .50 | 410.00 |
| 7/28/22 | BLP | Several comms with Chase and F. Stevens re Chase issues with sale, plan, payment of mortgage by Emily needed, need to modify contract re same | .90 | 688.50 |
| 7/28/22 | BLP | Review Laz proposal for certain interests in greater depth (.3); discussion with J. Beck and S. Console re questions re same (.3) | .60 | 459.00 |
| | | **TOTAL PROFESSIONAL SERVICES** | | **$ 13,792.50** |
| | | **TOTAL THIS MATTER** | | **$ 13,792.50** |

JOSEPH KLAYNBERG
22420-001-4

Control #: 6992378
August 3, 2022

**RE: RESOLUTION OF CREDITOR ISSUES**

**PROFESSIONAL SERVICES**

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 7/14/22 | BLP | Review proposed prenegotiation letter re 114 MS obligations (.2); conference with M. Roseman re ability to execute, issues re same (.2) | .40 | 306.00 |
| 7/14/22 | BLP | Review estate issues attendant to restructuring of CRDA obligations | .30 | 229.50 |
| 7/14/22 | BLP | Comms with client re various restructuring issues regarding equity interests, impact on estate and interplay with same | .40 | 306.00 |
| 7/15/22 | BLP | Conference with M. McMahon re 114 MS pre-negotiation letter and issues and strategy re same | .50 | 382.50 |
| 7/15/22 | MKM | Teleconference with B. Pollack regarding creditor issues on guarantees | .40 | 286.00 |
| 7/15/22 | MKM | Review notices and draft prenegotiation letter and email B. Pollack regarding same. | .60 | 429.00 |
| 7/19/22 | BLP | Discussion with M. McMahon re issues with Rialto prenegotiation letter, and advise for client re same, further issues which may arise re matter (.4); email to client re advise on issue (.1) | .50 | 382.50 |
| 7/19/22 | MKM | Teleconference with B. Pollack regarding prenegotiation letter, guaranty claim and loan workout. | .40 | 286.00 |
| 7/20/22 | BLP | Discussion with M. Bunin re Valley debt, requested reinstatement, etc. | .20 | 153.00 |
| 7/21/22 | BLP | Discussion with B. Procida re Wilmington Trust claim, case, plan administrator, pre-negotiation letter from Rialto | .50 | 382.50 |
| 7/21/22 | BLP | Further emails with B. Procida re negotiations on 114 MS debt | .20 | 153.00 |
| 7/26/22 | BLP | Review Morgan Stanley notice issues for claim allowance purposes | .40 | 306.00 |
| 7/27/22 | BLP | Continued review of 114 MS guaranty/notice issues (.3); emails with B. Procida re same, call re claim, PA issues (.2) | .50 | 382.50 |
| 7/28/22 | BLP | Brief review of Spectra refi documents (.3); comms with M. McMahon re thorough review of same, issues, strategy (.4) | .70 | 535.50 |
| 7/28/22 | BLP | Discussion with B. Procida re claim, STN issues | .20 | 153.00 |
| 7/28/22 | MKM | Review amended loan documents and teleconference with B. Pollack. | 1.00 | 715.00 |
| 7/29/22 | MKM | Review loan modification documents. | 4.40 | 3,146.00 |

