CULLEN & DYKMAN LLP
100 Quentin Roosevelt Boulevard
Garden City, NY 11530
(516) 357-3700
Matthew G. Roseman, Esq.
Bonnie L. Pollack, Esq.
mroseman@cullenanddykman.com
bpollack@cullenanddykman.com

*Counsel for the Debtor*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------- x
:
In re: : Chapter 11
:
JOSEPH KLAYNBERG, : Case No. 22-10165 (MG)
:
:
:
Debtor. :
:
----------------------------------------------------------------- x

**NOTICE OF MONTHLY FEE STATEMENT FOR DEBTOR'S SPECIAL ADVERSARY
PROCEEDING COUNSEL
FOR THE MONTH OF JULY 2022**

PLEASE TAKE NOTICE that pursuant to the Order of the Bankruptcy Court dated March 11, 2022 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, the Monthly Fee Statement for Debtor's Special Adversary Proceeding and Conflicts Counsel for the month of July 2022 is attached hereto.

Dated: Garden City, New York
      August 12, 2022

                                        CULLEN AND DYKMAN LLP
                                        *Counsel for Debtor*

                                        By:    s/ Bonnie Pollack
                                                 Matthew G. Roseman, Esq.
                                                 Bonnie L. Pollack, Esq.
                                        100 Quentin Roosevelt Boulevard
                                        Garden City, NY 11530
                                        (516) 357-3700

Joseph Klaynberg  
114 Mulberry Street  
New York, NY 10013

August 4, 2022

File #: 22-008

**Attention:**

RE: Josephy Klaynberg - Chapter 11 Special Counsel

| DATE | ENTRY # DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Jul-05-22 | 105079 Drafting of Interim Fee Application | 0.90 | 450.00 | AMT |
| Jul-07-22 | 105096 Drafting of First Interim Fee Application | 1.60 | 800.00 | AMT |
| Jul-11-22 | 105514 Review and analysis of proposed plan of reorganization (1.3) confer with S. Avramidis re: plan, adversary proceeding, insolvency, discovery etc. | 1.60 | 800.00 | AMT |
| | 105148 draft email to B. Pollack; phone with B. Pollack re: pre-trial hearing, proposed plan issues | 0.90 | 450.00 | AMT |
| | 105515 Review of Scheduling Order; draft email to Patrick Robson re: 26(f) Conference; outline discovery requirements; draft email to B. Pollack | 0.30 | 150.00 | AMT |
| | 105153 Confer with AMT re. plan of reorganization & effects on preference action. | 0.30 | 97.50 | SA |
| | 105154 Phonecall with AMT & Bonnie re. plan of reorganization and potential affects upon litigation of preference action. | 0.80 | 260.00 | SA |
| Jul-12-22 | 105157 Drafting of Fee Application | 1.50 | 750.00 | AMT |
| | 105171 Review and revised fee application and exhibits, e-mail to B. Pollack | 0.40 | 200.00 | AMT |
| Jul-13-22 | 105182 Draft email to J. Klaynberg re: fee application; attend to fee application | 0.50 | 250.00 | AMT |
| | 105191 26(f) Conference call with Nahla attorneys Robert Rich | 0.20 | 100.00 | AMT |
| | 105192 Follow up call with S. Avramidis discovery plan | 0.10 | 50.00 | AMT |
| | 105197 26(f) phone conference | 0.20 | 65.00 | SA |

| Date | ID | Description | Hours | Amount | Atty |
|---|---|---|---|---|---|
| Jul-14-22 | 105209 | Review and comment on Plan provisions as pertains to preference action; draft email to B. Pollack | 0.30 | 150.00 | AMT |
| | 105238 | Reiew of Disclosure Statement and Liquidation Analysis; draft email to B. Pollack with comments | 1.30 | 650.00 | AMT |
| | 105516 | Calendar hearing on interim applications. | 0.20 | 0.00 | DM |
| Jul-15-22 | 105237 | Emails with B Pollack; Review of revised Liquidation analysis; Phone to B. Pollack | 0.30 | 150.00 | AMT |
| | 105517 | Phone with B. Pollack re: Disclosure Statement; make suggested changes as relates to preference action and Nahla lien status on assets | 0.60 | 300.00 | AMT |
| Jul-18-22 | 105573 | Review email from B Pollack re: fee application comments, discuss with SA, Phone with B. Pollack discuss adversary proceeding pre-trial conference hearing on for tomorrow as well as Nahla motion to prosecute causes of action against Emily Klaynberg | 0.60 | 300.00 | AMT |
| | 105266 | emails to and from R. Rich re: uploading of Scheduling Order | 0.10 | 50.00 | AMT |
| | 105574 | Attend to final changes to interim fee application and certification as per B. Pollack comments | 0.10 | 50.00 | AMT |
| | 105260 | Review scheduling order; confer with AMT re. same. | 0.10 | 32.50 | SA |
| Jul-19-22 | 105276 | Phonecall with AMT & Bonnie re. fee application, pretrial conference, and hearings schedules for 7/20/22. | 0.70 | 227.50 | SA |
| | 105277 | Revise fee application & certificate per comments. Phonecall with AMT & DM re. finalizing. | 0.30 | 97.50 | SA |
| Jul-20-22 | 105304 | Prepare for and Court Appearance by Zoom - pre-trial on adversary proceeding | 1.20 | 600.00 | AMT |
| | 105306 | Phone with Bonnie Pollack post hearing discussion | 0.20 | 100.00 | AMT |
| | 105337 | Attend hearings. Confer with AMT re. same. Phonecall with Bonnie re. same. | 1.20 | 0.00 | SA |

| Date | | | Hours | Amount | |
|---|---|---|---|---|---|
| Jul-25-22 | 105401 | Emails re. fee app. Phonecall with DM re. service of fee app | 0.20 | 65.00 | SA |
| | | Totals | 16.70 | $7,195.00 | |