CULLEN & DYKMAN LLP
100 Quentin Roosevelt Boulevard
Garden City, NY 11530
(516) 357-3700
Matthew G. Roseman, Esq.
Bonnie L. Pollack, Esq.
mroseman@cullenanddykman.com
bpollack@cullenanddykman.com

*Counsel for the Debtor*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

In re:                                                     : Chapter 11
                                                           :
JOSEPH KLAYNBERG,                                          : Case No. 22-10165 (MG)
                                                           :
                                                           :
                     Debtor.                               :
                                                           :
------------------------------------------------------------ x

# NOTICE OF MONTHLY FEE STATEMENT FOR DEBTOR'S ACCOUNTANTS FOR THE MONTH OF JULY 2022

PLEASE TAKE NOTICE that pursuant to the Order of the Bankruptcy Court dated March 11, 2022 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, the Monthly Fee Statement for Debtor's Accountants for the month of July 2022 is attached hereto.

Dated: Garden City, New York
       August 12, 2022

                                        CULLEN AND DYKMAN LLP
                                        *Counsel for Debtor*

                                        By:   s/ Bonnie Pollack
                                              Matthew G. Roseman, Esq.
                                              Bonnie L. Pollack, Esq.
                                        100 Quentin Roosevelt Boulevard
                                        Garden City, NY 11530
                                        (516) 357-3700

Joseph Klaynberg
Professional Services

### RE: Preparation of monthly operationg reports

| Date | Initials | Descriptions | Hours | Amount |
|---|---|---|---|---|
| 7/6/2022 | MHP | Review of source documents and preparation of monthly operationg report | 3.50 | $ 1,015.00 |
| 7/7/2022 | MHP | Preparation of monthly operating report | 3.00 | $ 870.00 |
| 7/8/2022 | MHP | Updating monthly operating report based on comments from attorney | 1.00 | $ 290.00 |
| | | Total this matter | | $ 2,175.00 |

### RE: Other related services

| Date | Initials | Descriptions | Hours | Amount |
|---|---|---|---|---|
| 7/1/2022 | MHP | Review and answering attorney questions regarding personal financial statement | 0.30 | $ 87.00 |
| 7/1/2022 | SPF | Review and answering attorney questions regarding personal financial statement | 0.50 | $ 175.00 |
| 7/13/2022 | MHP | Begin working on five year disposable income projection | 2.20 | $ 638.00 |
| 7/14/2022 | MHP | Prepare five year disposable income projection | 4.00 | $ 1,160.00 |
| 7/14/2022 | SPF | Review and discussion of five year disposable income projection | 0.20 | $ 70.00 |
| 7/15/2022 | MHP | Review of five year disposable income projection with attorney and Joseph. Finalizing preparation of projection and send to attorney. | 2.00 | $ 580.00 |
| 7/15/2022 | SPF | Review of five year disposable income projection with attorney and Joseph. Finalizing preparation of projection and send to attorney. | 1.00 | $ 350.00 |
| 7/21/2022 | MHP | Preparation and discussions with attorney regarding fee petition | 4.00 | $ 1,160.00 |
| | | Total this matter | | $ 4,220.00 |
| | | Total this invoice | | $ 6,395.00 |

| Initials | Name | Title | | Rate | Hours |
|---|---|---|---|---|---|
| Scott Flynn | SPF | Partner | | 350.00 | 1.70 |
| Mathew Peretz | MHP | Partner | | 290.00 | 20.00 |