CULLEN & DYKMAN LLP
100 Quentin Roosevelt Boulevard
Garden City, NY 11530
(516) 357-3700
Matthew G. Roseman, Esq.
Bonnie L. Pollack, Esq.
mroseman@cullenanddykman.com
bpollack@cullenanddykman.com

*Counsel for the Debtor*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| JOSEPH KLAYNBERG, | : Case No. 22-10165 (MG) |
| | : |
| Debtor. | : |
-------------------------------------------------------------- x

## NOTICE OF MONTHLY FEE STATEMENT FOR DEBTOR'S SPECIAL APPELLATE COUNSEL FOR THE MONTH OF JULY 2022

PLEASE TAKE NOTICE that pursuant to the Order of the Bankruptcy Court dated March 11, 2022 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, the Monthly Fee Statement for Debtor's Special Appellate Counsel for the month of July 2022 is attached hereto.

Dated: Garden City, New York
      August 16, 2022

                              CULLEN AND DYKMAN LLP
                              *Counsel for Debtor*

                              By:   s/ Bonnie Pollack
                                      Matthew G. Roseman, Esq.
                                      Bonnie L. Pollack, Esq.
                              100 Quentin Roosevelt Boulevard
                              Garden City, NY 11530
                              (516) 357-3700

Tsyngauz & Associates, PC - 114 Mulberry Street, Ground Fl., New York, NY 10013
Case Name: Joseph Klaynberg Bankruptcy (Invoice #9616)
Invoice Date: 08/11/2022

| Date | Description | Hours | Rate | Timekeeper | Amount |
|---|---|---|---|---|---|
| 7/12/2022 | Drafted fee memo for Joseph Klaynberg's bankruptcy case (1.0); reviewed all prior invoices, fees and statements(1.0); reviewed bankruptcy docket to confirm filing dates (.60) | 2.60 | 400.00 | RB | $1,040.00 |
| 7/13/2022 | Conference call with Bonnie (BK Attorney) regarding Joseph Klaynberg's bankruptcy fee application (.20); edited fee application related to Joseph Klaynberg's case (1.0) | 1.20 | 400.00 | RB | $480.00 |
| 7/14/2022 | Edited fee application for Joseph Klaynberg's bankruptcy case | 0.40 | 400.00 | RB | $160.00 |
| 7/14/2022 | Reviewed Joseph Klaynberg's bankrtupcy hearing transcript to confirm any relevant information for the appeals involving Joseph Klaynberg | 0.50 | 400.00 | RB | $200.00 |
| 7/15/2022 | conference call with appellate printer (.50); drafted four letters advising appellate court of bankruptcy involving Joseph Klaynberg (1.7) | 2.20 | 400.00 | RB | $880.00 |
| 7/19/2022 | Conference call with First Dep't Appellate Court regarding Joseph Klaynberg's four (4) pending appeals, and the bankruptcy stay to perfect appeals (.20); conference call with bankruptcy attorney about the appeal stays (.30); drafted notes about the call with the appellate court and updated firm deadlines (.20) | 0.60 | 400.00 | RB | $240.00 |
| 7/19/2022 | Made edits to bankruptcy fee application submission for Joseph Klaynberg's bankruptcy, attached all exhibits | 0.60 | 400.00 | RB | $240.00 |
| 7/19/2022 | Received document rejection from appellate court regarding Joseph Klaynberg's pending appeal, reviewed and edited | 0.30 | 400.00 | RB | $120.00 |
| 7/20/2022 | Responded to e-mail from Joseph Klaynberg's bankruptcy attorney regarding the two personal guarantees, and forbearance agreement | 0.20 | 400.00 | RB | $80.00 |
| 7/20/2022 | Conference call with Joseph Klaynberg's bankruptcy attorney regarding personal guaranty, reviewed all default and demand letters | 0.40 | 400.00 | RB | $160.00 |
| 7/21/2022 | Drafted affirmation of service for Joseph Klaynberg's bankruptcy, organized & mailings | 0.50 | 400.00 | RB | $200.00 |
| TOTAL | | 8.10 | | | $3,000.00 |

| | |
|---|---|
| Yevgeny Tsyngauz | Partner |
| Mikhail Litt | Partner |
| Ryan Banich | Senior Associate |
| Steven Gordon | Senior Associate |