UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
: 
In re: : Chapter 11
: 
JOSEPH KLAYNBERG, : Case No. 22-10165 (MG)
: 
: 
Debtor. :
: 
---------------------------------------------------------------- x

## ORDER GRANTING APPLICATIONS FOR ALLOWANCE OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES

Upon consideration of Applications for Allowance of Interim Compensation and Reimbursement of Expenses (the "Applications") for professional services rendered and expenses incurred during the period commencing February 11, 2022 through June 30, 2022; and a hearing having been held before this court to consider the Applications on August 17, 2022; and notice having been given pursuant to Federal Rules of Bankruptcy Procedure 2002(a)(6) and (c)(2) and this Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Dkt 45]; and due consideration having been given to any responses thereto; and sufficient cause having been shown therefor, it is hereby;

**ORDERED** that the Applications are granted to the extent set forth in the attached Schedule "A".

**IT IS SO ORDERED.**

Dated: August 17, 2022
       New York, New York

                                              **  /s/ Martin Glenn  **
                                              MARTIN GLENN
                                              Chief United States Bankruptcy Judge

Case No.: 22-10165 (MG)  **CURRENT INTERIM FEE PERIOD**  Schedule A
Case Name: Joseph Klaynberg  [February 11, 2022 to June 30, 2022]

| (1) Applicant | (2) Date/Doc. No. of Application | (3) Interim Fees Requested on Application | (4) Fees Allowed | (5) Fees Awarded | (6) Fees to be Paid for Current Fee Period (less amounts paid per monthly fee statements) | (7) Fees to be Paid for Prior Fee Period (if any) | (8) Total Fees to be Paid | (9) Interim Expenses Requested | (10) Expenses to be Paid for Current Fee Period (less amounts paid per monthly fee statement) |
|---|---|---|---|---|---|---|---|---|---|
| Cullen and Dykman LLP | 7/15/22 [Dkt. 134] | $250,699.50 | $250,699.50 | $250,699.50 | $126,481.66 | N/A | $126,481.66 | $2,223.43 | $0.00 |
| The Thaler Law Firm | 7/21/22 [Dkt. 147] | $16,122.50 | $15,622.50 | $15,622.50 | $4,114.50 | N/A | $4,114.50 | $0.00 | $0.00 |
| Lehman Flynn Vollaro CPAs PLLC | 7/22/22 [Dkt. 151] | $15,847.00 | $15,847.00 | $15,847.00 | $6,069.60 | N/A | 6,069.60 | $0.00 | $0.00 |
| Tsyngauz & Associates, PC | 7/21/22 [Dkt. 146] | $5,080.00 | $4,240.00 | $4,240.00 | $3,472.00 | N/A | $3,472.00 | $0.00 | $0.00 |

DATE ON WHICH ORDER WAS SIGNED: August 17, 2022          INITIALS: MG USBJ