Brent W. Procida
VENABLE LLP
750 E. Pratt Street, Suite 900
Baltimore, Maryland
Telephone: (410) 244-7862
Facsimile: (410) 244-7742
Email: bwprocia@venable.com

*Attorney for Wilmington Trust, National Association,
as Trustee for the Benefit of the Registered Holders
of BANK 2020-BNK29, Commercial Mortgage
Pass-Through Certificates, Series 2020-BNK29 by
and through Rialto Capital Advisors LLC, solely
in its capacity as Special Servicer*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| JOSEPH KLAYNBERG, | : | Case No. 22-10165 (mg) |
| | : | |
| Debtor. | : | |
| | : | |

------------------------------------------------------- x

## NOTICE OF HEARING ON MOTION FOR LEAVE TO FILE COMPLAINT OBJECTING TO DISCHARGEABILITY OF CLAIM NO. 15-1

**PLEASE TAKE NOTICE** that a hearing will be held before the Honorable Martin Glenn, Chief United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), One Bowling Green, New York, New York 10004, on the 14th day of September 2022 at 11:00 a.m. (EST), or as soon thereafter as counsel can be heard, to consider the Motion for Leave To File Complaint Objecting to Dischargeability of Claim No. 15-1 ("the Motion") filed by Wilmington Trust, National Association, as Trustee for the Benefit of the Registered Holders of BANK 2020-BNK29, Commercial Mortgage Pass-Through Certificates, Series 2020-BNK29, by and through Rialto Capital Advisors LLC, solely in its capacity as Special Servicer, which seeks an extension of the deadline for objecting to dischargeability under 11 U.S.C. 523(a)(2).

**PLEASE TAKE FURTHER NOTICE** that this hearing will be conducted via Zoom for Government. If you wish to participate, you must register your appearance by eCourt Appearances by 4:00 p.m. on September 13, 2022, using the following link: https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl

Dated: Baltimore, Maryland  
August 18, 2022

Respectfully submitted,

VENABLE LLP

By: /s/ Brent W. Procida  
Brent W. Procida  
Federal Bar No. BP4586  
750 E. Pratt Street, Suite 900  
Baltimore, Maryland  
Telephone: (410) 244-7862  
Facsimile: (410) 244-7742  
Email: bwprocia@venable.com

*Attorneys for Wilmington Trust, National Association, as Trustee for the Benefit of the Registered Holders of BANK 2020-BNK29, Commercial Mortgage Pass-Through Certificates, Series 2020-BNK29 by and through Rialto Capital Advisors LLC, solely in its capacity as Special Servicer*