Joseph Klaynberg
Part 1 Cash Receipts & Disbursements
Backup Schedule

| | MCB 0346 | MCB 2551 | MCB 2543 | Total | Notes | Prior month cumulative | Current month cumulative |
|---|---|---|---|---|---|---|---|
| Cash balance beginning of month | $ 3,084.05 | $ 325,294.18 | $ 10,432.27 | $ 338,810.50 | | | |
| SSA Income | $ - | | $ 2,937.10 | | | | |
| Total receipts | $ - | $ - | $ 2,937.10 | $ 2,937.10 | | $ 51,750.82 | $ 54,687.92 |
| Comenity Pay - Credit Card | | (126.57) | | | | | |
| Orchard West LLC | | (3,900.00) | | | | | |
| Check # 111 - Tsyngauz & Associates PC | | (64.00) | | | | | |
| Check # 129 - Tsyngauz & Associates PC | | (608.00) | | | | | |
| Check # 112 - Cullen and Dykman LLP | | (31,447.36) | | | | | |
| Comenity Pay - Credit Card | | (37.00) | | | | | |
| Check # 113 - Lehman Flynn Vollaro PLLC | | (1,367.20) | | | | | |
| Spectrum | | (157.92) | | | | | |
| Check # 116 - Tsyngauz & Associates PC | | (96.00) | | | | | |
| Check # 114 - Cullen and Dykman LLP | | (67,872.44) | | | | | |
| Check # 118 - Tsyngauz & Associates PC | | (3,472.00) | | | | | |
| American Express | | (1,501.84) | | | | | |
| Quarterly Fee Payment | | (279.00) | | | | | |
| Check # 117 - Cullen and Dykman LLP | | (56,417.80) | | | | | |
| Check # 115 - Lehman Flynn Vollaro PLLC | | (2,900.00) | | | | | |
| Check # 119 - Lehman Flynn Vollaro PLLC | | (3,169.60) | | | | | |
| Verzon | (367.96) | | | | | | |
| Total disbursements | $ (367.96) | $ (173,416.73) | $ - | $ (173,784.69) | | $ (145,009.50) | $ (318,794.19) |
| Transfer | $ - | | | $ - | | $ - | |
| Cash balance end of month | $ 2,716.09 | $ 151,877.45 | $ 13,369.37 | $ 167,962.91 | | | |
| Disbursements made by third party | | | | | | $ 11,400.00 | $ 11,400.00 |
| Total disbursements for fee calc | | | | | | $ 173,784.69 | $ 330,194.19 |

Part V
Schedule of Payments to Professionals

| Name of professional | Role | Date of retention | Amount of any retainers | Amount of any compensation and expenses approved by the court | Amount of retainer applied to pay the compensation and expenses | Amounts paid by the estate for the compensation and expenses over and above retainers applied |
|---|---|---|---|---|---|---|
| Cullen and Dykman LLP | Debtor's Counsel | 3/7/2022 | $ 19,584.50 | $ 282,892.93 | $ 19,584.50 | $ 261,130.64 * |
| Thaler Law Firm | Special Counsel | 3/7/2022 | $ 17,705.00 | $ 15,622.50 | $ 15,622.50 | $ - |
| Lehman Flynn Vollaro NY CPA's PLLC | Debtor's Accountants | 2/7/2022 | $ - | $ 15,847.00 | $ - | $ 15,846.80 |
| Tsyngauz & Associates PC | Special Counsel | 3/23/2022 | $ - | $ 4,240.00 | $ - | $ 4,240.00 |

*Payments were $2,223.43 short of approved compensation due to clerical error by counsel. Amount was written off.



