CULLEN & DYKMAN LLP
100 Quentin Roosevelt Boulevard
Garden City, NY 11530
(516) 357-3700
Matthew G. Roseman, Esq.
Bonnie L. Pollack, Esq.

Counsel for the Debtor

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
                                                         :

In re:                                          :    Chapter 11

JOSEPH KLAYNBERG,              :    Case No. 22-10165 (MG)

                  Debtor.                   :

------------------------------------------------------------- x

**REVISED NOTICE OF PROPOSED AGENDA OF MATTERS
SCHEDULED FOR HEARING ON SEPTEMBER 14, 2022 AT 11:00 A.M.**

Date and Time**:**

    September 14, 2022 at 11:00 A.M. (Prevailing Eastern time)

Location of Hearing**:**

    United States Bankruptcy Court
    Southern District of New York
    Honorable Martin Glenn
    1 Bowling Green
    New York, NY 10004
    (These hearings will be conducted via Zoom for Government)

**CONTESTED MATTERS**

1.    Motion of Series 2020A of Nahla Capital LLC for the Appointment of a Chapter 11 Trustee (Docket No.189)

    Objection Deadline: September 7, 2022

    Objections and Other Responses:

    A.    Opposition of the Debtor to Motion of Series 2020A of Nahla Capital LLC for the Appointment of a Chapter 11 Trustee (Docket No. 214)

B. Reply of Series 2020A of Nahla Capital LLC in Support of Motion for the Appointment of a Chapter 11 Trustee (Docket No.219)

Status: The hearing on this matter will go forward.

2. Motion of Wilmington Trust for Leave to File a Complaint Objecting to Dischargeability of Claim (Docket No. 192)

Objection Deadline: September 7, 2022

Objections and Other Responses:

A. Debtor's Response to Motion of Wilmington Trust for Leave to File a Complaint Objecting to Dischargeability of Claim (Docket No. 213)

B. Reply of Wilmington Trust in Support of Motion for Leave to File a Complaint Objecting to Dischargeability of Claim (Docket N0. 218)

Status: The hearing on this matter will go forward.

Dated: Garden City, New York
September 113, 2022

    CULLEN AND DYKMAN LLP
    Attorneys for Debtor

    By: /s/Bonnie L. Pollack
        Mathew G. Roseman, Esq.
        Bonnie L. Pollack, Esq.
        100 Quentin Roosevelt Boulevard
        Garden City, NY 11530
        (516) 357-3700

20335612