CULLEN & DYKMAN LLP
100 Quentin Roosevelt Boulevard
Garden City, NY 11530
(516) 357-3700
Matthew G. Roseman, Esq.
Bonnie L. Pollack, Esq.
mroseman@cullenanddykman.com
bpollack@cullenanddykman.com

*Counsel for the Debtor*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
                                                               :
In re:                                                         :   Chapter 11
                                                               :
JOSEPH KLAYNBERG,                                              :   Case No. 22-10165 (MG)
                                                               :
                                                               :
                          Debtor.                              :
                                                               :
-------------------------------------------------------------- x

# NOTICE OF MONTHLY FEE STATEMENT FOR DEBTOR'S SPECIAL ADVERSARY PROCEEDING COUNSEL
# FOR THE MONTH OF AUGUST 2022

PLEASE TAKE NOTICE that pursuant to the Order of the Bankruptcy Court dated March 11, 2022 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, the Monthly Fee Statement for Debtor's Special Adversary Proceeding and Conflicts Counsel for the month of August 2022 is attached hereto.

Dated: Garden City, New York
       September 19, 2022

                                               CULLEN AND DYKMAN LLP
                                               *Counsel for Debtor*

                                               By:   s/ Bonnie Pollack
                                                     Matthew G. Roseman, Esq.
                                                     Bonnie L. Pollack, Esq.
                                               100 Quentin Roosevelt Boulevard
                                               Garden City, NY 11530
                                               (516) 357-3700

Joseph Klaynberg  
114 Mulberry Street  
New York, NY 10013

September 12, 2022

File #: 22-008

**Attention:**

**RE:** Josephy Klaynberg - Chapter 11 Special Counsel

| DATE | ENTRY # | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|---|
| Aug-05-22 | 106153 | Draft First Request for Production of Documents | 1.30 | 422.50 | SA |
|  | 105569 | Read JPMorgan's letter filed with Court in connection with sale of RP. | 0.10 | 32.50 | SA |
| Aug-08-22 | 105575 | Review of Nahla Initial Disclosures | 0.20 | 100.00 | AMT |
|  | 106154 | Review of files in connection with preparation of Debtor Rule 26(a) Disclosure (0.2); confer with S. Avramidis (0.1); draft email to B. Pollack and phone call re: need copies of and description of documents in her possession and which have already been provided to Nahla (0.2). | 0.50 | 250.00 | AMT |
|  | 105589 | Phone with B. Pollack and S Avramids re: discovery Rule 26 Initial Disclosures | 0.50 | 250.00 | AMT |
|  | 106131 | Review and revise Plaintiff Initial Disclosures | 0.40 | 200.00 | AMT |
|  | 106155 | Confer with AMT re. 26(a) disclosures (0.3); review Defendant's initial disclosures (0.2). | 0.50 | 162.50 | SA |
|  | 105610 | Phonecall with Bonnie re. discovery & 26(a) disclosures. | 0.50 | 162.50 | SA |
|  | 105611 | Draft 26(a) disclosures. | 1.00 | 325.00 | SA |
|  | 106156 | Revise & finalize 26(a) disclosures per AMT's comments. Serve via email. | 0.30 | 97.50 | SA |
| Aug-10-22 | 106157 | Revise First Request for Production of Documents. | 0.30 | 97.50 | SA |
|  | 106158 | Brief review objection to approval of fees for Special Counsel (0.1). Review | 0.50 | 0.00 | SA |

|  |  |  |  |  |
|---|---|---|---|---|
|  | objection to Disclosure Statement, including transcripts of depositions (0.4). |  |  |  |
| Aug-11-22 | 105676 Review and revision of Document Production Request | 0.50 | 250.00 | AMT |
| Aug-17-22 | 106159 Court Appearance - Interim Fee Application hearing | 1.60 | 800.00 | AMT |
|  | 106132 Phone call with AMT re fee application hearing & comments made in related proceedings relevant to preference action. | 0.30 | 90.00 | SA |
| Aug-18-22 | 106160 Phone to B. Pollack lmcb | 0.10 | 0.00 | AMT |
|  | 105779 Phone with B. Pollack re: discuss yesterday's court hearing on various matters before the court | 0.20 | 100.00 | AMT |
|  | 105782 Review motion for Operating Trustee | 0.40 | 200.00 | AMT |
|  | 106161 Email from and to B. Pollack re: counsel fees | 0.10 | 0.00 | AMT |
| Aug-25-22 | 106162 Search files for life insurance policy and information | 0.30 | 0.00 | AMT |
|  | 106163 Further research into Northwest Insurance issue/question of B. Pollack | 2.70 | 0.00 | AMT |
|  | 106164 Phone with B. Pollack re: Northwest Insurance | 0.20 | 0.00 | AMT |
|  | Totals | 12.50 | $3,540.00 |  |