CULLEN & DYKMAN LLP
100 Quentin Roosevelt Boulevard
Garden City, NY 11530
(516) 357-3700
Matthew G. Roseman, Esq.
Bonnie L. Pollack, Esq.
mroseman@cullenanddykman.com
bpollack@cullenanddykman.com

*Counsel for the Debtor*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

In re:                                     : Chapter 11

JOSEPH KLAYNBERG,            : Case No. 22-10165 (MG)

              Debtor.          :

------------------------------------------------------------- x

## NOTICE OF MONTHLY FEE STATEMENT FOR DEBTOR'S ACCOUNTANTS FOR THE MONTH OF AUGUST 2022

PLEASE TAKE NOTICE that pursuant to the Order of the Bankruptcy Court dated March 11, 2022 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, the Monthly Fee Statement for Debtor's Accountants for the month of August 2022 is attached hereto.

Dated: Garden City, New York
       September 19, 2022

                                                      CULLEN AND DYKMAN LLP
                                                      *Counsel for Debtor*

                                                      By:    s/ Bonnie Pollack
                                                              Matthew G. Roseman, Esq.
                                                              Bonnie L. Pollack, Esq.
                                                    100 Quentin Roosevelt Boulevard
                                                    Garden City, NY 11530
                                                    (516) 357-3700

Joseph Klaynberg
Professional Services

RE: Preparation of monthly operationg reports

| Date | Initials | Descriptions | Hours | Amount |
|---|---|---|---|---|
| 8/4/2022 | MHP | Beginning preparation of monthly operating report | 0.50 | $ 145.00 |
| 8/5/2022 | MHP | Preparation of monthly operating report | 3.50 | $ 1,015.00 |
| 8/5/2022 | SPF | Review of monthly operating report | 0.30 | $ 105.00 |

Total this matter  $ 1,265.00

RE: Periodic reports

| Date | Initials | Descriptions | Hours | Amount |
|---|---|---|---|---|
| 8/29/2022 | MHP | Begin working on various periodic reports for entities controlled by Joseph and send drafts of some to the attorney and Joseph for review | 5.00 | $ 1,450.00 |
| 8/29/2022 | SPF | Review drafts of periodic reports | 0.50 | $ 175.00 |
| 8/30/2021 | MHP | Complete some of the periodic reports and send to the attorney for filing | 4.00 | $ 1,160.00 |
| 8/31/2021 | MHP | Complete remaining periodic reprots and send to the attorney for filing | 2.00 | $ 580.00 |

Total this matter  $ 3,365.00

RE: Other related services

| Date | Initials | Descriptions | Hours | Amount |
|---|---|---|---|---|
| 8/9/2022 | MHP | Assistance with attorney on various questions regarding activity of entities owned by Joseph | 0.50 | $ 145.00 |
| 8/11/2022 | MHP | Attend zooom hearing regarding quarterly fee application | 1.50 | $ 435.00 |
| 8/25/2022 | SPF | Review of cash flow projections for Joseph | 0.40 | $ 140.00 |
| 8/25/2022 | MHP | Review of cash flow projections for Joseph | 2.00 | $ 580.00 |

Total this matter  $ 1,300.00

Total this invoice  $ 5,930.00

| Initials | Name | Title | Rate | Hours |
|---|---|---|---|---|
| Scott Flynn | SPF | Partner | 350.00 | 1.20 |
| Mathew Peretz | MHP | Partner | 290.00 | 19.00 |