CULLEN & DYKMAN LLP
100 Quentin Roosevelt Boulevard
Garden City, NY 11530
(516) 357-3700
Matthew G. Roseman, Esq.
Bonnie L. Pollack, Esq.
mroseman@cullenanddykman.com
bpollack@cullenanddykman.com

*Counsel for the Debtor*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
                                                                 :
In re:                                                           : Chapter 11
                                                                 :
JOSEPH KLAYNBERG,                                                : Case No. 22-10165 (MG)
                                                                 :
                                                                 :
                 Debtor.                                         :
                                                                 :
---------------------------------------------------------------- x

**NOTICE OF MONTHLY FEE STATEMENT FOR DEBTOR'S SPECIAL APPELLATE
COUNSEL FOR THE MONTH OF AUGUST 2022**

PLEASE TAKE NOTICE that pursuant to the Order of the Bankruptcy Court dated March 11, 2022 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, the Monthly Fee Statement for Debtor's Special Appellate Counsel for the month of August 2022 is attached hereto.

Dated: Garden City, New York
       September 19, 2022

                                        CULLEN AND DYKMAN LLP
                                        *Counsel for Debtor*

                                        By:    s/ Bonnie Pollack
                                               Matthew G. Roseman, Esq.
                                               Bonnie L. Pollack, Esq.
                                        100 Quentin Roosevelt Boulevard
                                        Garden City, NY 11530
                                        (516) 357-3700

Tsyngauz & Associates, PC - 114 Mulberry Street, Ground Fl., New York, NY 10013
Case Name: Joseph Klaynberg Bankruptcy (Invoice #9703)
Invoice Date: 09/16/2022

| Date | Description | Hours | Rate | Timekeeper | Amount |
|---|---|---|---|---|---|
| 8/12/2022 | Conference call with client Joseph Klaynberg, and bankruptcy attorney to discuss issues with Well Fargo lender | 0.40 | 400.00 | RB | $160.00 |
| 8/16/2022 | Reviewed fee statements in preparation for Joseph Klaynberg's bankruptcy hearing tomorrow fee statement for July 2022 | 0.40 | 400.00 | RB | $160.00 |
| 8/17/2022 | Reviewed case notes prior to bankruptcy hearing regarding Joseph Klaynberg matter  Attended bankruptcy hearing | 1.80 | 400.00 | RB | $720.00 |
| 8/18/2022 | Reviewed Joseph Klaynberg's bankruptcy attorney e-mail regarding recent Order from the Court directing amounts paid, updated case notes with the amounts | 0.10 | 400.00 | RB | $40.00 |
| 8/24/2022 | Reviewed supreme court docket related to Joseph Klaynberg's appeal, and advised appellate printer which documents will need to be included in the appeal | 0.20 | 400.00 | RB | $80.00 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
| TOTAL |  | 2.90 |  |  | $1,160.00 |

Yevgeny Tsyngauz   Partner
Mikhail Litt       Partner
Ryan Banich        Senior Associate
Steven Gordon      Senior Associate