UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------- x
                                                         :
In re                                                    :        Chapter 11
                                                         :
Joseph Klaynberg,                                        :        Case No. 22-10165 (MG)
                                                         :
                                Debtor.                  :
                                                         :
-------------------------------------------------------- x
```

## <u>ORDER DENYING APPROVAL OF THE DISCLOSURE STATEMENT</u>

Upon Joseph Klaynberg's (the "Debtor") motion (the "Motion," ECF Doc. # 133) for approval of the Disclosure Statement dated July 15, 2022 (ECF Doc. # 132); and Debtor's subsequent amendments to the Disclosure Statement on August 8, 2022 (ECF Doc. # 166) and August 19, 2022 (ECF Doc. # 195); and on September 23, 2022, the Court having entered an order approving the appointment of Jonathan L. Flaxer as the chapter 11 trustee (the "Chapter 11 Trustee") in this case (ECF Doc. # 233), it is hereby

**ORDERED** that approval of the Motion is denied without prejudice.

**IT IS SO ORDERED.**

Dated:  October 6, 2022
        New York, New York

                                        _____/s/ Martin Glenn_____
                                             MARTIN GLENN
                                     Chief United States Bankruptcy Judge