Patrick L. Robson
Robert A. Rich
Silvia N. Ostrower
**HUNTON ANDREWS KURTH LLP**
200 Park Avenue
New York, New York 10166
(212) 309-1000

*Attorneys for Series 2020A of Nahla Capital LLC*

Presentment Date: October 18, 2022 at 12:00 p.m. (ET)
Objection Deadline: October 18, 2022 at 11:30 a.m. (ET)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
In re:                                          :   Chapter 11
                                                :
JOSEPH KLAYNBERG,                               :   Case No. 22-10165 (MG)
                                                :
                    Debtor.    :
------------------------------------------------------------ x

**NOTICE OF PRESENTMENT OF STIPULATION REGARDING
WITHDRAWAL OF DERIVATIVE STANDING MOTION FILED
BY SERIES 2020A OF NAHLA CAPITAL LLC**

**PLEASE TAKE NOTICE** that the *Stipulation Regarding Withdrawal of Derivative Standing Motion Filed by Series 2020A of Nahla Capital LLC* (the "Stipulation"), annexed hereto as **Exhibit A**, will be presented for signature by the Honorable Martin Glenn, Chief United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), on **October 18, 2022 at 12:00 p.m. (prevailing Eastern Time)** (the "Presentment Date");

**PLEASE TAKE FURTHER NOTICE** that responses or objections (each, a "Response"), if any, to the Stipulation must (i) be in writing, (ii) conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Bankruptcy Court, and (iii) be filed and served on counsel for Series 2020A of Nahla Capital LLC, Hunton Andrews Kurth LLP, Attn: Robert A. Rich, 200 Park Avenue, New York, New York 10166 (rrich2@huntonak.com), so as to be actually

received by **October 18, 2022 at 11:30 a.m. (prevailing Eastern Time)** (the "Objection Deadline").  The ECF docket number to which the Response relates shall be included in the upper right hand corner of the caption of all Responses;

**PLEASE TAKE FURTHER NOTICE** that if no Responses are timely filed and served, Series 2020A of Nahla Capital LLC shall, on or after the Presentment Date, submit the Stipulation to the Bankruptcy Court, which the Bankruptcy Court may so-order without further notice or opportunity to be heard; and

**PLEASE TAKE FURTHER NOTICE** that a copy of the Stipulation or any other pleading filed in the above-captioned case may be obtained at the Bankruptcy Court's website at www.nysb.uscourts.gov through an account obtained from the Pacer Service Center at 1-800-676-6856 in accordance with the procedures and fees set forth therein.

Dated: October 11, 2022
      New York, New York

*/s/ Robert A. Rich*
Patrick L. Robson
Robert A. Rich
Silvia N. Ostrower
**HUNTON ANDREWS KURTH LLP**
200 Park Avenue
New York, New York 10166
(212) 309-1000
rrich2@huntonak.com
probson@huntonak.com
sostrower@huntonak.com

*Attorneys for Series 2020A of Nahla Capital LLC*