CULLEN & DYKMAN LLP
100 Quentin Roosevelt Boulevard
Garden City, NY 11530
(516) 357-3700
Matthew G. Roseman, Esq.
Bonnie L. Pollack, Esq.
mroseman@cullenanddykman.com
bpollack@cullenanddykman.com

*Counsel for the Debtor*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
                               :

In re:                              :  Chapter 11
                               :

JOSEPH KLAYNBERG,         :  Case No. 22-10165 (MG)
                               :

              Debtor.      :
                               :
------------------------------------------------------------ x

### NOTICE OF MONTHLY FEE STATEMENT FOR DEBTOR'S COUNSEL FOR THE MONTH OF SEPTEMBER 2022

PLEASE TAKE NOTICE that pursuant to the Order of the Bankruptcy Court dated March 11, 2022 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, the Monthly Fee Statement for Debtor's Counsel for the month of September 2022 is attached hereto.

Dated: Garden City, New York
       October 13, 2022

                                      CULLEN AND DYKMAN LLP
                                      *Counsel for Debtor*

                                    By:   s/ Bonnie Pollack
                                         Matthew G. Roseman, Esq.
                                          Bonnie L. Pollack, Esq.
                                    100 Quentin Roosevelt Boulevard
                                    Garden City, NY 11530
                                    (516) 357-3700



Cullen and Dykman LLP
Garden City Center
100 Quentin Roosevelt Boulevard
Garden City, NY 11530
T: 516.357.3700
F: 516.357.3792
Tax ID: 11-0658700

JOSEPH KLAYNBERG

October 6, 2022

## INVOICE SUMMARY

**File Number: 22420**

**Control Number  7032105**

FOR PROFESSIONAL SERVICES rendered through September 30, 2022 in connection with the matters referenced below, as more fully detailed on the attached.

| Matter # | Matter Description | Fees | Costs | Total |
|---:|---|---:|---:|---:|
| 1 | GENERAL ADMINISTRATION | 11,887.50 | .00 | 11,887.50 |
| 3 | ASSET DISPOSITION, SALE OR RESTRUCTURE | 11,011.00 | .00 | 11,011.00 |
| 4 | RESOLUTION OF CREDITOR ISSUES | 153.00 | .00 | 153.00 |
| 8 | RETENTION/PROFESSIONAL COMPENSATION/FEE | 1,300.50 | .00 | 1,300.50 |
| 9 | PREPARATION FOR/ATTEND COURT HEARING | 7,656.00 | .00 | 7,656.00 |
| 10 | SERVICES RELATING TO LITIGATION | 535.50 | .00 | 535.50 |
| 11 | MOTION PRACTICE | 32,265.50 | .00 | 32,265.50 |
| 12 | OPERATING REPORTS | 306.00 | .00 | 306.00 |
| 13 | DISBURSEMENTS | .00 | 1,081.47 | 1,081.47 |
| **Total** | | **65,115.00** | **1,081.47** | **66,196.47** |

**TOTAL THIS INVOICE**

**$ 66,196.47**



Cullen and Dykman LLP
Garden City Center
100 Quentin Roosevelt Boulevard
Garden City, NY 11530
T: 516.357.3700
F: 516.357.3792
Tax ID: 11-0658700

JOSEPH KLAYNBERG                                                October 6, 2022

For Professional Services Rendered Through September 30, 2022:

