CULLEN & DYKMAN LLP
100 Quentin Roosevelt Boulevard
Garden City, NY 11530
(516) 357-3700
Matthew G. Roseman, Esq.
Bonnie L. Pollack, Esq.
mroseman@cullenanddykman.com
bpollack@cullenanddykman.com

*Counsel for the Debtor*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------- x

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| JOSEPH KLAYNBERG, | : | Case No. 22-10165 (MG) |
| | : | |
| Debtor. | : | |
| | : | |

--------------------------------------------------------------- x

## NOTICE OF MONTHLY FEE STATEMENT FOR DEBTOR'S ACCOUNTANTS FOR THE MONTH OF SEPTEMBER 2022

PLEASE TAKE NOTICE that pursuant to the Order of the Bankruptcy Court dated March 11, 2022 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, the Monthly Fee Statement for Debtor's Accountants for the month of September 2022 is attached hereto.

Dated: Garden City, New York
       October 13, 2022

                                          CULLEN AND DYKMAN LLP
                                          *Counsel for Debtor*

                                          By:    s/ Bonnie Pollack
                                                     Matthew G. Roseman, Esq.
                                                     Bonnie L. Pollack, Esq.
                                          100 Quentin Roosevelt Boulevard
                                          Garden City, NY 11530
                                          (516) 357-3700

# LEHMAN FLYNN VOLLARO PLLC
CERTIFIED PUBLIC ACCOUNTANTS
534 BROADHOLLOW ROAD • SUITE 302
MELVILLE, NY 11747

MARTIN M. LEHMAN, CPA
SCOTT P. FLYNN, CPA
LAWRENCE A. VOLLARO, CPA
MATHEW H. PERETZ, CPA
MATTHEW P. GEYER

TEL: (212) 736-2220
FAX: (212) 736-8018
WEB: www.LNFcpa.com
Members:
American Institute of CPA's
New York State Society of CPA's

September 15, 2022

<u>VIA EMAIL</u>
Joseph Klaynberg
114 Mulberry Street
New York, NY 10013

Enclosed herewith is a statement of the fees incurred with respect to your bankruptcy case for the period of August 1 through August 31, 2022. THIS IS BEING SENT TO YOU FOR INFORMATIONAL PURPOSES ONLY. PLEASE DO NOT PAY THIS INVOICE AT THIS TIME.

We will make application to the court for these fees at the appropriate times or, if our motion to permit monthly payments is approved, will seek payments in accordance with that order at that time.

For professional services rendered through August 31, 2022 in connection with the matters referenced below, as more fully detailed on the attached.

| | |
|---|---:|
| Preparation of monthly operating reports | 1,265.00 |
| Preparation of monthly operating reports | 3,365.00 |
| Other services | 1,300.00 |
| Total due | $ 5,930.00 |

*Please make checks payable to Lehman Flynn Vollaro*

Joseph Klaynberg
Professional Services

### RE: Preparation of monthly operationg reports

| Date | Initials | Descriptions | Hours | Amount |
|---|---|---|---|---|
| 8/4/2022 | MHP | Beginning preparation of monthly operating report | 0.50 | $ 145.00 |
| 8/5/2022 | MHP | Preparation of monthly operating report | 3.50 | $ 1,015.00 |
| 8/5/2022 | SPF | Review of monthly operating report | 0.30 | $ 105.00 |

Total this matter $ 1,265.00

### RE: Periodic reports

| Date | Initials | Descriptions | Hours | Amount |
|---|---|---|---|---|
| 8/29/2022 | MHP | Begin working on various periodic reports for entities controlled by Joseph and send drafts of some to the attorney and Joseph for review | 5.00 | $ 1,450.00 |
| 8/29/2022 | SPF | Review drafts of periodic reports | 0.50 | $ 175.00 |
| 8/30/2021 | MHP | Complete some of the periodic reports and send to the attorney for filing | 4.00 | $ 1,160.00 |
| 8/31/2021 | MHP | Complete remaining periodic reprots and send to the attorney for filing | 2.00 | $ 580.00 |

Total this matter $ 3,365.00

### RE: Other related services

| Date | Initials | Descriptions | Hours | Amount |
|---|---|---|---|---|
| 8/9/2022 | MHP | Assistance with attorney on various questions regarding activity of entities owned by Joseph | 0.50 | $ 145.00 |
| 8/11/2022 | MHP | Attend zooom hearing regarding quarterly fee application | 1.50 | $ 435.00 |
| 8/25/2022 | SPF | Review of cash flow projections for Joseph | 0.40 | $ 140.00 |
| 8/25/2022 | MHP | Review of cash flow projections for Joseph | 2.00 | $ 580.00 |

Total this matter $ 1,300.00

Total this invoice $ 5,930.00

| Initials | Name | Title | Rate | Hours |
|---|---|---|---|---|
| Scott Flynn | SPF | Partner | 350.00 | 1.20 |
| Mathew Peretz | MHP | Partner | 290.00 | 19.00 |