CULLEN & DYKMAN LLP
100 Quentin Roosevelt Boulevard
Garden City, NY 11530
(516) 357-3700
Matthew G. Roseman, Esq.
Bonnie L. Pollack, Esq.
mroseman@cullenanddykman.com
bpollack@cullenanddykman.com

*Counsel for the Debtor*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
:
In re: : Chapter 11
:
JOSEPH KLAYNBERG, : Case No. 22-10165 (MG)
:
:
Debtor. :
:
------------------------------------------------------------- x

# NOTICE OF MONTHLY FEE STATEMENT FOR DEBTOR'S SPECIAL ADVERSARY PROCEEDING COUNSEL
# FOR THE MONTH OF SEPTEMBER 2022

PLEASE TAKE NOTICE that pursuant to the Order of the Bankruptcy Court dated March 11, 2022 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, the Monthly Fee Statement for Debtor's Special Adversary Proceeding and Conflicts Counsel for the month of September 2022 is attached hereto.

Dated: Garden City, New York
       October 13, 2022

                                        CULLEN AND DYKMAN LLP
                                        *Counsel for Debtor*

                                        By:   s/ Bonnie Pollack
                                              Matthew G. Roseman, Esq.
                                              Bonnie L. Pollack, Esq.
                                        100 Quentin Roosevelt Boulevard
                                        Garden City, NY 11530
                                        (516) 357-3700

Joseph Klaynberg  
114 Mulberry Street  
New York, NY 10013

October 7, 2022

File #: 22-008

**Attention:**

**RE:** Josephy Klaynberg - Chapter 11 Special Counsel

| DATE | ENTRY # | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|---|
| Sep-07-22 | 106088 | Finalize request for production of doucments. | 0.20 | 65.00 | SA |
|  | 106092 | Confer with AMT & DM re. receivable. | 0.20 | 65.00 | SA |
| Sep-09-22 | 106564 | Read/reply to objection to motion seeking leave to file complaint. | 0.10 | 0.00 | SA |
|  | 106171 | Research insolvency presumption as it applies to 547(b)(5) | 0.60 | 195.00 | SA |
| Sep-13-22 | 106228 | Confer with AMT re. presumption research. | 0.20 | 65.00 | SA |
| Sep-14-22 | 106234 | Phone with M. Roseman and B. Pollack re: chapter 11 trustee appointment | 0.20 | 100.00 | AMT |
| Sep-19-22 | 106340 | Read decision | 0.30 | 0.00 | SA |
| Sep-22-22 | 106565 | Respond to email from B. Pollack re: fee payment and potential retention of our firm by chapter 11 trustee in adversary proceeding | 0.10 | 50.00 | AMT |
|  | 106405 | Phone with Bonnie Pollack discuss issues due to Appointment of Operating Trustee | 0.30 | 150.00 | AMT |
|  | 106406 | Read decision on appointment of Operating Trustee | 0.50 | 250.00 | AMT |
| Sep-23-22 | 106436 | Read order appointing ch. 11 trustee. Read email from AMT re. discussion with Bonnie re. ch. 11 trustee. | 0.20 | 65.00 | SA |
|  |  | Totals | 2.90 | $1,005.00 |  |