CULLEN & DYKMAN LLP
100 Quentin Roosevelt Boulevard
Garden City, NY 11530
(516) 357-3700
Matthew G. Roseman, Esq.
Bonnie L. Pollack, Esq.
mroseman@cullenanddykman.com
bpollack@cullenanddykman.com

*Counsel for the Debtor*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
                                               :
In re:                                         :   Chapter 11
                                               :
JOSEPH KLAYNBERG,                              :   Case No. 22-10165 (MG)
                                               :
                                               :
            Debtor.                            :
                                               :
------------------------------------------------------------- x

**AMENDED NOTICE OF MONTHLY FEE STATEMENT FOR DEBTOR'S ACCOUNTANTS FOR THE MONTH OF SEPTEMBER 2022**

PLEASE TAKE NOTICE that pursuant to the Order of the Bankruptcy Court dated March 11, 2022 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, the Monthly Fee Statement for Debtor's Accountants for the month of September 2022 is attached hereto.

Dated: Garden City, New York
       November 7, 2022

                                        CULLEN AND DYKMAN LLP
                                        *Counsel for Debtor*

                                        By:   s/ Bonnie Pollack
                                              Matthew G. Roseman, Esq.
                                              Bonnie L. Pollack, Esq.
                                        100 Quentin Roosevelt Boulevard
                                        Garden City, NY 11530
                                        (516) 357-3700

Joseph Klaynberg  
Professional Services

### RE: Preparation of monthly operationg reports

| Date | Initials | Descriptions | Hours | Amount |
|---|---|---|---|---|
| 9/2/2022 | MHP | Beginning preparation of monthly operating report | 0.80 | $ 232.00 |
| 9/7/2022 | MHP | Preparation of monthly operating report | 2.00 | $ 580.00 |
| 9/8/2022 | MHP | Completion of monthly operating report | 1.20 | $ 348.00 |
| 9/8/2022 | SPF | Review of monthly operating report | 0.20 | $ 70.00 |

Total this matter $ 1,230.00

### RE: Other related services

| Date | Initials | Descriptions | Hours | Amount |
|---|---|---|---|---|
| 9/6/2022 | MHP | Discussion with attorney regarding cash flow projections and responses regarding the same | 3.00 | $ 870.00 |
| 9/6/2022 | SPF | Discussion with attorney regarding cash flow projections and responses regarding the same | 0.30 | $ 105.00 |

Total this matter $ 975.00

Total this invoice $ 2,205.00

| Initials | Name | Title | Rate | Hours |
|---|---|---|---|---|
| Scott Flynn | SPF | Partner | 350.00 | 0.50 |
| Mathew Peretz | MHP | Partner | 290.00 | 7.00 |