UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

In re:                                : Chapter 11
                                      :
JOSEPH KLAYNBERG,                     : Case No. 22-10165 (MG)
                                      :
                                      :
          Debtor.                     :

---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NASSAU     )

CAROLINA RODRIGUEZ, being duly sworn, deposes and says:

That she is over the age of 21 years, resides in Queens, New York and is not a party to this action.

That on November 9, 2022 I served the *Notice of Presentment of Stipulation and Order Modifying Monthly Compensation Order* via first-class mail (postage prepaid) upon the individuals and/or entities listed on the attached Service List by depositing true copies thereof in a properly sealed wrapper in a depository maintained by the United States Postal Service located on the premises at Garden City Center, 100 Quentin Roosevelt Boulevard, Garden City, New York 11530.

_____
CAROLINA RODRIGUEZ

Sworn to before me this
9th day of November, 2022.

_____
Notary Public

PATRICIA BRIDGELAL
NOTARY PUBLIC, State of New York
No. 01BR6136510
Qualified in NY County
Commission Expires November 07, 2025

20429854_1

## SERVICE LIST

TARA TIANTIAN
UNITED STATES TRUSTEE
OFFICE OF THE UNITED STATES
TRUSTEE
U.S. FEDERAL OFFICE BUILDING
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014

JONATHAN L. FLAXER,
CHAPTER 11 TRUSTEE
GOLENBOCK EISEMAN ASSOR BELL &
PESKOE LL
711 THIRD AVE
NEW YORK, NY 10017-4014

ROBERT A. RICH, ESQ.
PATRICK ROBSON, ESQ.
SILVIA N. OSTROWER, ESQ.
HUNTON ANDREWS KURTH LLP
200 PARK AVENUE
NEW YORK, NEW YORK 10166

PHILLIP RAYMOND, ESQ.
MCCALLA RAYMER
LEIBERT PIERCE, LLC
420 LEXINGTON AVENUE, SUITE 840
NEW YORK, NY 10170

FARRELL FRITZ, P.C.
622 THIRD AVENUE, 37TH FLOOR
NEW YORK, NEW YORK 10017
MARTIN G. BUNIN, ESQ.
JEFFREY K. LEVIN, ESQ.

OSTROWITZ & OSTROWITZ, ESQS.
225 GORDONS CORNER ROAD
MANALAPAN, NEW JERSEY 07726

STEPHAN E. HORNUNG
STROOCK & STROOCK & LAVAN LLP
180 MAIDEN LANE
NEW YORK, NEW YORK 10038

RYAN BANICH, ESQ.
TSYNGAUZ & ASSOCIATES, P.C.
114 MULBERRY STREET, GROUND
FLOOR
NEW YORK, NY 10013

SCOTT D. ROSEN, ESQ.
COHN BIRNBAUM & SHEA P.C.
100 PEARL STREET, 12TH FLOOR
HARTFORD, CT 06103

CAPITAL REGION DEVEL. AUTH.
100 COLUMBUS BOULEVARD
SUITE 500
HARTFORD, CT 06103

ERIC H. HENZY, ESQ.
ZEISLER & ZEISLER, LLC
10 MIDDLE STREET, 15TH FL
BRIDGEPORT, CT 06604

MARC A. PERGAMENT
WEINBERG, GROSS
& PERGAMENT LLP
400 GARDEN CITY PLAZA – SUITE 403
GARDEN CITY, NEW YORK 11530

BRENT W. PROCIDA, ESQ.
VENABLE LLP
750 E. PRATT STREET, SUITE 900
BALTIMORE, MARYLAND 21202