Michael S. Weinstein
Moshie Solomon
GOLENBOCK EISEMAN ASSOR
BELL & PESKOE LLP
711 Third Avenue
New York, New York 10017
Telephone: (212) 907-7300
Facsimile: (212) 754-0330

*Counsel for Jonathan L. Flaxer, Chapter 11 Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| JOSEPH KLAYNBERG, | : | Case No. 22-10165 (MG) |
| | : | |
| Debtor. | : | |
| | : | |

---------------------------------------------------------------X

## NOTICE OF PRESENTMENT OF STIPULATION AND ORDER (A) AUTHORIZING TRUSTEE'S USE OF CASH COLLATERAL AND (B) PROVIDING ADEQUATE PROTECTION

**PLEASE TAKE NOTICE** that Jonathan L. Flaxer, the chapter 11 trustee (the "**Trustee**") for

the estate of the above-captioned debtor (the "**Debtor**"), through his undersigned counsel, will present

the attached Stipulation and proposed Order (A) Authorizing Trustee's Use of Cash Collateral and (B)

Providing Adequate Protection, for signature to the Honorable Martin Glenn, Chief United States

Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York,

Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004, on **November

22, 2022 at 10:00 a.m. (prevailing Eastern Time)** in accordance with Local Bankruptcy Rule 9074-

1(c).

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Stipulation and Order

must be in writing, must conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of

the Bankruptcy Court for the Southern District of New York, must set forth the name of the objecting party, the basis for the objection and the specific grounds therefor, and must be filed with the Bankruptcy Court electronically in accordance with General Order M-399 (General Order M-399 and the User's Manual for the Electronic Case Filing System may be found at www.nysb.uscourts.gov, the official website for the Bankruptcy Court) by registered users of the Bankruptcy Court's case filing system, and by all other parties in interest on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with a hard copy delivered directly to Chambers of the Honorable Martin Glenn), and any objection must further be served upon: (i) Golenbock Eiseman Assor Bell & Peskoe LLP, Counsel for the Trustee, 711 Third Avenue, 17th Floor, New York, New York 10017 (Attn: Michael S. Weinstein, Esq.); (ii) the Office of the United States Trustee for the Southern District of New York, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014; and (iii) all other parties entitled to service in the above-captioned cases, so as to be received no later than **November 18, 2022 at 5:00 p.m. (prevailing Eastern Time). Unless objections are received by that time, there will not be a hearing, and the proposed Order may be signed.**

Dated: New York, New York
     November 9, 2022

**GOLENBOCK EISEMAN ASSOR BELL**
  **& PESKOE LLP**
711 Third Avenue
New York, NY 10017
(212) 907-7300

By:    /s/ Michael S. Weinstein
       Michael S. Weinstein
       Moshie Solomon

*Counsel for Jonathan L. Flaxer, Chapter 11 Trustee*

4339735.1