Michael S. Weinstein
GOLENBOCK EISEMAN ASSOR
BELL & PESKOE LLP
711 Third Avenue
New York, New York 10017

Telephone: (212) 907-7300
Facsimile: (212) 754-0330

*Counsel for Jonathan L. Flaxer, Chapter 11 Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| JOSEPH KLAYNBERG, | : | Case No. 22-10165 (MG) |
| | : | |
| Debtor. | : | |
| | : | |

---------------------------------------------------------------X

# NOTICE OF RATE INCREASE OF
# GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP
# AS BANKRUPTCY COUNSEL FOR THE CHAPTER 11 TRUSTEE

Pursuant to the *Order Authorizing the Retention of Golenbock Eiseman Assor Bell & Peskoe LLP Entered September 7, 2022 as Counsel for the Chapter 11 Trustee Effective Nunc Pro Tunc to September 20, 2022* [Dkt. No. 239], the law firm of Golenbock Eiseman Assor Bell & Peskoe LLP ("GEABP"), counsel to the Chapter 11 Trustee, submits this notice of rate increase.

Effective as of January 1, 2023, some billing rates for GEABP's attorneys and paraprofessionals will change. GEABP's standard hourly rates, effective as of January 1, 2023, are as follows:

- Partners $555 to $950 per hour

- Of Counsel $550 to $800 per hour

4384199.1

- Associates $380 to $560 per hour

- Paralegals $195 to $325 per hour

In addition to filing this notice with the Court, this notice is being provided to the Debtor, the United States Trustee and any parties filing Notices of Appearance.

The rates are being increased firm-wide in the ordinary course of GEABP's business. GEABP believes that its fees remain reasonable and customary in accordance with Section 330 of the Bankruptcy Code.

Dated: New York, New York
January 6, 2023

GOLENBOCK EISEMAN ASSOR
 BELL & PESKOE LLP
711 Third Avenue
New York, New York 10017
Telephone: (212) 907-7300
Facsimile: (212) 754-0330

By:  /s/ Michael S. Weinstein
       Michael S. Weinstein

*Counsel for Jonathan L. Flaxer, Chapter 11 Trustee*

4384199.1