UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
In re                              :     Chapter 11
                                   :
JOSEPH KLAYNBERG,                  :     Case No. 22-10165 (MG)
                                   :
                    Debtor.        :
                                   :
---------------------------------------------------------------X

# ORDER GRANTING APPLICATION OF GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP FOR FIRST INTERIM ALLOWANCE OF COMPENSATION AS COUNSEL TO JONATHAN L. FLAXER, THE CHAPTER 11 TRUSTEE

Upon consideration of the application of Golenbock Eiseman Assor Bell & Peskoe LLP (the "**Applicant**") for first interim allowance of compensation as counsel to the Trustee; and the Court having jurisdiction to consider the Application and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that due and proper notice of the Application has been provided, pursuant to Bankruptcy Rule 2002(a)(7) and (c)(2) and Local Bankruptcy Rule 2002-1, to the Office of the United States Trustee and all parties who filed a notice of appearance or a request for notices pursuant to Bankruptcy Rule 2002; and it appearing that no other or further notice of the Application is required; and upon the certification of Michael S. Weinstein, dated March 3, 2023 in support of the Application; and upon the record of the hearing; and due consideration having been given to the Application; and sufficient cause having been shown therefor, it is hereby

4454161.1

**ORDERED**, that the Application is granted to the extent set forth in Schedule A attached hereto.

Dated: March 29, 2023
       New York, New York

                                              **/s/ Martin Glenn**
                                                MARTIN GLENN
                                       Chief United States Bankruptcy Judge

## Schedule A

**CURRENT INTERIM FEE PERIOD:**
(September 20, 2022 – January 31, 2023)

Case No.: 22-10165 (MG)
Case Name: Joseph Klaynberg

| Applicant | Date/Document No. of Application | Interim Fees Requested | Fees Allowed | Fees to be Paid for Current Fee Period | Holdback | Holdback Release (if any) | Total Fees to Be Paid for Current Fee Period (less amounts previously paid per monthly fee statements) | Interim Expenses Requested | Expenses to be Paid |
|---|---|---|---|---|---|---|---|---|---|
| Golenbock Eiseman Assor Bell & Peskoe LLP<br><br>Counsel to Trustee | March 3, 2023<br><br>Doc. No. 297 | $168,810.50 | $168,810.50 | $135,048.50 | $33,762.00 | Not Applicable | $64,308.00 | $0.00 | $0.00 |

DATE ON WHICH ORDER WAS SIGNED: ___03/29/2023_____          INITIALS: __M.G._____ USBJ

4454161.1