Michael S. Weinstein
Moshie Solomon
GOLENBOCK EISEMAN ASSOR
BELL & PESKOE LLP
711 Third Avenue
New York, New York 10017
Telephone: (212) 907-7300
Facsimile:  (212) 754-0330

*Counsel for Jonathan L. Flaxer, Chapter 11 Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ---------------------------------------------------------------X | | |
| In re | : | Chapter 11 |
| | : | |
| JOSEPH KLAYNBERG, | : | Case No. 22-10165 (MG) |
| | : | |
| Debtor. | : | |
| | : | |
| ---------------------------------------------------------------X | | |

**FIFTH MONTHLY STATEMENT OF GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP, AS COUNSEL FOR JONATHAN L. FLAXER, CHAPTER 11 TRUSTEE, OF FEES FOR PROFESSIONAL SERVICES RENDERED FOR THE PERIOD <u>APRIL 1, 2023 THROUGH APRIL 30, 2023</u>**

| Name of Applicant: | Golenbock Eiseman Assor Bell & Peskoe LLP |
| --- | --- |
| Role in Case: | Counsel to Chapter 11 Trustee |
| Date of Retention: | Order entered November 7, 2022 n*unc pro tunc* to September 20, 2022 |
| Period for which compensation and reimbursement is sought: | April 1, 2023 to April 30, 2023 |
| Amount of Compensation sought as actual, reasonable and necessary: | $43,247.00 (80% of which is $34,597.60) |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $163.04 |
| Total (80% of fees and 100% of costs): | $34,760.64 |

Golenbock Eiseman Assor Bell & Peskoe LLP ("**GEABP**"), as counsel for Jonathan L. Flaxer (the "**Trustee**"), the chapter 11 trustee for Joseph Klaynberg (the "**Debtor**"), hereby submits this fifth monthly statement (the "**Monthly Statement**") for the period of April 1, 2023 through April 30, 2023 (the "**Statement Period**") for payment of professional services rendered and reimbursement of expenses incurred during the Statement Period pursuant to the Court's Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Dkt. No. 45], as modified by the Stipulation and Order Modifying Monthly Compensation Order [Dkt No. 268] (together, the "**Fee Procedures Order**"). GEABP requests (i) interim allowance and payment of compensation in the amount of $34,597.60 (80% of $43,247.00) for fees and (ii) reimbursement of expenses in the amount of $163.04 incurred on account of reasonable and necessary professional services rendered by GEABP as counsel to the Trustee.

**FEES FOR SERVICES RENDERED DURING THE STATEMENT PERIOD**

1. Set forth below is a list of the positions of the GEABP professionals and paralegals

who provided services to the Trustee during the Statement Period, their respective billing rates, and the aggregate hours spent by each person providing services to the Trustee during the Statement Period.

|  | Year Admitted | Hourly Rate | Total Hours | Total Amount | Practice Specialty |
|---|---|---|---|---|---|
| **Partners** | | | | | |
| Michael S. Devorkin | 1980 | 950.00 | 4.70 | $ 4,465.00 | Litigation |
| Steven R. Hochberg | 1987 | 775.00 | 1.70 | $ 1,317.50 | Real Estate |
| Michael S. Weinstein | 2009 | 555.00 | 5.80 | $ 3,219.00 | Bankruptcy |
| **Associates/Of Counsel** | | | | | |
| Ina Dogani | 2021 | 460.00 | 60.30 | $27,738.00 | Litigation |
| Moshie Solomon | 2002 | 555.00 | 6.80 | $ 3,774.00 | Bankruptcy |
| **Paralegals/Paraprofessionals** | | | | | |
| Heather Maxwell | N/A | 245.00 | 6.70 | $ 1,641.50 | Litigation |
| Erin Jengo-Quirk | N/A | 195.00 | 5.60 | $ 1,092.00 | Litigation |
| | | TOTAL: | 91.60 | $43,247.00 | |
| BLENDED RATE FOR ALL PROFESSIONALS: | | | $ 472.13 | | |
| | | BLENDED ATTORNEY RATE: | $ 510.88 | | |

2. The fees and reimbursement of expenses sought by GEABP in the Monthly Statement are billed at rates and in accordance with practices customarily employed by GEABP and generally accepted by GEABP's other clients. A complete itemization of the tasks performed by the above-referenced persons during the Statement Period, as well as details regarding the expenses sought to be reimbursed, is annexed hereto as **Exhibit A**.

