Michael S. Weinstein
Moshie Solomon
GOLENBOCK EISEMAN ASSOR
BELL & PESKOE LLP
711 Third Avenue
New York, New York 10017
Telephone: (212) 907-7300
Facsimile: (212) 754-0330

*Counsel for Jonathan L. Flaxer, Chapter 11 Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| JOSEPH KLAYNBERG, | : | Case No. 22-10165 (MG) |
| | : | |
| Debtor. | : | |
| | : | |

----------------------------------------------------------------X

# SIXTH MONTHLY STATEMENT OF GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP, AS COUNSEL FOR JONATHAN L. FLAXER, CHAPTER 11 TRUSTEE, OF FEES FOR PROFESSIONAL SERVICES RENDERED FOR THE PERIOD MAY 1, 2023 THROUGH MAY 31, 2023

| | |
|---|---|
| Name of Applicant: | Golenbock Eiseman Assor Bell & Peskoe LLP |
| Role in Case: | Counsel to Chapter 11 Trustee |
| Date of Retention: | Order entered November 7, 2022 n*unc pro tunc* to September 20, 2022 |
| Period for which compensation and reimbursement is sought: | May 1, 2023 to May 31, 2023 |
| Amount of Compensation sought as actual, reasonable and necessary: | $64,545.00 (80% of which is $51,636.00) |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $0.00 |
| Total (80% of fees and 100% of costs): | $51,636.00 |

Golenbock Eiseman Assor Bell & Peskoe LLP ("**GEABP**"), as counsel for Jonathan L. Flaxer (the "**Trustee**"), the chapter 11 trustee for Joseph Klaynberg (the "**Debtor**"), hereby submits this sixth monthly statement (the "**Monthly Statement**") for the period of May 1, 2023 through May 31, 2023 (the "**Statement Period**") for payment of professional services rendered during the Statement Period pursuant to the Court's Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Dkt. No. 45], as modified by the Stipulation and Order Modifying Monthly Compensation Order [Dkt No. 268] (together, the "**Fee Procedures Order**"). GEABP requests interim allowance and payment of compensation in the amount of $51,636.00 (80% of $64,545.00) for fees incurred on account of reasonable and necessary professional services rendered by GEABP as counsel to the Trustee.

**FEES FOR SERVICES RENDERED DURING THE STATEMENT PERIOD**

1. Set forth below is a list of the positions of the GEABP professionals and paralegals who provided services to the Trustee during the Statement Period, their respective billing rates,

and the aggregate hours spent by each person providing services to the Trustee during the Statement Period.

|  | Year Admitted | Hourly Rate | Total Hours | Total Amount | Practice Specialty |
|---|---|---|---|---|---|
| **Partners** | | | | | |
| Steven R. Hochberg | 1987 | 775.00 | 5.20 | $ 4,030.00 | Real Estate |
| Michael S. Weinstein | 2009 | 555.00 | 22.20 | $12,321.00 | Bankruptcy |
| **Associates/Of Counsel** | | | | | |
| Ina Dogani | 2021 | 460.00 | 86.60 | $39,836.00 | Litigation |
| Moshie Solomon | 2002 | 555.00 | 10.20 | $ 5,661.00 | Bankruptcy |
| **Paralegals/Paraprofessionals** | | | | | |
| Heather Maxwell | N/A | 245.00 | 4.80 | $ 1,176.00 | Litigation |
| Rose Ngoma | N/A | 325.00 | 2.70 | $ 877.50 | Real Estate |
| Erin Jengo-Quirk | N/A | 195.00 | 3.30 | $ 643.50 | Litigation |
| | | | | | |
| | | TOTAL: | 135.00 | $ 64,545.00 | |
| BLENDED RATE FOR ALL PROFESSIONALS: | | | | $ 478.11 | |
| | | BLENDED ATTORNEY RATE: | | $ 497.97 | |

2. The fees sought by GEABP in the Monthly Statement are billed at rates and in accordance with practices customarily employed by GEABP and generally accepted by GEABP's other clients. A complete itemization of the tasks performed by the above-referenced persons during the Statement Period is annexed hereto as **Exhibit A**.

## NOTICE AND OBJECTION PROCEDURES

3. GEABP has provided notice of this statement via email upon the following parties: (i) the Chapter 11 Trustee, Jonathan L. Flaxer, 711 Third Avenue, 17th Floor, New York, New York 10017; (ii) the Debtor, Joseph Klaynberg, 114 Mulberry Street, Apt. 703, New York, New York 10003; (iii) counsel to the Debtor, Cullen & Dykman, LLP, 100 Quentin Roosevelt Boulevard, Garden City, New York 11530, Attn: Matthew G. Roseman, Esq. and Bonnie L.

