UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re                                        :        Chapter 11
                                             :
JOSEPH KLAYNBERG,                            :        Case No. 22-10165 (MG)
                                             :
                          Debtor.            :
                                             :
------------------------------------------------------------X

# FIRST MONTHLY STATEMENT OF TRAXI LLC, AS FINANCIAL ADVISOR FOR JONATHAN L. FLAXER, CHAPTER 11 TRUSTEE, OF FEES FOR PROFESSIONAL SERVICES RENDERED FOR THE PERIOD APRIL 26, 2023 THROUGH MAY 31, 2023

| | |
|---|---|
| Name of Applicant: | Traxi LLC |
| Role in Case: | Financial Advisor to Chapter 11 Trustee |
| Date of Retention: | Order entered May 26, 2023 n*unc pro tunc* to April 17, 2023 |
| Period for which compensation and reimbursement is sought: | April 26, 2023 to May 31, 2023 |
| Amount of Compensation sought as actual, reasonable and necessary: | $25,722.50 (80% of which is $20,578.00) |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $0.00 |
| Total (80% of fees and 100% of costs): | $20,578.00 |

Traxi LLC ("**Traxi**"), as financial advisor for Jonathan L. Flaxer (the "**Trustee**"), the chapter 11 trustee for Joseph Klaynberg (the "**Debtor**"), hereby submits this first monthly statement (the "**Monthly Statement**") for the period of April 26, 2023 through May 31, 2023 (the "**Statement Period**") for payment of professional services rendered during the Statement Period pursuant to the Court's Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Dkt. No. 45], as modified by the Stipulation and Order Modifying Monthly Compensation Order [Dkt No. 268] (together, the "**Fee Procedures Order**"). Traxi requests interim allowance and payment of compensation in the amount of $20,578 (80% of $25,722.50) for fees incurred on account of reasonable and necessary professional services rendered by Traxi as financial advisor to the Trustee.

## FEES FOR SERVICES RENDERED DURING THE STATEMENT PERIOD

1. Set forth below is a list of the positions of the Traxi professionals who provided services to the Trustee during the Statement Period, their respective billing rates, and the aggregate hours spent by each person providing services to the Trustee during the Statement Period.

|  | Hourly Rate | Total Hours | Total Amount |
|---|---|---|---|
| **Senior Managing Director** | | | |
| Anthony Pacchia | $595.00 | 17.50 | $ 10,412.50 |
| **Managing Directors** | | | |
| Robert J. Iommazzo | $595.00 | 13.00 | $ 7,735.00 |
| Jonathan Fung | $400.00 | 8.00 | $ 3,200.00 |
| Matt Tyler | $250.00 | 17.50 | $ 4,375.00 |
| | | | |
| | TOTAL: | 56.00 | $ 25,722.50 |
| BLENDED RATE FOR ALL PROFESSIONALS: | | $459.33 | |

2. The fees sought by Traxi in the Monthly Statement are billed at rates and in accordance with practices customarily employed by Traxi and generally accepted by Traxi's other clients. A complete itemization of the tasks performed by the above-referenced persons during the Statement Period is annexed hereto as **Exhibit A**.

## NOTICE AND OBJECTION PROCEDURES

3. Traxi has provided notice of this statement via email upon the following parties: (i) the Chapter 11 Trustee, Jonathan L. Flaxer, 711 Third Avenue, 17th Floor, New York, New York 10017; (ii) the Debtor, Joseph Klaynberg, 114 Mulberry Street, Apt. 703, New York, New York 10003; (iii) counsel to the Debtor, Cullen & Dykman, LLP, 100 Quentin Roosevelt Boulevard, Garden City, New York 11530, Attn: Matthew G. Roseman, Esq. and Bonnie L. Pollack, Esq.; (iv) counsel to Series 2020A of Nahla Capital LLC, Hunton Andrews Kurth LLP, 200 Park Avenue, New York, New York 10166, Attn: Robert A. Rich, Esq.; and (v) the Office of the United States Trustee, 201 Varick Street, Room 1006, New York, New York 10014, Attn: Tara Tiantian, Esq. (collectively, the "**Notice Parties**").

4. Pursuant to the Fee Procedures Order, objections to this Monthly Statement, if any, must be served no later than **July 21, 2023** (the "**Objection Deadline**") upon the following parties: (i) Traxi, and (ii) the Notice Parties.

5. If no objections to this Monthly Statement are received by the Objection Deadline, the Chapter 11 Trustee, on behalf of the estate of the Debtor, will pay Traxi 80% of the fees identified in this Monthly Statement.