| | |
|---|---|
| TOTAL PROFESSIONAL SERVICES | $ 8,534.00 |
| **TOTAL THIS MATTER** | **$ 8,534.00** |

RE: **PLAN & DISCLOSURE STATEMENT**

**PROFESSIONAL SERVICES**

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 7/05/22 | BLP | Continued extensive drafting of plan | 4.90 | 3,748.50 |
| 7/06/22 | BLP | Revise proposed plan | 2.40 | 1,836.00 |
| 7/06/22 | BLP | Comms with M. Roseman re questions on plan, strategy re same | .50 | 382.50 |
| 7/06/22 | MGR | Conf w/ B Pollack to review comments to plan | .50 | 410.00 |
| 7/07/22 | BLP | Revise and circulate draft plan for discussion with Debtor and Special Counsel | .90 | 688.50 |
| 7/11/22 | BLP | Discussions with client re plan, comments, concepts | .80 | 612.00 |
| 7/11/22 | MGR | Conf call w/ client regarding marketing professionals for asset classes | .50 | 410.00 |
| 7/13/22 | BLP | Work on preparation of disclosure statement in case | 2.60 | 1,989.00 |
| 7/13/22 | BLP | Revisions to plan | .90 | 688.50 |
| 7/13/22 | BLP | Comms re disposable income analysis needed for disclosure statement (.2); review claims and calculate distributions for disclosure statement purposes (.3) | .50 | 382.50 |
| 7/13/22 | MGR | Review revisions to plan | .50 | 410.00 |
| 7/14/22 | BLP | Extensive work on disclosure statement and attachments to same | 3.70 | 2,830.50 |
| 7/14/22 | BLP | Prepare motion to approve disclosure statement with order, ballot and notice | 1.60 | 1,224.00 |
| 7/14/22 | BLP | Discussion with accountants re disposable income projections for disclosure statement | .30 | 229.50 |
| 7/14/22 | MGR | Review and make comments and revisions to disclosure statement | 2.00 | 1,640.00 |
| 7/14/22 | MGR | Conf w/ B Pollack regarding comments to disclosure statement and revisions | .70 | 574.00 |
| 7/14/22 | MGR | Review comments to disclosure statement from A Thaler | .30 | 246.00 |
| 7/15/22 | BLP | Extensive work to finalize plan, disclosure statement, liquidation analysis | 4.10 | 3,136.50 |
| 7/15/22 | BLP | Call with client and accountants re disposable income projections (.4); review and comment on exhibit for plan re same (.3) | .70 | 535.50 |

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 7/20/22 | BLP | Discussion with A. Thaler re outcome of STN hearing, next steps re plan (.3); conference with M. Roseman re same (.3) | .60 | 459.00 |
| 7/20/22 | MGR | Discuss amending plan and disclosure statement with B Pollack based upon court record and follow up communication with UST | .60 | 492.00 |
| 7/27/22 | BLP | Emails with UST re certain plan provisions (.2); emails with client re sale provisions of plan and amendment needed to same (.2) | .40 | 306.00 |
| | | TOTAL PROFESSIONAL SERVICES | | $ 23,230.50 |
| | | **TOTAL THIS MATTER** | | **$ 23,230.50** |

RE: RETENTION/PROFESSIONAL COMPENSATION/FEE

**PROFESSIONAL SERVICES**

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 7/06/22 | BLP | Work on June fee statement | .60 | 459.00 |
| 7/06/22 | BLP | Begin drafting fee application | 1.30 | 994.50 |
| 7/07/22 | BLP | Finalize and send June fee statement | .20 | 153.00 |
| 7/08/22 | BLP | Work on first interim fee application | .80 | 612.00 |
| 7/08/22 | BLP | Comms with R. Banich re fee statement, application | .20 | 153.00 |
| 7/11/22 | BLP | Continued work on fee application | .80 | 612.00 |
| 7/11/22 | BLP | Comms with professionals re status of their fee applications | .20 | 153.00 |
| 7/12/22 | BLP | Extensive work on fee application | 3.40 | 2,601.00 |
| 7/12/22 | BLP | Discussion with M. Peretz re accountant fee application | .20 | 153.00 |
| 7/12/22 | BLP | Prepare and file all June fee statements in case | .70 | 535.50 |
| 7/13/22 | BLP | Continued work on fee application and fee notice for all parties | 1.30 | 994.50 |
| 7/13/22 | BLP | Review special appellate counsel fee application and discussion re comments to same | .50 | 382.50 |
| 7/13/22 | MGR | Review fee application, supporting declaration and proposed order and provide comments | .60 | 492.00 |
| 7/19/22 | BLP | Review appellate counsel revised fee application and comment on same | .30 | 229.50 |
| 7/19/22 | BLP | Review adversary counsel revised fee application and comment on same | .50 | 382.50 |
| 7/19/22 | BLP | Review accountant fee application and comment on same | .30 | 229.50 |
| 7/19/22 | BLP | Discussion with R. Banich re fee application (.2); discussion with A. Thaler re changes to fee application (.2) | .40 | 306.00 |
| 7/21/22 | BLP | Review and file Thaler fee application (.2); review and file Banich fee application (.2) | .40 | 306.00 |
| 7/21/22 | BLP | Review revised Flynn fee app and emails re same (.3); review further revisions to same (.2) | .50 | 382.50 |
| 7/22/22 | BLP | File Flynn fee application (.2); emails re AOS filing, sending all applications to court (.2) | .40 | 306.00 |