## Metropolitan Commercial Bank.
The **Entrepreneurial** Bank Since 1999

**MCB** LISTED NYSE

99 Park Avenue, 12th Floor
New York, NY 10016

**RETURN SERVICE REQUESTED**

JOSEPH KLAYNBERG PRIMARY
FBO EDWARD KLAYNBERG BENE
114 MULBERRY ST
NEW YORK NY 10013-5191

### Managing Your Accounts

| | | |
|---|---|---|
| 🏛 | Banking Center | Park Avenue Banking Center |
| 👤 | Banking Center | 212-365-6700 |
| ✉ | Mailing Address | 99 Park Avenue New York, NY 10016 |
| 💻 | Online Banking | www.MCBankNY.com |

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| PERSONAL CHECKING | XXXXXXXX0346 | $2,716.09 |

# PERSONAL CHECKING-XXXXXXXX0346

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 07/30/2022 | Beginning Balance | $3,084.05 |
| | 0 Credit(s) This Period | $0.00 |
| | 1 Debit(s) This Period | -$367.96 |
| 08/31/2022 | Ending Balance | $2,716.09 |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 07/30/2022 | Beginning Balance | | | $3,084.05 |
| 08/04/2022 | VERIZON PAYMENTREC URRING TEL | $367.96 | | $2,716.09 |
| 08/31/2022 | Ending Balance | | | $2,716.09 |

### Daily Balances

| Date | Amount |
|---|---|
| 08/04/2022 | $2,716.09 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

**Online Banking**
www.MCBankNY.com

**Mobile Banking Apps**



**In case of errors or questions about your account telephone us at: 212-365-6700 or write us at: Metropolitan Commercial Bank, 99 Park Avenue, 12th Floor, New York, NY 10016**

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt:

1. Tell us your name and account number.

2. Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

3. Tell us the dollar amount of the suspected error.

We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem appeared.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

### AN EASY GUIDE FOR BALANCING YOUR ACCOUNT

| | |
|---|---|
| **1.** Enter the last balance shown on this statement here. | $ |
| **2.** Compare the deposits and additions shown on this statement with your records. If a recent deposit does not show on this statement, enter the amount(s) here. | $ |
| **3.** Total of lines 1 & 2. | $ |
| **4.** Enter the total from the checks/withdrawals in **Section 4a**. | $ |
| **5.** Subtract line 4 from line 3. This should be your present balance. | $ |

USE THIS AREA FOR YOUR COMPUTATIONS

**4a.** List the checks / withdrawals which have been written or made, but have not been charged to your account.

| CHECKS/WITHDRAWALS | AMOUNT | | CHECKS/WITHDRAWALS | AMOUNT | |
|---|---|---|---|---|---|
| | $ | | | $ | |
| | $ | | | $ | |
| | $ | | | $ | |
| | $ | | | $ | |
| | $ | | | $ | |
| | $ | | | $ | |
| | $ | | | $ | |
| | $ | | | $ | |
| | $ | | | $ | |
| | $ | | | $ | |
| | TOTAL to be entered in **Section 4** above. | | | $ | |



**Metropolitan Commercial Bank.**
The **Entrepreneurial** Bank Since 1999

**MCB** LISTED **NYSE**

99 Park Avenue, 12th Floor
New York, NY 10016

**RETURN SERVICE REQUESTED**

JOSEPH KLAYNBERG
DIP CASE NO 22-10165 MG
114 MULBERRY ST APT 703
NEW YORK NY 10013-5279

## Managing Your Accounts

| | | |
|---|---|---|
|  | Banking Center | Park Avenue Banking Center |
| | Banking Center | 212-365-6700 |
|  | Mailing Address | 99 Park Avenue New York, NY 10016 |
| | Online Banking | www.MCBankNY.com |

---

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| SSI DIP ACCOUNT | XXXXXXXX2543 | $13,369.37 |

## SSI DIP ACCOUNT-XXXXXXXX2543

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 07/30/2022 | Beginning Balance | $10,432.27 |
| | 1 Credit(s) This Period | $2,937.10 |
| | 0 Debit(s) This Period | $0.00 |
| 08/31/2022 | Ending Balance | $13,369.37 |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 07/30/2022 | **Beginning Balance** | | | **$10,432.27** |
| 08/10/2022 | SSA TREAS 310 XXSOC SEC 081022 PPD | | $2,937.10 | $13,369.37 |
| | 4917A SSA | | | |
| 08/31/2022 | **Ending Balance** | | | **$13,369.37** |

### Daily Balances

| Date | Amount |
|---|---|
| 08/10/2022 | $13,369.37 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

**In case of errors or questions about your account telephone us at: 212-365-6700 or
write us at: Metropolitan Commercial Bank, 99 Park Avenue, 12th Floor, New York, NY 10016**

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer
listed on the statement or receipt:

1. Tell us your name and account number.

2. Describe the error or transfer you are unsure about, and explain as clearly as you can why you
   believe there is an error or why you need more information.