**File Number: 22420-1**                          **Control Number  7032105**

---

**RE:   GENERAL ADMINISTRATION**

**PROFESSIONAL SERVICES**

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 9/01/22 | BLP | Review final periodic reports and file same | .30 | 229.50 |
| 9/09/22 | BLP | Revise insurance exemption stipulation from Nahla | .30 | 229.50 |
| 9/13/22 | BLP | Emails with R. Rich re insurance exemption stipulation | .20 | 153.00 |
| 9/14/22 | BLP | Discussions with A. Thaler, A&G and M. Bunin re outcome of hearing | .50 | 382.50 |
| 9/14/22 | BLP | Discussion with UST re hearing, trustee selection (.2); conference with MR re case going forward (.3) | .50 | 382.50 |
| 9/14/22 | MGR | Conf w/ client and B Pollack regarding appointment of a trustee and related issues | .70 | 574.00 |
| 9/15/22 | BLP | Comms with accountant and special counsel re trustee, case | .30 | 229.50 |
| 9/19/22 | BLP | Emails with R. Rich re insurance stipulation (.2); emails re closing (.2) | .40 | 306.00 |
| 9/20/22 | BLP | Review 2 court decisions | .90 | 688.50 |
| 9/20/22 | BLP | Conferences with MR re decisions, go forward case issues, individual debtor out of possession and issues attendant to same | 1.00 | 765.00 |
| 9/20/22 | BLP | Discussion with F. Stevens re decision | .30 | 229.50 |
| 9/20/22 | BLP | Discussion with J. Flaxer re case (.2); discussion with MR re same (.2) | .40 | 306.00 |
| 9/20/22 | MGR | Review appointment of trustee and discuss same w/ B Pollack | .30 | 246.00 |
| 9/21/22 | BLP | Several discussions with client re decisions, how to "operate" going forward, issues raised, questions from trustee and responses to same | 1.20 | 918.00 |

JOSEPH KLAYNBERG
22420-001-1

Control #:
7032105
October 6, 2022

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 9/22/22 | BLP | Several conferences re admin issues re bank accounts (.4); discussion with client re trustee questions and responses (.2); emails re adjournment of hearings and dates of same (.2) | .80 | 612.00 |
| 9/22/22 | BLP | Lengthy discussion with trustee re questions posed on admin matters and other matters | .80 | 612.00 |
| 9/22/22 | BLP | Comms with trustee re response to questions in prep of call (.3); comms with trustee re bank account transfer, gains tax issues (.3) | .60 | 459.00 |
| 9/22/22 | BLP | Compile and send operating agreements and Laz proposal to trustee | .40 | 306.00 |
| 9/22/22 | MGR | Conf call w/ operating trustee, Moshe and B Pollack regarding case background | .80 | 656.00 |
| 9/23/22 | BLP | Send mediation papers to trustee (.2); comms re SSN, account, gains taxes, plan with trustee (.3); email to accountant to stop work (.1); emails re scheduling of motions (.2) | .80 | 612.00 |
| 9/23/22 | BLP | Meet with debtor and trustee at bank (and discussion after with debtor) | .90 | 688.50 |
| 9/23/22 | JVW | Conduct research on Chapter 11 individual debtors and spending. | 2.70 | 756.00 |
| 9/28/22 | BLP | Emails with client and trustee re Amex payment, other payments, meeting with trustee | .40 | 306.00 |
| 9/28/22 | MGR | Review credit card statements and discuss expenses with B Pollack | .40 | 328.00 |
| 9/29/22 | BLP | Review memo and follow up memo re use of estate property for living expenses in individual 11 | .50 | 382.50 |
| 9/29/22 | JVW | Conduct follow up research on Chapter 11 individual debtor use of estate funds | .80 | 224.00 |
| 9/30/22 | BLP | Discussions with client and trustee re budget, payment of living expenses, case law re same | .40 | 306.00 |