### NOTICE AND OBJECTION PROCEDURES

3. GEABP has provided notice of this statement upon the following parties: (i) the Chapter 11 Trustee, Jonathan L. Flaxer, 711 Third Avenue, 17th Floor, New York, New York 10017; (ii) the Debtor, Joseph Klaynberg, 114 Mulberry Street, Apt. 703, New York, New York

10003; (iii) counsel to the Debtor, Cullen & Dykman, LLP, 100 Quentin Roosevelt Boulevard, Garden City, New York 11530, Attn: Matthew G. Roseman, Esq. and Bonnie L. Pollack, Esq.; (iv) counsel to Series 2020A of Nahla Capital LLC, Hunton Andrews Kurth LLP, 200 Park Avenue, New York, New York 10166, Attn: Robert A. Rich, Esq.; and (v) the Office of the United States Trustee, 201 Varick Street, Room 1006, New York, New York 10014, Attn: Tara Tiantian, Esq. (collectively, the "**Notice Parties**").

4. Pursuant to the Fee Procedures Order, objections to this Monthly Statement, if any, must be served no later than **June 22, 2023** (the "**Objection Deadline**") upon the following parties: (i) GEABP, and (ii) the Notice Parties.

5. If no objections to this Monthly Statement are received by the Objection Deadline, the Chapter 11 Trustee, on behalf of the estate of the Debtor, will pay GEABP 80% of the fees and 100% of the expenses identified in this Monthly Statement.

6. To the extent an objection to the Monthly Statement is received on or before the Objection Deadline, the Chapter 11 Trustee will withhold payment of that portion of the Monthly Statement to which the objection is directed and will promptly pay the remainder of fees and expenses in the percentages set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next fee application hearing.

Dated: New York, New York  
May 18, 2023

GOLENBOCK EISEMAN ASSOR  
BELL & PESKOE LLP  
711 Third Avenue, 17th Floor  
New York, New York 10017  
Telephone: (212) 907-7300  
Facsimile: (212) 754-0330

By: /s/ Michael S. Weinstein  
      Michael S. Weinstein  
      Moshie Solomon

*Counsel for Jonathan L. Flaxer, Chapter 11 Trustee*

# EXHIBIT A

Asset Sales

Draft Statement

| Date | TK | Description | Hours | Amount | Ref |
|---|---|---|---|---|---|
| 04/03/2023 | MSW | Emails with broker re additional information received. | 0.20 | 111.00 | 14 |
| 04/11/2023 | MSW | Review and comment on comments to M&T consent. | 0.20 | 111.00 | 15 |
|  |  | Michael S. Weinstein | 0.40 | 222.00 |  |
| 04/11/2023 | SRH | Reviewed Key Bank and M&T Loan Modifications and sent to Lender's Counsel | 0.70 | 542.50 | 17 |
| 04/27/2023 | SRH | Reviewed Key Bank and M&T Loan Modifications re releasing Klaynberg from the Guaranty | 1.00 | 775.00 | 16 |
|  |  | Steven R Hochberg | 1.70 | 1,317.50 |  |
|  |  | For Current Services Rendered | 2.10 | 1,539.50 |  |

Recapitulation

| Timekeeper | Hours | Hourly Rate | Total |
|---|---|---|---|
| Michael S. Weinstein | 0.40 | $555.00 | $222.00 |
| Steven R Hochberg | 1.70 | 775.00 | 1,317.50 |