Pollack, Esq.; (iv) counsel to Series 2020A of Nahla Capital LLC, Hunton Andrews Kurth LLP, 200 Park Avenue, New York, New York 10166, Attn: Robert A. Rich, Esq.; and (v) the Office of the United States Trustee, 201 Varick Street, Room 1006, New York, New York 10014, Attn: Tara Tiantian, Esq. (collectively, the "**Notice Parties**").

4. Pursuant to the Fee Procedures Order, objections to this Monthly Statement, if any, must be served no later than **July 21, 2023** (the "**Objection Deadline**") upon the following parties: (i) GEABP, and (ii) the Notice Parties.

5. If no objections to this Monthly Statement are received by the Objection Deadline, the Chapter 11 Trustee, on behalf of the estate of the Debtor, will pay GEABP 80% of the fees identified in this Monthly Statement.

6. To the extent an objection to the Monthly Statement is received on or before the Objection Deadline, the Chapter 11 Trustee will withhold payment of that portion of the Monthly Statement to which the objection is directed and will promptly pay the remainder of fees n the percentages set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next fee application hearing.

Dated: New York, New York
June 16, 2023

GOLENBOCK EISEMAN ASSOR
BELL & PESKOE LLP
711 Third Avenue, 17th Floor
New York, New York 10017
Telephone: (212) 907-7300
Facsimile: (212) 754-0330

By: /s/ Michael S. Weinstein
    Michael S. Weinstein
    Moshie Solomon

*Counsel for Jonathan L. Flaxer, Chapter 11 Trustee*

3

EXHIBIT A

    Asset Sales
                                                              Draft Statement


| Date | TK | Description | Hours | Amount | |
|---|---|---|---|---|---|
| 05/02/2023 | RNA | Meeting with S. Hochberg re: Escrow Agreement (0.2); Reviewed Escrow Agreement and Amendment (1.0); Prepared Amendment to Escrow Agreement and Substitution (1.3). | 2.50 | 812.50 | 19 |
| 05/05/2023 | RNA | Revised Escrow Agreement. | 0.20 | 65.00 | 20 |
| | | Rose Ngoma | 2.70 | 877.50 | |
| 05/04/2023 | SRH | Amended Escrow Agreement to provide for transfer of escrow re NYS Transfer Tax currently being held by Cullen and Dykman to transfer to GEABP | 1.00 | 775.00 | 23 |
| 05/05/2023 | SRH | Revised Escrow AGreement re transfer tax escrow and circulated to Cullen and Dykman | 1.00 | 775.00 | 22 |
| 05/08/2023 | SRH | Revised M&T and Key Bank documents (0.5); reviewed M&T Swap documents (0.3); T/C with Bankruptcy Counsel (0.2); revised Escrow Agreement (0.2) | 1.20 | 930.00 | 21 |
| 05/16/2023 | SRH | Follow up regarding the execution of the Amended Escrow Agreement transferring the escrow from Cullen & Dykman to Golenbock | 0.20 | 155.00 | 24 |
| | SRH | emails with Cullen and Dykman and revised escrow agreement re transfer taxes | 0.30 | 232.50 | 25 |
| 05/17/2023 | SRH | Compiled revised loan modification documents for M&T Bank and circulated to various attorneys | 0.70 | 542.50 | 26 |
| 05/24/2023 | SRH | finalized amended escrow agreement re transfer tax escrow and transfer from Cullen & Dykman to GEABP | 0.80 | 620.00 | 27 |
| | | Steven R Hochberg | 5.20 | 4,030.00 | |

            For Current Services Rendered                      7.90   4,907.50

                          Recapitulation
    Timekeeper                              Hours   Hourly Rate      Total
    Rose Ngoma                               2.70      $325.00     $877.50
    Steven R Hochberg                        5.20       775.00    4,030.00


            Total Current Work                                       4,907.50


            Balance Due                                             $4,907.50

                          Billing History
              Fees      Expenses   Finance Charge    Payments
           4,907.50         0.00             0.00        0.00

Asset Sales

Please refer to account number when making payment.

```
                                                                                        Page: 1
          Represent Trustee of Joseph Klaynberg                                     06/15/2023
                                                                     Account No:   4423-003M
                                                                     Statement No:         1



          Case Administration
                                                                              Draft Statement



05/31/2023  MSW   Call with trustee regarding multiple open issues.     0.50       277.50    119
                  Michael S. Weinstein                                  0.50       277.50

05/08/2023  HM    Update files with recent filings                      0.10        24.50    121

05/10/2023  HM    Redact bank account account numbers, finalize and
                  electronically file April Monthly Operating Report    0.40        98.00    120
                  Heather Maxwell                                       0.50       122.50

                  For Current Services Rendered                         1.00       400.00

                                    Recapitulation
          Timekeeper                                 Hours  Hourly Rate       Total
          Michael S. Weinstein                        0.50      $555.00     $277.50
          Heather Maxwell                             0.50       245.00      122.50


                  Total Current Work                                               400.00


                  Balance Due                                                     $400.00

                                     Billing History
                     Fees      Expenses   Finance Charge      Payments
                   400.00          0.00            0.00           0.00
```

Please refer to account number when making payment.