6. To the extent an objection to the Monthly Statement is received on or before the Objection Deadline, the Chapter 11 Trustee will withhold payment of that portion of the Monthly Statement to which the objection is directed and will promptly pay the remainder of fees n the

percentages set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next fee application hearing.

Dated: New York, New York
June 16, 2023

                                     TRAXI LLC
                                     8 Hemlock Drive
                                     Edison, New Jersey
                                     Telephone: (212) 465-1927

                                     By:   /s/ Anthony Pacchia
                                            Anthony Pacchia
                                            Managing Director

                                   *Financial Advisor for Jonathan L. Flaxer, Chapter 11 Trustee*

EXHIBIT A

## SUMMARY OF FEES

| PROFESSIONAL | TITLE | RATE | HOURS | FEES |
|---|---|---|---|---|
| Anthony Pacchia | Senior Managing Director | $ 595.00 | 17.5 | $10,412.50 |
| Robert J. Iommazzo | Managing Director | $ 595.00 | 13.0 | $ 7,735.00 |
| Jonathan Fung | Managing Director | $ 400.00 | 8.0 | $ 3,200.00 |
| Matt Tyler | Managing Director | $ 250.00 | 17.5 | $ 4,375.00 |
|  | | | **Totals** | 56.00 $25,722.50 |

## DETAILED TIME DESCRIPTIONS

| PROFESSIONAL | DATE | TASK | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|---|
| Anthony Pacchia | 04/26/23 | Avoidance Action Analysis | Call with J. Flaxer re: case background & documents | 1.50 | $ 892.50 |
| Robert J. Iommazzo | 04/26/23 | Avoidance Action Analysis | Call with J. Flaxer re: case background & documents | 1.50 | $ 892.50 |
| Anthony Pacchia | 05/03/23 | Employment and Fee Applications | Finalize retention & approval docs | 0.50 | $ 297.50 |
| Robert J. Iommazzo | 05/03/23 | Employment and Fee Applications | Finalize retention & approval docs | 0.50 | $ 297.50 |
| Anthony Pacchia | 05/04/23 | Avoidance Action Analysis | Calls with J. Flaxer re: document review, Document Review | 3.50 | $ 2,082.50 |
| Robert J. Iommazzo | 05/04/23 | Avoidance Action Analysis | Calls with J. Flaxer re: document review, Document Review | 2.00 | $ 1,190.00 |
| Anthony Pacchia | 05/05/23 | Avoidance Action Analysis | Document review | 1.50 | $ 892.50 |
| Robert J. Iommazzo | 05/05/23 | Avoidance Action Analysis | Document review and response to Ina's questions | 1.00 | $ 595.00 |
| Anthony Pacchia | 05/06/23 | Avoidance Action Analysis | Document review | 1.00 | $ 595.00 |
| Anthony Pacchia | 05/08/23 | Avoidance Action Analysis | Document review | 1.00 | $ 595.00 |
| Robert J. Iommazzo | 05/08/23 | Avoidance Action Analysis | Document review | 1.00 | $ 595.00 |
| Anthony Pacchia | 05/09/23 | Avoidance Action Analysis | Call with J. Flaxer and Summit Keene & document review | 1.50 | $ 892.50 |
| Robert J. Iommazzo | 05/09/23 | Avoidance Action Analysis | Call with J. Flaxer and Summit Keene & document review | 1.50 | $ 892.50 |
| Anthony Pacchia | 05/10/23 | Avoidance Action Analysis | Document review | 1.00 | $ 595.00 |
| Anthony Pacchia | 05/11/23 | Avoidance Action Analysis | Call with M.Weinstein re: case status | 0.50 | $ 297.50 |
| Jonathan Fung | 05/11/23 | Avoidance Action Analysis | Internal Traxi Coordination Call | 1.00 | $ 400.00 |
| Jonathan Fung | 05/12/23 | Avoidance Action Analysis | Doc Review | 0.5 | $ 200.00 |
| Jonathan Fung | 05/12/23 | Avoidance Action Analysis | Doc Review | 0.5 | $ 200.00 |
| Jonathan Fung | 05/13/23 | Avoidance Action Analysis | Doc Review | 0.5 | $ 200.00 |
| Jonathan Fung | 05/14/23 | Avoidance Action Analysis | Doc Review | 1.5 | $ 600.00 |
| Anthony Pacchia | 05/15/23 | Avoidance Action Analysis | Document review and case adminstration | 1.00 | $ 595.00 |
| Jonathan Fung | 05/15/23 | Avoidance Action Analysis | Doc Review, Analysis and Internal Traxi Coordination Call | 2.5 | $ 1,000.00 |
| Jonathan Fung | 05/16/23 | Avoidance Action Analysis | Conference Call with Ina Dogani and Michael Weinstein | 1.5 | $ 600.00 |
| Anthony Pacchia | 05/16/23 | Avoidance Action Analysis | Conference Call with Ina Dogani and Michael Weinstein | 1.50 | $ 892.50 |
| Robert J. Iommazzo | 05/16/23 | Avoidance Action Analysis | Call with Matt to review G?L entries and access to QB | 1.50 | $ 892.50 |
| Robert J. Iommazzo | 05/16/23 | Avoidance Action Analysis | Conference Call with Ina Dogani and Michael Weinstein | 1.50 | $ 892.50 |
| Matt Tyler | 05/16/23 | Avoidance Action Analysis | Download QB Desktop Enterprise and test | 0.50 | $ 125.00 |
| Matt Tyler | 05/16/23 | Avoidance Action Analysis | Call with B. Iommazzo re document review | 0.50 | $ 125.00 |
| Matt Tyler | 05/16/23 | Avoidance Action Analysis | Call with Intuit on .qba(x) files - what software to use (Case Number - 1599659887); call with sales for pricing | 1.00 | $ 250.00 |