JOSEPH KLAYNBERG
22420-001-8

Control #: 6992378
August 3, 2022

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 7/27/22 | BLP | Emails with professionals re fee hearing logistics | .20 | 153.00 |
| | | TOTAL PROFESSIONAL SERVICES | | $ 10,590.00 |
| | | **TOTAL THIS MATTER** | | **$ 10,590.00** |

Cullen & Dykman LLP

JOSEPH KLAYNBERG  
22420-001-9

Control #: 6992378  
August 3, 2022

**RE: PREPARATION FOR/ATTEND COURT HEARING**

**PROFESSIONAL SERVICES**

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 7/19/22 | BLP | Begin preparation for STN hearing | 1.90 | 1,453.50 |
| 7/19/22 | MGR | Review standing motion of NAHLA and reply and discuss issues for argument with B Pollack. | .60 | 492.00 |
| 7/20/22 | BLP | Continued extensive preparation for STN hearing and review of case law re same | 4.10 | 3,136.50 |
| 7/20/22 | BLP | Attend STN hearing | 1.00 | 765.00 |
| 7/20/22 | MGR | Hearing on derivative standing | 1.00 | 820.00 |
| 7/20/22 | MGR | Conf w/ B Pollack regarding argument in opposition to derivative standing motion and preparation for hearing | .50 | 410.00 |
| | | **TOTAL PROFESSIONAL SERVICES** | | **$ 7,077.00** |
| | | **TOTAL THIS MATTER** | | **$ 7,077.00** |

Cullen & Dykman LLP

JOSEPH KLAYNBERG
22420-001-12

Control #: 6992378
August 3, 2022

**RE: OPERATING REPORTS**

**PROFESSIONAL SERVICES**

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 7/08/22 | BLP | Review and comment on MOR | .40 | 306.00 |
| 7/11/22 | BLP | File June MOR and send to UST | .20 | 153.00 |
| | | **TOTAL PROFESSIONAL SERVICES** | | **$ 459.00** |
| | | **TOTAL THIS MATTER** | | **$ 459.00** |