3. Tell us the dollar amount of the suspected error.

We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem appeared.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do
this, we will  recredit your account for the amount you think is in error, so that you will have the use of the money
during the time it takes us to complete our investigation.

### AN EASY GUIDE FOR BALANCING YOUR ACCOUNT

| | |
|---|---|
| **1.** Enter the last balance shown on this statement here. | $ |
| **2.** Compare the deposits and additions shown on this statement with your records. If a recent deposit does not show on this statement, enter the amount(s) here. | $ |
| **3.** Total of lines 1 & 2. | $ |
| **4.** Enter the total from the checks/withdrawals in **Section 4a**. | $ |
| **5.** Subtract line 4 from line 3. This should be your present balance. | $ |

USE THIS AREA FOR YOUR COMPUTATIONS

**4a.** List the checks / withdrawals which have been written or made, but have not been charged to your account.

| CHECKS/WITHDRAWALS | AMOUNT | CHECKS/WITHDRAWALS | AMOUNT |
|---|---|---|---|
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | TOTAL to be entered in **Section 4** above. | | $ |

 

**Metropolitan Commercial Bank.**
The **Entrepreneurial** Bank Since 1999

MCB
LISTED
NYSE

99 Park Avenue, 12th Floor
New York, NY 10016

**RETURN SERVICE REQUESTED**

JOSEPH KLAYNBERG
DIP CASE NO 22-10165 MG
114 MULBERRY ST APT 703
NEW YORK NY 10013-5279

## Managing Your Accounts

 Banking Center | Park Avenue Banking Center

 Banking Center | 212-365-6700

✉ Mailing Address | 99 Park Avenue New York, NY 10016

▢ Online Banking | www.MCBankNY.com

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| DEBTOR IN POSSESSION ACCT | XXXXXXXX2551 | $151,877.45 |

## DEBTOR IN POSSESSION ACCT-XXXXXXXX2551

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 07/30/2022 | Beginning Balance | $325,294.18 |
| | 0 Credit(s) This Period | $0.00 |
| | 16 Debit(s) This Period | -$173,416.73 |
| 08/31/2022 | Ending Balance | $151,877.45 |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| **07/30/2022** | **Beginning Balance** | | | **$325,294.18** |
| 08/02/2022 | COMENITY PAY OH WEB PYMT 073022 WEB | $126.57 | | $325,167.61 |
| 08/05/2022 | Orchard West LLC WEB PMTS 080522 WEB | $3,900.00 | | $321,267.61 |
| 08/08/2022 | CHECK NUMBER 111 REF #991705568 | $64.00 | | $321,203.61 |
| 08/08/2022 | CHECK NUMBER 129 REF #991705569 | $608.00 | | $320,595.61 |
| 08/11/2022 | CHECK NUMBER 112 REF #991719647 | $31,447.36 | | $289,148.25 |
| 08/17/2022 | COMENITY PAY OH WEB PYMT 081622 WEB | $37.00 | | $289,111.25 |
| 08/17/2022 | CHECK NUMBER 113 REF #991737130 | $1,367.20 | | $287,744.05 |
| 08/18/2022 | SPECTRUM SPECTRUM 220817 PPD 2359929 | $157.92 | | $287,586.13 |
| 08/22/2022 | CHECK NUMBER 116 REF #991748402 | $96.00 | | $287,490.13 |
| 08/23/2022 | CHECK NUMBER 114 REF #991757190 | $67,872.44 | | $219,617.69 |
| 08/25/2022 | CHECK NUMBER 118 REF #991765673 | $3,472.00 | | $216,145.69 |
| 08/29/2022 | AMEX EPAYMENT ACH PMT 220829 WEB | $1,501.84 | | $214,643.85 |
| 08/30/2022 | QUARTERLY FEE PAYMENT 220829 WEB | $279.00 | | $214,364.85 |
| 08/30/2022 | CHECK NUMBER 117 REF #991782789 | $56,417.80 | | $157,947.05 |
| 08/31/2022 | CHECK NUMBER 115 REF #991783794 | $2,900.00 | | $155,047.05 |
| 08/31/2022 | CHECK NUMBER 119 REF #991783793 | $3,169.60 | | $151,877.45 |
| **08/31/2022** | **Ending Balance** | | | **$151,877.45** |