TOTAL PROFESSIONAL SERVICES  $ 11,887.50

**TOTAL THIS MATTER**  **$ 11,887.50**

JOSEPH KLAYNBERG
22420-001-3

Control #:
7032105
October 6, 2022

RE:  **ASSET DISPOSITION, SALE OR RESTRUCTURE**

**PROFESSIONAL SERVICES**

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 9/01/22 | BLP | Continued review of documents and finalization of restrictions to transfer | 3.30 | 2,524.50 |
| 9/01/22 | BLP | Revise all sale motion documents | 1.70 | 1,300.50 |
| 9/01/22 | BLP | Discussion with client re all sale motion papers (.2); discussions with broker re process, comments, etc, (.4) | .60 | 459.00 |
| 9/01/22 | MGR | Phone conf w/ J Hubbard of A & G Realty regarding assignment and retention issues | .40 | 328.00 |
| 9/01/22 | MGR | Conf w/ B Pollack regarding anti assignment issues relating to minority interests | .50 | 410.00 |
| 9/02/22 | BLP | Revise and finalize broker motion and sale motion | 2.90 | 2,218.50 |
| 9/02/22 | BLP | Discussion with broker counsel re retention motion, sales process | .20 | 153.00 |
| 9/02/22 | MGR | Phone conf w/ J Hubbard regarding sales process | .40 | 328.00 |
| 9/06/22 | BLP | Comms with F. Stevens re deal documents | .20 | 153.00 |
| 9/07/22 | BLP | Several emails re Sands Point closing documents | .30 | 229.50 |
| 9/09/22 | BLP | Review and comment on UST comments to A&G retention and emails with A&G counsel re same | .40 | 306.00 |
| 9/09/22 | BLP | Several comms with F. Stevens and client re Sands Point closing documents, logistics of closing | .50 | 382.50 |
| 9/09/22 | BLP | Review and comment on escrow agreement in connection with closing (.4); revise agreement per discussions re same (.3) | .70 | 535.50 |
| 9/09/22 | BLP | Comms with F. Stevens and C. Mullin re escrow agreement provisions | .40 | 306.00 |
| 9/11/22 | BLP | Comms re Chase payoff for closing | .20 | 153.00 |
| 9/12/22 | BLP | Discussion with M. Bunin re questions re sales process for equity (.2); comms with F. Stevens and client re SP closing documents (.2) | .40 | 306.00 |
| 9/13/22 | BLP | Letter to F. Stevens with all closing documents | .30 | 229.50 |
| 9/15/22 | BLP | Discussion with Emily counsel re satisfaction, closing documents | .20 | 153.00 |

JOSEPH KLAYNBERG
22420-001-3

Control #:
7032105
October 6, 2022

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 9/23/22 | BLP | Discussion with F. Stevens re deal documents stolen from fed ex box, resending, timing, gains taxes | .20 | 153.00 |
| 9/28/22 | BLP | Emails directing interested equity purchaser to trustee (.1); emails re Sands Point escrow account statement for turnover (.2); emails re escrow agreement and substitution of trustee as escrow agent (.2) | .50 | 382.50 |

TOTAL PROFESSIONAL SERVICES          $ 11,011.00

**TOTAL THIS MATTER**          **$ 11,011.00**

JOSEPH KLAYNBERG
22420-001-4

Control #:
7032105
October 6, 2022

**RE: RESOLUTION OF CREDITOR ISSUES**

**PROFESSIONAL SERVICES**

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 9/01/22 | BLP | Discussion with S. Rosen (counsel to M&T) re Spectra 111 loan restructure issues | .20 | 153.00 |
| | | TOTAL PROFESSIONAL SERVICES | | $ 153.00 |
| | | **TOTAL THIS MATTER** | | **$ 153.00** |

JOSEPH KLAYNBERG
22420-001-8

Control #:
7032105
October 6, 2022

**RE:   RETENTION/PROFESSIONAL COMPENSATION/FEE**

**PROFESSIONAL SERVICES**

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 9/08/22 | BLP | Work on monthly fee statement | .50 | 382.50 |
| 9/14/22 | BLP | Prepare monthly statement | .30 | 229.50 |
| 9/16/22 | BLP | Work on fee chart and emails re July fees, august fee statements | .40 | 306.00 |
| 9/19/22 | BLP | Prepare and file all August fee statements | .50 | 382.50 |

|  | TOTAL PROFESSIONAL SERVICES | $ 1,300.50 |
|--|------------------------------|------------|
|  | **TOTAL THIS MATTER** | **$ 1,300.50** |

JOSEPH KLAYNBERG

22420-001-9

Control #:

7032105

October 6, 2022

RE:   **PREPARATION FOR/ATTEND COURT HEARING**

**PROFESSIONAL SERVICES**

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 9/13/22 | BLP | Prepare and file hearing agenda (.4); review WT reply papers (.3)and prepare for WT hearing (.8) | 1.50 | 1,147.50 |
| 9/13/22 | BLP | Extensive preparation for hearing on trustee motion | 4.30 | 3,289.50 |
| 9/14/22 | BLP | Prepare for and attend court hearings | 2.60 | 1,989.00 |
| 9/14/22 | MGR | Pre hearing meeting w/ client and B Pollack regarding potential appointment of trustee and options/obligations of client | .50 | 410.00 |
| 9/14/22 | MGR | Observe hearing to appoint trustee | 1.00 | 820.00 |
| | | TOTAL PROFESSIONAL SERVICES | | $ 7,656.00 |
| | | **TOTAL THIS MATTER** | | **$ 7,656.00** |

JOSEPH KLAYNBERG
22420-001-10

Control #:
7032105
October 6, 2022

**RE:    SERVICES RELATING TO LITIGATION**

**PROFESSIONAL SERVICES**

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 9/22/22 | BLP | Discussion with A. Thaler re trustee appointment, effect on preference action | .30 | 229.50 |
| 9/29/22 | BLP | Emails and call with client re strategy in WT action, proposal | .40 | 306.00 |
| | | TOTAL PROFESSIONAL SERVICES | | $ 535.50 |
| | | **TOTAL THIS MATTER** | | **$ 535.50** |

JOSEPH KLAYNBERG
22420-001-11

Control #:
7032105
October 6, 2022

RE:   **MOTION PRACTICE**

**PROFESSIONAL SERVICES**

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 9/01/22 | BLP | Extensive work on JK affidavit for trustee motion including review of documents for same | 2.30 | 1,759.50 |
| 9/02/22 | BLP | Work on JK affidavit in response to trustee motion | 2.80 | 2,142.00 |
| 9/02/22 | MK | Legal research regarding Judge Glenn decision on appointment of operating trustee | .60 | 270.00 |
| 9/04/22 | BLP | Extensive work on response to trustee motion | 4.80 | 3,672.00 |
| 9/05/22 | BLP | Discussion with client re affidavit re trustee motion, questions and information for same | 1.30 | 994.50 |
| 9/05/22 | BLP | Revise JK affidavit | .50 | 382.50 |
| 9/05/22 | BLP | Work on opposition papers including review of case law | 3.30 | 2,524.50 |
| 9/06/22 | BLP | Extensive work on opposition to trustee motion legal papers and affidavits | 6.70 | 5,125.50 |
| 9/06/22 | MGR | Review and provide comments to declaration in opposition to motion to appoint trustee and discuss same with B Pollack | 1.20 | 984.00 |
| 9/06/22 | MK | Legal research regarding trustee appointment | 2.40 | 1,080.00 |
| 9/06/22 | MK | Prepare draft summary of legal research regarding trustee appointment and existence of potential avoidable transfers | 1.30 | 585.00 |
| 9/06/22 | MK | Legal research regarding ownership of joint accounts and prepare summary of same | 1.10 | 495.00 |
| 9/07/22 | BLP | Continued extensive work on revising and finalizing trustee opposition papers | 5.60 | 4,284.00 |
| 9/07/22 | MGR | Continued review and revision to opposition papers to appointment of trustee | 1.30 | 1,066.00 |
| 9/07/22 | MK | Review and revise draft opposition to trustee motion, particularly case citations and quotations | 1.50 | 675.00 |
| 9/09/22 | MGR | Review of reply to Wilmington Trust motion for authority to file dischargeability claim | .30 | 246.00 |