Total Current Work                                                         1,539.50

Balance Due                                                               $1,539.50

Billing History

| Fees | Expenses | Finance Charge | Payments |
|---|---|---|---|
| 1,539.50 | 0.00 | 0.00 | 0.00 |

Please refer to account number when making payment.

```
                                                                              Page:  1
   Represent Trustee of Joseph Klaynberg                                   05/18/2023
                                                            Account No:   4423-003M
                                                            Statement No:          1


   Case Administration
                                                                    Draft Statement


04/17/2023  MSW   Call with B. Pollack, J. Klaynberg, and Trustee
                  re WonderWorks.                                    0.40     222.00    114
                  Michael S. Weinstein                               0.40     222.00

04/19/2023  EJG   Emails and calls w/clerk re: duplicate docs
                  (1.4); review dockets re: same (0.6)               2.00     390.00    117

04/25/2023  EJG   Generate & File March 2023 MOR                     0.40      78.00    118
                  Erin Jengo-Quirk                                   2.40     468.00

                  For Current Services Rendered                      2.80     690.00

                              Recapitulation
          Timekeeper                        Hours    Hourly Rate        Total
          Michael S. Weinstein               0.40       $555.00       $222.00
          Erin Jengo-Quirk                   2.40        195.00        468.00

04/01/2023        Postage for March 2023                                       18.00      1
                  Total Expenses                                               18.00

                  Total Current Work                                          708.00


                  Balance Due                                                $708.00

                                    Billing History
                   Fees     Expenses    Finance Charge    Payments
                 690.00        18.00              0.00        0.00
```

Please refer to account number when making payment.

Employment and Fee Applications

Draft Statement

| Date | TK | Description | Hours | Amount | # |
|---|---|---|---|---|---|
| 04/14/2023 | M S | Emails to/from J. Flaxer re: March 2023 fee statements (0.2); Review file and docket re same (0.2); Emails to J. Spielberg and R. Giambalvo re: same (0.2) | 0.60 | 333.00 | 74 |
| 04/17/2023 | M S | Review GEABP time records re: monthly fee statement (0.9); Emails to/from J. Flaxer re: same (0.2) | 1.10 | 610.50 | 75 |
| 04/18/2023 | M S | Draft March 2023 GEABP fee statement (1.7); Emails to/from J. Flaxer re: same (0.2); Review docket re: same (0.2) | 2.10 | 1,165.50 | 76 |
| 04/19/2023 | M S | Emails to/from E. Jengo-Quirk re: filing of March 2023 fee statement (0.2); Emails to/from M. Weinstein re: same (0.1); Review final draft of fee statement (0.2); Email to all parties re: service of fee statement (0.2) | 0.70 | 388.50 | 77 |
| 04/26/2023 | M S | Review Traxi retainer agreement in preparation for retention application (0.2); Email to J. Flaxer re: same (0.1) | 0.30 | 166.50 | 78 |
| 04/27/2023 | M S | Draft Traxi retention application, along with related proposed order and certification (1.9); Email to J. Flaxer re: same (0.1) | 2.00 | 1,110.00 | 79 |
| | | Moshie Solomon | 6.80 | 3,774.00 | |
| | | For Current Services Rendered | 6.80 | 3,774.00 | |

Recapitulation

| Timekeeper | Hours | Hourly Rate | Total |
|---|---|---|---|
| Moshie Solomon | 6.80 | $555.00 | $3,774.00 |

Total Current Work                                                        3,774.00

Balance Due                                                              $3,774.00

Billing History

| Fees | Expenses | Finance Charge | Payments |
|---|---|---|---|
| 3,774.00 | 0.00 | 0.00 | 0.00 |

Please refer to account number when making payment.