Employment and Fee Applications

                                                         Draft Statement

| Date | Atty | Description | Hours | Amount | # |
|---|---|---|---|---|---|
| 05/02/2023 | M S | Review and revise Traxi retention application (0.5); Emails to/from J. Flaxer re: same (0.2); Email to T. Tiantian re: same (0.4): Revise Traxi retention application with UST comments (0.5) | 1.60 | 888.00 | 83 |
| 05/03/2023 | M S | Emails to/from A. Pacchia re: UST comments to Traxi retention application (0.2); Emails to/from T. Tiantian re: same (0.2) | 0.40 | 222.00 | 84 |
| 05/04/2023 | M S | Review and finalize Traxi retention application (0.4); Emails to/from J. Flaxer re: same (0.2); Emails to/from E. Jengo Quirk re: filing (0.2) | 0.80 | 444.00 | 85 |
| 05/15/2023 | M S | Review file and time records re: April 2023 fee statement (0.8); Draft April 2023 fee statement (0.8); Emails to/from A. Pacchia re: status of Traxi retention application (0.3) | 1.90 | 1,054.50 | 86 |
| 05/18/2023 | M S | Finalize April 2023 GEABP fee statement (1.2); Emails to M. Weinstein re: same (0.2) | 1.40 | 777.00 | 87 |
| 05/19/2023 | M S | Email to all notice parties re: GEABP April 2023 fee statement | 0.30 | 166.50 | 88 |
| 05/22/2023 | M S | Emails to/from M. Weinstein re: accountant fees and fee statements (0.2); Review docket re: same (0.2) | 0.40 | 222.00 | 89 |
| 05/25/2023 | M S | Email to chambers re: Traxi retention application (0.2); Review docket re: same (0.2) | 0.40 | 222.00 | 90 |
| 05/31/2023 | M S | Emails to/from A. Pacchia re: status of Traxi retention order (0.2); Review docket re: same (0.1) | 0.30 | 166.50 | 91 |
|  |  | Moshie Solomon | 7.50 | 4,162.50 |  |
| 05/19/2023 | MSW | Review and comment on monthly fee statement, oversee filing of same. | 0.20 | 111.00 | 80 |
|  |  | Michael S. Weinstein | 0.20 | 111.00 |  |
| 05/04/2023 | HM | Conferences regarding service via mail of Traxi retention application | 0.20 | 49.00 | 96 |
| 05/19/2023 | HM | Finalize and electronically file 5th GEABP fee statement | 0.30 | 73.50 | 95 |
| 05/22/2023 | HM | Begin to download all fee applications and fee statements | 0.40 | 98.00 | 81 |
| 05/23/2023 | HM | Continue to update files with professionals' fee statements and fee applications | 1.00 | 245.00 | 82 |

|            |     |                                                          | Hours | Amount |    |
|------------|-----|----------------------------------------------------------|-------|--------|----|
|            |     | Heather Maxwell                                          | 1.90  | 465.50 |    |
| 05/04/2023 | EJG | File Notice of Presentment and Retention Application     | 0.60  | 117.00 | 92 |
|            | EJG | Serve Notice of Presentment and Retention Application    | 2.40  | 468.00 | 93 |
| 05/08/2023 | EJG | Calendar Retention Application Dates                     | 0.30  |  58.50 | 94 |
|            |     | Erin Jengo-Quirk                                         | 3.30  | 643.50 |    |
|            |     | For Current Services Rendered                            | 12.90 | 5,382.50 |  |

Recapitulation

| Timekeeper           | Hours | Hourly Rate | Total      |
|----------------------|-------|-------------|------------|
| Moshie Solomon       | 7.50  | $555.00     | $4,162.50  |
| Michael S. Weinstein | 0.20  | 555.00      | 111.00     |
| Heather Maxwell      | 1.90  | 245.00      | 465.50     |
| Erin Jengo-Quirk     | 3.30  | 195.00      | 643.50     |

Total Current Work                                                           5,382.50

Balance Due                                                                 $5,382.50

Billing History

| Fees     | Expenses | Finance Charge | Payments |
|----------|----------|----------------|----------|
| 5,382.50 | 0.00     | 0.00           | 0.00     |

Please refer to account number when making payment.