| Matt Tyler | 05/18/23 | Avoidance Action Analysis | Call with Alex - purchase QB; install QB on desktop; attempt to open files (require pw or hack); call with Frantic; review Klayberg backgroung; remove Admin passwords on Spectra and WW1834 QB files | 3.25 | $ 812.50 |
|---|---|---|---|---|---|
| Matt Tyler | 05/19/23 | Avoidance Action Analysis | Re-connect with Frantic on access to J Drive | 0.75 | $ 187.50 |
| Matt Tyler | 05/20/23 | Avoidance Action Analysis | Extract Zip files to PC; build Control Sheet; unlock QB files | 2.00 | $ 500.00 |
| Matt Tyler | 05/21/23 | Avoidance Action Analysis | Unprotect remainder of 40 individual QB files | 1.00 | $ 250.00 |
| Anthony Pacchia | 05/23/23 | Avoidance Action Analysis | Calls and discussion re Quick Books | 0.50 | $ 297.50 |
| Matt Tyler | 05/23/23 | Avoidance Action Analysis | Extract WW Spectra GL and format for analysis | 0.50 | $ 125.00 |
| Anthony Pacchia | 05/24/23 | Avoidance Action Analysis | Calls re QB with Traxi team and document review | 2.50 | $ 1,487.50 |
| Robert J. Iommazzo | 05/24/23 | Avoidance Action Analysis | Calls and discussion re Quick Books and Spectra data | 0.50 | $ 297.50 |
| Matt Tyler | 05/24/23 | Avoidance Action Analysis | Meeting with Bob and Tony | 0.50 | $ 125.00 |
| Matt Tyler | 05/24/23 | Avoidance Action Analysis | Download and format Wonder Works Construction, review alternative source for GL data; attempt to access Wonder Works Construction & Renovations - file crashed multiple times; email update to Bob and Tony | 1.50 | $ 375.00 |
| Robert J. Iommazzo | 05/25/23 | Avoidance Action Analysis | Call with Matt re: Spectra Data | 0.50 | $ 297.50 |
| Robert J. Iommazzo | 05/25/23 | Avoidance Action Analysis | Call with I. Dogani and then with Matt | 1.50 | $ 892.50 |
| Matt Tyler | 05/25/23 | Avoidance Action Analysis | Update call with Bob to review files | 0.50 | $ 125.00 |
| Matt Tyler | 05/25/23 | Avoidance Action Analysis | Call with I. Dogani; follow up call with Bob | 1.50 | $ 375.00 |
| Matt Tyler | 05/28/23 | Avoidance Action Analysis | Export GL data for 9 companies; 14 companies crashed QB; reinstalled QB; Updated patches in QB (removed trouble shooting time) | 4.00 | $ 1,000.00 |
| | | | **Totals:** | **56.00** | **$25,722.50** |

## SUMMARY BY TASK

| TASK CODE | TASK NAME | HOURS | AMOUNT |
|---|---|---|---|
| | Avoidance Action Analysis | 55.00 | $ 55.00 |
| | Employment and Fee Applications | 1.00 | $ 1.00 |
| | **Totals** | **56.00** | **$ 56.00** |