JOSEPH KLAYNBERG  
22420-001-13

Control #: 6992378  
August 3, 2022

**RE: DISBURSEMENTS**

**DISBURSEMENTS**

| Date | Description | Amount |
|---|---|---|
| 7/14/22 | BONNIE POLLACK, OUTSIDE SERVICES, SCANNING LARGE DOCUMENT TO BE SENT TO OFFICE, BLP/KM | 21.72 |
| 7/14/22 | BONNIE POLLACK, OUTSIDE SERVICES, SCANNING LARGE DOCUMENT TO BE SENT TO OFFICE, BLP/KM | 49.50 |
| 7/14/22 | BONNIE POLLACK, OUTSIDE SERVICES, SCANNING LARGE DOCUMENT TO BE SENT TO OFFICE, BLP/KM | 45.08 |
| 7/14/22 | GC PHOTOCOPY, # of Copies: 3362 @ 0.10 per unit | 336.20 |
| 7/14/22 | GC PHOTOCOPY, # of Copies: 952 @ 0.10 per unit | 95.20 |
| 7/15/22 | POSTAGE 07/15/2022, SK/BP | 89.19 |
| 7/15/22 | POSTAGE 07/15/2022, SK/BP | 110.10 |
| 7/15/22 | GC PHOTOCOPY, # of Copies: 979 @ 0.10 per unit | 97.90 |
| 7/15/22 | GC PHOTOCOPY, # of Copies: 638 @ 0.10 per unit | 63.80 |
| 7/22/22 | POSTAGE 07/22/2022, SK/BP | 17.28 |
| 7/22/22 | GC PHOTOCOPY, # of Copies: 121 @ 0.10 per unit | 12.10 |
| 7/27/22 | ON-LINE RESEARCH (E106), MCNAMEE,KELLY, INV# 846612775 | 82.31 |
| 7/27/22 | ON-LINE RESEARCH (E106), FRANZETTI,SARAH, INV# 846612775 | 63.61 |
| 7/27/22 | ON-LINE RESEARCH (E106), FRANZETTI,SARAH, INV# 846612775 | 47.49 |
| 7/27/22 | ON-LINE RESEARCH (E106), MCNAMEE,KELLY, INV# 846612775 | 7.90 |
| 7/27/22 | ON-LINE RESEARCH (E106), MCNAMEE,KELLY, INV# 846612775 | 7.90 |
| 7/27/22 | ON-LINE RESEARCH (E106), MCNAMEE,KELLY, INV# 846612775 | 15.79 |
| 7/27/22 | ON-LINE RESEARCH (E106), MCNAMEE,KELLY, INV# 846612775 | 2.50 |
| 7/28/22 | POSTAGE 07/28/2022, SK/BP | 5.90 |
| 7/28/22 | GC PHOTOCOPY, # of Copies: 90 @ 0.10 per unit | 9.00 |
| | **TOTAL DISBURSEMENTS** | **$ 1,180.47** |
| | **TOTAL THIS MATTER** | **$ 1,180.47** |

JOSEPH KLAYNBERG
22420-001-14

Control #: 6992378
August 3, 2022

**RE: TRAVEL**

**PROFESSIONAL SERVICES**

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 7/29/22 | BLP | Travel to and from NYC for deposition | 3.00 | 2,295.00 |
| 7/29/22 | MGR | Travel to and from NYC for deposition of J Klaynberg | 3.00 | 2,460.00 |
| | | **TOTAL PROFESSIONAL SERVICES** | | $ 4,755.00 |
| | | **TOTAL THIS MATTER** | | **$ 4,755.00** |