**Online Banking**
www.MCBankNY.com

**Mobile Banking Apps**



**In case of errors or questions about your account telephone us at: 212-365-6700 or
write us at: Metropolitan Commercial Bank, 99 Park Avenue, 12th Floor, New York, NY 10016**

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt:

1. Tell us your name and account number.

2. Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

3. Tell us the dollar amount of the suspected error.

We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem appeared.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will  recredit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

### AN EASY GUIDE FOR BALANCING YOUR ACCOUNT

| | |
|---|---|
| **1.** Enter the last balance shown on this statement here. | $ |
| **2.** Compare the deposits and additions shown on this statement with your records. If a recent deposit does not show on this statement, enter the amount(s) here. | $ |
| **3.** Total of lines 1 & 2. | $ |
| **4.** Enter the total from the checks/withdrawals in **Section 4a**. | $ |
| **5.** Subtract line 4 from line 3. This should be your present balance. | $ |

USE THIS AREA FOR YOUR COMPUTATIONS

**4a.** List the checks / withdrawals which have been written or made, but have not been charged to your account.

| CHECKS/WITHDRAWALS | AMOUNT | CHECKS/WITHDRAWALS | AMOUNT |
|---|---|---|---|
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | TOTAL to be entered in **Section 4** above. | | $ |



## DEBTOR IN POSSESSION ACCT-XXXXXXXX2551 (continued)

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|
| 111 | 08/08/2022 | $64.00 | 116 | 08/22/2022 | $96.00 |
| 112 | 08/11/2022 | $31,447.36 | 117 | 08/30/2022 | $56,417.80 |
| 113 | 08/17/2022 | $1,367.20 | 118 | 08/25/2022 | $3,472.00 |
| 114 | 08/23/2022 | $67,872.44 | 119 | 08/31/2022 | $3,169.60 |
| 115 | 08/31/2022 | $2,900.00 | 129* | 08/08/2022 | $608.00 |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 08/02/2022 | $325,167.61 | 08/17/2022 | $287,744.05 | 08/25/2022 | $216,145.69 |
| 08/05/2022 | $321,267.61 | 08/18/2022 | $287,586.13 | 08/29/2022 | $214,643.85 |
| 08/08/2022 | $320,595.61 | 08/22/2022 | $287,490.13 | 08/30/2022 | $157,947.05 |
| 08/11/2022 | $289,148.25 | 08/23/2022 | $219,617.69 | 08/31/2022 | $151,877.45 |

### Overdraft and Returned Item Fees

|  | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |






| #0111 | 08/08/2022 | $64.00 |



| #0111 | 08/08/2022 | $64.00 |



| #0112 | 08/11/2022 | $31,447.36 |



| #0112 | 08/11/2022 | $31,447.36 |



| #0113 | 08/17/2022 | $1,367.20 |



| #0113 | 08/17/2022 | $1,367.20 |



| #0114 | 08/23/2022 | $67,872.44 |



| #0114 | 08/23/2022 | $67,872.44 |



| #0115 | 08/31/2022 | $2,900.00 |



| #0115 | 08/31/2022 | $2,900.00 |





# Metropolitan Commercial Bank.
The **Entrepreneurial** Bank Since 1999

**MCB** LISTED NYSE

## *Statement Ending 08/31/2022*

*JOSEPH KLAYNBERG*      Page 5 of 6

**Statement Number: XXXXXXXX2551**



| #0117 | 08/30/2022 | $56,417.80 |



| #0117 | 08/30/2022 | $56,417.80 |



| #0118 | 08/25/2022 | $3,472.00 |



| #0118 | 08/25/2022 | $3,472.00 |



| #0119 | 08/31/2022 | $3,169.60 |



| #0119 | 08/31/2022 | $3,169.60 |



| #0129 | 08/08/2022 | $608.00 |



| #0129 | 08/08/2022 | $608.00 |



This page left intentionally blank