JOSEPH KLAYNBERG
22420-001-11

Control #:
7032105
October 6, 2022

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 9/09/22 | MGR | Review NAHLA reply and attached exhibits including deposition transcripts | 1.20 | 984.00 |
| 9/11/22 | BLP | Comms re use of transcript in case without ability to review and correct, etc. | .60 | 459.00 |
| 9/11/22 | EIU | Emails with B. Pollack regarding FRCP 30(e) argument used in reply to motion to appoint trustee; legal research regarding issue, address follow up questions; brief phone conference with B. Pollack to discuss analysis and strategy to address at hearing. | 2.00 | 1,170.00 |
| 9/12/22 | BLP | Review Nahla reply re trustee motion | .60 | 459.00 |
| 9/12/22 | BLP | Review deposition transcript attached to reply in preparation for hearing | .80 | 612.00 |
| 9/12/22 | MGR | Discuss strategy concerning trustee motion w/ B Pollack | .30 | 246.00 |
| 9/13/22 | MGR | Review and discuss strategy concerning motion for authority to file late dischargeability suit and related issue with claim | .30 | 246.00 |
| 9/13/22 | MGR | Review and discuss hearing strategy w/ B Pollack (.3); discuss possible voluntary conversion of case (.3) | .60 | 492.00 |
| 9/14/22 | MGR | Conf call w/ B Pollack and a Thaler regarding hearing and discussion regarding potential trustees and recommendation to UST | .30 | 246.00 |
| 9/19/22 | MGR | Continued review of decision granting motion to appoint trustee and research issues regarding individual 11 and operating trustee | .80 | 656.00 |
| 9/20/22 | MGR | Discuss decision on motion to appoint trustee w/ B Pollack | .50 | 410.00 |

TOTAL PROFESSIONAL SERVICES $ 32,265.50

**TOTAL THIS MATTER** **$ 32,265.50**

JOSEPH KLAYNBERG
22420-001-12

Control #:
7032105
October 6, 2022

RE:   **OPERATING REPORTS**

**PROFESSIONAL SERVICES**

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 9/08/22 | BLP | Review and comment on MOR | .40 | 306.00 |
| | | TOTAL PROFESSIONAL SERVICES | | $ 306.00 |
| | | **TOTAL THIS MATTER** | | **$ 306.00** |

JOSEPH KLAYNBERG
22420-001-13

Control #:
7032105
October 6, 2022

RE:   **DISBURSEMENTS**

**DISBURSEMENTS**

| Date | Description | Amount |
|------|-------------|--------|
| 9/07/22 | COURT FEES | 188.00 |
| 9/07/22 | POSTAGE | 838.35 |
| 9/28/22 | ON-LINE RESEARCH (E106) | 19.56 |
| 9/30/22 | DELIVERY SERVICES/MESSENGER (E107) | 35.56 |
| | TOTAL DISBURSEMENTS | $ 1,081.47 |
| | **TOTAL THIS MATTER** | **$ 1,081.47** |
| | **TOTAL THIS INVOICE** | **$ 66,196.47** |



Cullen and Dykman LLP
Garden City Center
100 Quentin Roosevelt Boulevard
Garden City, NY 11530
T: 516.357.3700
F: 516.357.3792
Tax ID: 11-0658700

JOSEPH KLAYNBERG

October 6, 2022
Control #:  7032105

## REMITTANCE

**Client.Matter: 22420**

| BALANCE DUE THIS INVOICE | $ 66,196.47 |
|---|---|

Please return this page with payment to:

Cullen & Dykman LLP
100 Quentin Roosevelt Blvd.
Garden City, NY  11530-4850

**Wire Transfer Instructions:**

JP MORGAN CHASE
270 Park Avenue
New York, NY  10017
Account # :  530-931-915
ABA # :  021000021
SWIFT Code:  CHASUS33

For Credit To:
 CULLEN & DYKMAN LLP
 Operating Account
 100 Quentin Roosevelt Blvd.
 Garden City, NY  11530-4850

**TERMS: NET 30 DAYS**

## September 2022 Hours

| Timekeeper Name | | | Year Admitted | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| Roseman, Matthew G. | Partner | Bankruptcy | 1989 | $820 | 11.8 | $9,676.00 |
| Pollack, Bonnie L. | Partner | Bankruptcy | 1990 | $765 | 65.6 | $50,184.00 |
| Usinger, Elizabeth | Partner | Bankruptcy | 2008 | $585 | 2.0 | $1,170.00 |
| Kwiatkowski, Michael | Of Counsel | Bankruptcy | 2011 | $450 | 6.9 | $3,105.00 |
| Westendorp, Julie V. | Law Clerk | | | $280 | 3.5 | $980.00 |
| | | | | | | $65,115.00 |