Litigation

Draft Statement

| Date | TK | Description | Hours | Amount | # |
|---|---|---|---:|---:|---:|
| 04/03/2023 | MSD | oc with JF re strategy and planning issues for investigation and deps | 0.30 | 285.00 | 32 |
|  | MSD | oc with JF, MW, ID re strategy and planning issues for investigation and deps and documents produced so far | 1.80 | 1,710.00 | 33 |
| 04/10/2023 | MSD | Call with Chabad Rabbi Rotenstreich and JF re claim | 0.60 | 570.00 | 34 |
| 04/11/2023 | MSD | Review Chabad facts and docs and email JF re same | 0.30 | 285.00 | 35 |
| 04/20/2023 | MSD | Status update meeting with MW, JF, ID | 0.70 | 665.00 | 36 |
| 04/27/2023 | MSD | Strategy meeting with trustee and ID reviewing doc results and next steps | 1.00 | 950.00 | 37 |
|  |  | Michael S. Devorkin | 4.70 | 4,465.00 |  |
| 04/14/2023 | MSW | Review and comment on notice of hearing and oversee filing of same. | 0.40 | 222.00 | 38 |
|  |  | Michael S. Weinstein | 0.40 | 222.00 |  |
| 04/03/2023 | HM | Review files before upload to Ipro | 0.30 | 73.50 | 31 |
| 04/18/2023 | HM | Continue Bates stamping and upload of documents to Ipro, email to Ipro regarding upload | 1.50 | 367.50 | 39 |
| 04/19/2023 | HM | Continue to upload files to Ipro, draft explanatory email regarding review in Ipro | 0.60 | 147.00 | 40 |
| 04/20/2023 | HM | Bates label and upload additional subpoena documents to Ipro | 1.50 | 367.50 | 41 |
| 04/21/2023 | HM | Continue to upload documents to Ipro and process Imaging them | 1.80 | 441.00 | 42 |
| 04/24/2023 | HM | Continue to upload documents to Klaynberg Ipro database | 0.80 | 196.00 | 43 |
|  |  | Heather Maxwell | 6.50 | 1,592.50 |  |
|  |  | For Current Services Rendered | 11.60 | 6,279.50 |  |

Recapitulation

| Timekeeper | Hours | Hourly Rate | Total |
|---|---:|---:|---:|
| Michael S. Devorkin | 4.70 | $950.00 | $4,465.00 |
| Michael S. Weinstein | 0.40 | 555.00 | 222.00 |
| Heather Maxwell | 6.50 | 245.00 | 1,592.50 |

|  | |
|---|---:|
| Total Current Work | 6,279.50 |
| Balance Due | $6,279.50 |

Billing History

| Fees | Expenses | Finance Charge | Payments |
|---:|---:|---:|---:|
| 6,279.50 | 0.00 | 0.00 | 0.00 |

Please refer to account number when making payment.

```
                                                                                    Page:   1
    Represent Trustee of Joseph Klaynberg                                        05/18/2023
                                                                    Account No:   4423-010M
                                                                    Statement No:          1




    Plan and Disclosure Statement
                                                                        Draft Statement



04/07/2023  MSW   Email with counsel to Citizens regarding
                  proposed treatment of claim.                          0.20        111.00    42
                  Michael S. Weinstein                                  0.20        111.00

04/13/2023  HM    Proofread notice of hearing of Disclosure
                  Statement approval and revise same                    0.20         49.00    48
                  Heather Maxwell                                       0.20         49.00

04/13/2023  EJG   Draft disclosure statement notice                     1.70        331.50    46

04/14/2023  EJG   File Notice of Status conf. and Disclosure
                  Statement                                             0.50         97.50    47
                  Erin Jengo-Quirk                                      2.20        429.00

                  For Current Services Rendered                         2.60        589.00

                                    Recapitulation
        Timekeeper                                Hours   Hourly Rate        Total
        Michael S. Weinstein                       0.20      $555.00      $111.00
        Heather Maxwell                            0.20       245.00        49.00
        Erin Jengo-Quirk                           2.20       195.00       429.00


             Total Current Work                                                     589.00


             Balance Due                                                           $589.00

                                    Billing History
                    Fees      Expenses   Finance Charge       Payments
                  589.00          0.00             0.00           0.00
```