Plan and Disclosure Statement

Draft Statement

| Date | TK | Description | Hours | Amount | # |
|---|---|---|---:|---:|---:|
| 05/19/2023 | MSW | Revise and edit plan and disclosure statement (3.0); emails with numerous parties regarding same (.8) | 3.80 | 2,109.00 | 49 |
| 05/22/2023 | MSW | Revise and edit DS, including liquidation analysis. | 5.00 | 2,775.00 | 53 |
| 05/23/2023 | MSW | Call with J. Flaxer regarding status (.3); revise and edit disclosure statement and exhibits thereto (.7). | 1.00 | 555.00 | 50 |
| 05/25/2023 | MSW | Revise and edit disclosure statement and liquidation analysis (.8); emails with Trustee and interested parties regarding same (.3); call with chambers re updated DS timing (.2). | 1.30 | 721.50 | 51 |
| 05/26/2023 | MSW | Revise and edit liquidation analysis and email with trustee regarding same. | 1.00 | 555.00 | 54 |
| 05/30/2023 | MSW | Call with R. Rich regarding disclosure statement (.4); revise and edit disclosure statement (2.5); multiple discussions/emails with trustee regarding same and liquidation analysis (.8); oversee filing of same (.4). | 4.10 | 2,275.50 | 55 |
| 05/31/2023 | MSW | Call with trustee to discuss upcoming hearing (.4); prepare for disclosure statement approval hearing (2.5). | 2.90 | 1,609.50 | 52 |
| | | Michael S. Weinstein | 19.10 | 10,600.50 | |
| 05/08/2023 | HM | Draft Notice of Adjournment of Status Conference and Motion to Approve Disclosure Statement, electronically file same | 0.40 | 98.00 | 59 |
| | HM | Update calendar with adjourned hearing date | 0.10 | 24.50 | 60 |
| 05/30/2023 | HM | Finalize and electronically file amended plan and disclosure statement and notice of redlines | 0.90 | 220.50 | 61 |
| 05/31/2023 | HM | Update files with Plan and Disclosure Statement motion to approve and email regarding same | 0.20 | 49.00 | 62 |
| | | Heather Maxwell | 1.60 | 392.00 | |
| | | For Current Services Rendered | 20.70 | 10,992.50 | |

Recapitulation

| Timekeeper | Hours | Hourly Rate | Total |
|---|---:|---:|---:|
| Michael S. Weinstein | 19.10 | $555.00 | $10,600.50 |
| Heather Maxwell | 1.60 | 245.00 | 392.00 |

Plan and Disclosure Statement

| | |
|---|---:|
| Total Current Work | 10,992.50 |
| Balance Due | $10,992.50 |

Billing History

| Fees | Expenses | Finance Charge | Payments |
|---:|---:|---:|---:|
| 10,992.50 | 0.00 | 0.00 | 0.00 |

Please refer to account number when making payment.

Investigations

Draft Statement

| Date | Atty | Description | Hours | Amount | Ref |
|---|---|---|---|---|---|
| 05/03/2023 | M S | Review documents re: liquidation of Wonder Works (0.9); T/C w/ J. Flaxer re: same (0.8) | 1.70 | 943.50 | 165 |
| 05/08/2023 | M S | Emails to/from J. Flaxer and S. Hochberg re: M&T loan modification and personal guaranty (0.5); Review documents re: same (0.5) | 1.00 | 555.00 | 166 |
| | | Moshie Solomon | 2.70 | 1,498.50 | |
| 05/11/2023 | MSW | Introductory call with Traxi re: investigation. | 0.30 | 166.50 | 161 |
| 05/25/2023 | MSW | Preliminary call with Traxi and others re state of investigation. | 0.60 | 333.00 | 162 |
| 05/31/2023 | MSW | Call with Traxi, Trustee and I. Dogani re forensic examination and next steps. | 1.50 | 832.50 | 163 |
| | | Michael S. Weinstein | 2.40 | 1,332.00 | |
| 05/03/2023 | HM | Prepare link of Traxi documents and circulate same | 0.30 | 73.50 | 191 |
| 05/04/2023 | HM | Upload Roy Rykner docs to Ipro | 0.20 | 49.00 | 192 |
| 05/05/2023 | HM | Continue to upload Roy Rykner docs to Ipro for review | 0.30 | 73.50 | 193 |
| | | Heather Maxwell | 0.80 | 196.00 | |
| 05/01/2023 | IDI | Review and analyze emails and documents produced by CPAs in iPro | 3.80 | 1,748.00 | 167 |
| 05/03/2023 | IDI | Analyze and select organizational and financial documents of entities to provide to forensic accountants for review. | 5.30 | 2,438.00 | 171 |
| 05/04/2023 | IDI | Review and analyze emails and documents produced by Lehman Flynn in iPro | 5.10 | 2,346.00 | 168 |
| | IDI | Weekly meeting with forensic accountants to discuss facts of case and objectives of review | 1.00 | 460.00 | 170 |
| 05/05/2023 | IDI | Review and analyze emails and documents produced by Lehman Flynn in iPro | 7.60 | 3,496.00 | 169 |
| 05/08/2023 | IDI | Review and prepare correspondence with Nahla counsel re. payments from WW1834 | 0.80 | 368.00 | 172 |
| | IDI | Analyze subpoena documents for WW Eastern to determine investment in Huxley unit | 1.50 | 690.00 | 173 |
| | IDI | Analyze and review documents re. loans to new entities created by Daniel | 3.70 | 1,702.00 | 174 |
| 05/09/2023 | IDI | Review and analyze equity interest and entity | | | |