JOSEPH KLAYNBERG  
22420-001-16

Control #: 6992378  
August 3, 2022

**RE: NAHLA 2004 MOTION**

**PROFESSIONAL SERVICES**

| Date | Init | Description | Hours | Amount |
|---|---|---|---:|---:|
| 7/01/22 | BLP | Continued review/production of documents | 2.80 | 2,142.00 |
| 7/05/22 | BLP | Review additional document for production | .60 | 459.00 |
| 7/06/22 | BLP | Lengthy discussions with client re documents in production, communications re matrimonial | .70 | 535.50 |
| 7/06/22 | BLP | Continued review and production of documents | 1.00 | 765.00 |
| 7/06/22 | MGR | Review and advise on privilege issue concerning document production | .30 | 246.00 |
| 7/06/22 | KM | Preparation of privilege log. | 1.00 | 200.00 |
| 7/07/22 | BLP | Review continued documents and conference re privilege log needed (.5); discussion with client re same (.2) | .70 | 535.50 |
| 7/08/22 | BLP | Emails with client regarding discovery documents | .30 | 229.50 |
| 7/08/22 | KM | Assisted in compilation of document production. | 2.50 | 500.00 |
| 7/11/22 | BLP | Review additional documents received from client for production | .50 | 382.50 |
| 7/11/22 | KM | Preparation of privilege log. | .80 | 160.00 |
| 7/13/22 | KM | Assisted in compilation of document production. | 1.70 | 340.00 |
| 7/14/22 | BLP | Continued work on document production matters | .40 | 306.00 |
| 7/14/22 | BLP | Prepare status letter re discovery and compile documents re same | .40 | 306.00 |
| 7/14/22 | KM | Assisted in compilation of document production. | .80 | 160.00 |
| 7/15/22 | BLP | Finalize and file status letter re document production | .20 | 153.00 |
| 7/15/22 | BLP | Review and respond to Nahla questions re document production (.4); comms with client re same (.3) | .70 | 535.50 |
| 7/18/22 | BLP | Extensive work on remaining document production, preparation of privilege log | 4.40 | 3,366.00 |
| 7/19/22 | BLP | Finalize privilege log and production and send final production | 1.20 | 918.00 |
| 7/19/22 | BLP | Review Nahla status letter to court re discovery(.1); emails with Nahla and debtor re scheduling deposition (.2); emails with Nahla re Emily deposition (.1) | .40 | 306.00 |

15

JOSEPH KLAYNBERG
22420-001-16

Control #: 6992378
August 3, 2022

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 7/19/22 | BLP | Review Nahla order re debtor deposition and Schwab discovery (.2); comms with Nahla re same (.2) | .40 | 306.00 |
| 7/19/22 | MGR | Discuss scheduling preparation issues w/ J Klaynberg Deposition | .50 | 410.00 |
| 7/21/22 | BLP | Prepare outline of items for preparation for Nahla deposition | .50 | 382.50 |
| 7/25/22 | BLP | Meeting with client to prepare for deposition | 3.50 | 2,677.50 |
| 7/25/22 | MGR | Conf w/ client and B Pollack in preparation for 2004 Deposition of J Klaynberg | 2.50 | 2,050.00 |
| 7/27/22 | BLP | Review Kovel documents and assemble for production (.3); emails re use of mediation charts at deposition (.1) | .40 | 306.00 |
| 7/27/22 | MGR | Review document production in preparation for client 2004 exam | .50 | 410.00 |
| 7/28/22 | MGR | Review mediation statements and org charts in preparation for deposition | 1.20 | 984.00 |
| 7/29/22 | BLP | Attend deposition and conference with client after same | 7.00 | 5,355.00 |
| 7/29/22 | MGR | Attend depostion of J Klaynberg | 7.00 | 5,740.00 |

| | |
|---|---|
| **TOTAL PROFESSIONAL SERVICES** | $ 31,166.50 |
| **TOTAL THIS MATTER** | $ 31,166.50 |
| **TOTAL THIS INVOICE** | $ 103,413.47 |



Cullen and Dykman LLP
Garden City Center
100 Quentin Roosevelt Boulevard
Garden City, NY 11530
T: 516.357.3700
F: 516.357.3792
Tax ID: 11-0658700

JOSEPH KLAYNBERG

August 3, 2022
Control #: 6992378

## REMITTANCE

**Client.Matter: 22420**

| BALANCE DUE THIS INVOICE | $ 103,413.47 |
|---|---|

Please return this page with payment to:

Cullen & Dykman LLP
&IN1··············································
&IN2··············································

**Wire Transfer Instructions:**

JP MORGAN CHASE
&IN3··············································
&IN4··············································
&IN5··············································
&IN6··············································
&IN7··············································

For Credit To:
 CULLEN & DYKMAN LLP
 &IN8··············································
 &IN1··············································
 &IN2··············································

**TERMS: NET 30 DAYS**

FOUNDED 1850

NEW YORK   NEW JERSEY   WASHINGTON DC