Please refer to account number when making payment.

```
                                                                                         Page:   1
Represent Trustee of Joseph Klaynberg                                                  05/18/2023
                                                                        Account No:   4423-014M
                                                                        Statement No:          1



    Preparation for and Attendance at Court Hearings
                                                                                  Draft Statement



04/07/2023   MSW   Emails with chambers and internally re hearing
                   date and oversee notice of same (.2).                  0.20        111.00    6
                   Michael S. Weinstein                                   0.20        111.00
                                                                          ____        _____
                   For Current Services Rendered                          0.20        111.00
                              Recapitulation
     Timekeeper                                       Hours   Hourly Rate       Total
     Michael S. Weinstein                              0.20       $555.00     $111.00


          Total Current Work                                                           111.00


          Balance Due                                                                 $111.00

                              Billing History
                 Fees      Expenses    Finance Charge      Payments
               111.00          0.00             0.00           0.00
```
Please refer to account number when making payment.

Investigations

Draft Statement

| Date | Atty | Description | Hours | Amount | # |
|---|---|---|---|---|---|
| 04/03/2023 | MSW | Call with M. Devorkin, I. Dogani, J. Flaxer re investigative steps and planning. | 1.80 | 999.00 | 100 |
| 04/11/2023 | MSW | Multiple emails regarding potential Chabad litigation, including fact summary based upon productions to date. | 1.20 | 666.00 | 117 |
| 04/20/2023 | MSW | Internal meeting with Trustee regarding next steps re investigation. | 1.20 | 666.00 | 133 |
| | | Michael S. Weinstein | 4.20 | 2,331.00 | |
| 04/03/2023 | IDI | Meeting with M. Devorkin, M. Weinstein, J. Flaxner to discuss case update. | 0.80 | 368.00 | 134 |
| | IDI | Review discovery documents produced by Daniel Klaynberg | 2.80 | 1,288.00 | 159 |
| 04/04/2023 | IDI | Call with counsel for Daniel, Robert and Edward Klaynberg to discuss discovery deficiencies | 0.40 | 184.00 | 135 |
| | IDI | Email correspondence to counsel for Daniel, Robert and Edward summarizing agreed next steps and providing further guidance | 0.50 | 230.00 | 136 |
| | IDI | Call with counsel for Emily Klaynberg to discuss production deficiencies | 0.30 | 138.00 | 137 |
| | IDI | Email correspondence to counsel for Emily summarizing agreed next steps and providing guidance | 0.40 | 184.00 | 138 |
| | IDI | Call with Dina DiGiorgio to discuss issues and questions re. production | 0.40 | 184.00 | 139 |
| | IDI | Review and analyze subpoena production documents related to Spectra transfers | 3.40 | 1,564.00 | 160 |
| 04/06/2023 | IDI | Review and analyze documents re. divorce property division | 3.70 | 1,702.00 | 140 |
| 04/07/2023 | IDI | Analyze documents provided by Bonnie Pollock re. entities, bank statements, and credit card statements | 6.30 | 2,898.00 | 141 |
| 04/10/2023 | IDI | Review transfer of Spectra interests and re-investment of distributions | 2.20 | 1,012.00 | 150 |
| 04/11/2023 | IDI | Analyze documentation and calculations re. loan and interest payments benefiting Chabad and amount currently due | 2.80 | 1,288.00 | 142 |