|  |  |  | Hours | Amount |  |
|---|---|---|---:|---:|---:|
|  |  | ownership documents and memo prepared by Keen-Summit | 2.40 | 1,104.00 | 175 |
|  | IDI | Meeting with Keen-Summit to discuss analysis of equity interests | 0.30 | 138.00 | 176 |
|  | IDI | Draft memo to J. Flaxner, M. Devorkin, and Traxi team re. 2021 financial analysis received in production, and fact findings re. payments to insiders | 3.10 | 1,426.00 | 177 |
| 05/10/2023 | IDI | Review and analyze subpoenaed documents in iPro for fact development | 4.80 | 2,208.00 | 178 |
| 05/15/2023 | IDI | Review and analyze subpoena production documents re. Girona buyout in iPro | 4.50 | 2,070.00 | 179 |
| 05/16/2023 | IDI | Zoom meeting with Traxi team re. documents and Traxi analysis | 1.00 | 460.00 | 180 |
|  | IDI | Review CPA email production documents concerning Girona buyout and transfer of Girona interest to Daniel | 7.40 | 3,404.00 | 181 |
| 05/17/2023 | IDI | Fact research to determine source of funding of the Girona deal that transferred Girona interest to Daniel to assess possible claw-back | 5.30 | 2,438.00 | 182 |
| 05/19/2023 | IDI | Correspondence with Nahla counsel re. emails concerning transfer of Spectra interests | 0.80 | 368.00 | 183 |
|  | IDI | Review of CPA documents in iPro for facts re. Spectra 101 and 111 transfers to KFG | 6.50 | 2,990.00 | 184 |
| 05/22/2023 | IDI | Review of subpoenaed documents in iPro for fact development re. improper transfers of funds between related entities | 4.50 | 2,070.00 | 185 |
| 05/23/2023 | IDI | Review and analysis of subpoenaed documents in iPro for fact development re. improper transfers of funds to new CT entities | 5.10 | 2,346.00 | 186 |
| 05/24/2023 | IDI | Document review and analysis in iPro to develop facts re. improper transfer of funds between related entities | 3.30 | 1,518.00 | 187 |
| 05/25/2023 | IDI | Meeting with J. Flaxner and Traxi team to discuss initial QB analysis | 0.50 | 230.00 | 188 |
|  | IDI | Analyze QB data provided by Traxi re. improper transfers between related entities | 3.50 | 1,610.00 | 189 |
| 05/30/2023 | IDI | Analyze transfers of funds from 5CP and Spectra entities for benefit of Daniel | 4.80 | 2,208.00 | 190 |
|  |  | Ina Dogani | 86.60 | 39,836.00 |  |
|  |  | For Current Services Rendered | 92.50 | 42,862.50 |  |

                                    Recapitulation
| Timekeeper | Hours | Hourly Rate | Total |
|---|---|---|---|
| Moshie Solomon | 2.70 | $555.00 | $1,498.50 |
| Michael S. Weinstein | 2.40 | 555.00 | 1,332.00 |
| Heather Maxwell | 0.80 | 245.00 | 196.00 |
| Ina Dogani | 86.60 | 460.00 | 39,836.00 |

Total Current Work                                                         42,862.50

Balance Due                                                               $42,862.50

                                    Billing History
| Fees | Expenses | Finance Charge | Payments |
|---|---|---|---|
| 42,862.50 | 0.00 | 0.00 | 0.00 |

Please refer to account number when making payment.