|            |     |                                                                                                                                                   |       |           |     |
|------------|-----|---------------------------------------------------------------------------------------------------------------------------------------------------|-------|-----------|-----|
|            | IDI | Analyze documents in connection with transfer of CT property interests                                                                            | 3.50  | 1,610.00  | 143 |
| 04/14/2023 | IDI | Review Emily's amended discovery responses and additional production                                                                              | 0.70  | 322.00    | 144 |
|            | IDI | Email correspondence with Emily's counsel re. supplemental production                                                                             | 0.20  | 92.00     | 145 |
|            | IDI | Review and analyze documents provided by Daniel Klaynberg in response to subpoena                                                                 | 6.70  | 3,082.00  | 146 |
| 04/17/2023 | IDI | Legal research on potential legal bases for complaint against Chabad                                                                              | 2.30  | 1,058.00  | 147 |
|            | IDI | Legal research on distribution of debts benefiting both spouses during marriage secured by marital property for purposes of divorce property division | 2.90  | 1,334.00  | 148 |
| 04/19/2023 | IDI | Review documents related to Spectra CT developments                                                                                               | 5.30  | 2,438.00  | 152 |
| 04/20/2023 | IDI | Weekly meeting with M. Devorkin, M. Weinstein, and J. Flaxner to discuss outstanding subpoena responses, document review and commencement of litigation | 0.80  | 368.00    | 149 |
| 04/24/2023 | IDI | Review documents received in response to subpoenas                                                                                                | 1.60  | 736.00    | 153 |
| 04/25/2023 | IDI | Review Klaynberg discovery documents                                                                                                              | 2.00  | 920.00    | 154 |
|            | IDI | Update case timeline following discovery review                                                                                                   | 0.50  | 230.00    | 155 |
| 04/27/2023 | IDI | Meeting with forensic accountants to discuss case background and engagement                                                                       | 1.50  | 690.00    | 151 |
|            | IDI | Review discovery documents received in response to subpoenas for fact investigation                                                               | 4.60  | 2,116.00  | 156 |
|            | IDI | Meeting with M. Devorkin and J. Flaxer re. case updates and litigation strategy                                                                   | 0.50  | 230.00    | 157 |
| 04/28/2023 | IDI | Review subpoena documents in iPro for fact investigation                                                                                          | 3.20  | 1,472.00  | 158 |
|            |     | Ina Dogani                                                                                                                                        | 60.30 | 27,738.00 |     |
|            |     | For Current Services Rendered                                                                                                                     | 64.50 | 30,069.00 |     |

                              Recapitulation
     Timekeeper                               Hours   Hourly Rate      Total
     Michael S. Weinstein                      4.20      $555.00   $2,331.00
     Ina Dogani                               60.30       460.00   27,738.00


04/01/2023         Westlaw Invoice No. 848129607 for March 2023 User

|  |  |  |
|---|---:|---:|
| name DOGANI,INA | 145.04 | 1 |
| Total Expenses | 145.04 |  |
| Total Current Work | 30,214.04 |  |
| Balance Due | $30,214.04 |  |

Billing History
| Fees | Expenses | Finance Charge | Payments |
|---:|---:|---:|---:|
| 30,069.00 | 145.04 | 0.00 | 0.00 |

Please refer to account number when making payment.

```
                                                                              Page:   1
    Represent Trustee of Joseph Klaynberg                                   05/18/2023
                                                               Account No:   4423-017M
                                                               Statement No:         1



    Motions and Pleadings
                                                                        Draft Statement



04/07/2023  EJG   Draft Notice of Status Conference               1.00       195.00     4
                  Erin Jengo-Quirk                                1.00       195.00

                                                                  ____       _____
                  For Current Services Rendered                   1.00       195.00
                              Recapitulation
        Timekeeper                            Hours   Hourly Rate         Total
        Erin Jengo-Quirk                       1.00       $195.00       $195.00


                  Total Current Work                                         195.00


                  Balance Due                                               $195.00

                              Billing History
                  Fees    Expenses   Finance Charge      Payments
                195.00        0.00            0.00          0.00
```

Please refer to account number when making payment.