Michael S. Weinstein
Moshie Solomon
GOLENBOCK EISEMAN ASSOR
BELL & PESKOE LLP
711 Third Avenue
New York, New York 10017
Telephone: (212) 907-7300
Facsimile:  (212) 754-0330

*Counsel for Jonathan L. Flaxer, Chapter 11 Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ---------------------------------------------------------------X | | |
| In re | : | Chapter 11 |
| | : | |
| JOSEPH KLAYNBERG, | : | Case No. 22-10165 (MG) |
| | : | |
| Debtor. | : | |
| | : | |
| ---------------------------------------------------------------X | | |

# SEVENTH MONTHLY STATEMENT OF GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP, AS COUNSEL FOR JONATHAN L. FLAXER, CHAPTER 11 TRUSTEE, OF FEES AND EXPENSES FOR PROFESSIONAL SERVICES RENDERED FOR THE PERIOD <u>JUNE 1, 2023 THROUGH JUNE 30, 2023</u>

| | |
|---|---|
| Name of Applicant: | Golenbock Eiseman Assor Bell & Peskoe LLP |
| Role in Case: | Counsel to Chapter 11 Trustee |
| Date of Retention: | Order entered November 7, 2022 n*unc pro tunc* to September 20, 2022 |
| Period for which compensation and reimbursement is sought: | June 1, 2023 to June 30, 2023 |
| Amount of Compensation sought as actual, reasonable and necessary: | $41,055.50 (80% of which is $32,844.40) |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $19.55 |
| Total (80% of fees and 100% of costs): | $41,075.05 |

Golenbock Eiseman Assor Bell & Peskoe LLP ("**GEABP**"), as counsel for Jonathan L. Flaxer (the "**Trustee**"), the chapter 11 trustee for Joseph Klaynberg (the "**Debtor**"), hereby submits this seventh monthly statement (the "**Monthly Statement**") for the period of June 1, 2023 through June 30, 2023 (the "**Statement Period**") for payment of professional services rendered during the Statement Period pursuant to the Court's Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Dkt. No. 45], as modified by the Stipulation and Order Modifying Monthly Compensation Order [Dkt No. 268] (together, the "**Fee Procedures Order**"). GEABP requests (i) interim allowance and payment of compensation in the amount of $32,844.40 (80% of $41,055.50) for fees and (ii) reimbursement of expenses in the amount of $19.55 incurred on account of reasonable and necessary professional services rendered by GEABP as counsel to the Trustee.

**FEES FOR SERVICES RENDERED DURING THE STATEMENT PERIOD**

1.  Set forth below is a list of the positions of the GEABP professionals and paralegals

who provided services to the Trustee during the Statement Period, their respective billing rates, and the aggregate hours spent by each person providing services to the Trustee during the Statement Period.

|  | Year Admitted | Hourly Rate | Total Hours | Total Amount | Practice Specialty |
|---|---|---|---|---|---|
| **Partners** | | | | | |
| Michael S. Devorkin | 1980 | 950.00 | 4.40 | $ 4,180.00 | Litigation |
| Steven R. Hochberg | 1987 | 775.00 | 1.00 | $ 775.00 | Real Estate |
| Michael S. Weinstein | 2009 | 555.00 | 18.40 | $10,212.00 | Bankruptcy |
| **Associates/Of Counsel** | | | | | |
| Ina Dogani | 2021 | 460.00 | 39.10 | $17,986.00 | Litigation |
| Moshie Solomon | 2002 | 555.00 | 10.90 | $ 6,049.50 | Bankruptcy |
| **Paralegals/Paraprofessionals** | | | | | |
| Heather Maxwell | N/A | 245.00 | 6.90 | $ 1,690.50 | Litigation |
| Rose Ngoma | N/A | 325.00 | 0.50 | $ 162.50 | Real Estate |
| | | TOTAL: | 81.20 | $ 41,055.50 | |
| BLENDED RATE FOR ALL PROFESSIONALS: | | | $ 505.60 | | |
| | | BLENDED ATTORNEY RATE: | $ 531.20 | | |

2. The fees and reimbursement of expenses sought by GEABP in the Monthly Statement are billed at rates and in accordance with practices customarily employed by GEABP and generally accepted by GEABP's other clients. A complete itemization of the tasks performed by the above-referenced persons during the Statement Period, as well as details regarding the expenses sought to be reimbursed, is annexed hereto as **Exhibit A**.

## NOTICE AND OBJECTION PROCEDURES

3. GEABP has provided notice of this statement via email upon the following parties: (i) the Chapter 11 Trustee, Jonathan L. Flaxer, 711 Third Avenue, 17th Floor, New York, New York 10017; (ii) the Debtor, Joseph Klaynberg, 114 Mulberry Street, Apt. 703, New York, New

York 10003; (iii) counsel to the Debtor, Cullen & Dykman, LLP, 100 Quentin Roosevelt Boulevard, Garden City, New York 11530, Attn: Matthew G. Roseman, Esq. and Bonnie L. Pollack, Esq.; (iv) counsel to Series 2020A of Nahla Capital LLC, Hunton Andrews Kurth LLP, 200 Park Avenue, New York, New York 10166, Attn: Robert A. Rich, Esq.; and (v) the Office of the United States Trustee, 201 Varick Street, Room 1006, New York, New York 10014, Attn: Tara Tiantian, Esq. (collectively, the "**Notice Parties**").

4. Pursuant to the Fee Procedures Order, objections to this Monthly Statement, if any, must be served no later than **August 24, 2023** (the "**Objection Deadline**") upon the following parties: (i) GEABP, and (ii) the Notice Parties.

5. If no objections to this Monthly Statement are received by the Objection Deadline, the Chapter 11 Trustee, on behalf of the estate of the Debtor, will pay GEABP 80% of the fees and 100% of the expenses identified in this Monthly Statement.

6. To the extent an objection to the Monthly Statement is received on or before the Objection Deadline, the Chapter 11 Trustee will withhold payment of that portion of the Monthly Statement to which the objection is directed and will promptly pay the remainder of fees and expenses in the percentages set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next fee application hearing.

Dated: New York, New York
July 20, 2023

GOLENBOCK EISEMAN ASSOR
BELL & PESKOE LLP
711 Third Avenue, 17th Floor
New York, New York 10017
Telephone: (212) 907-7300
Facsimile: (212) 754-0330

By: /s/ Michael S. Weinstein
    Michael S. Weinstein
    Moshie Solomon

*Counsel for Jonathan L. Flaxer, Chapter 11 Trustee*

EXHIBIT A

Asset Sales

Draft Statement

| Date | Initials | Description | Hours | Amount | |
|---|---|---|---|---|---|
| 06/07/2023 | MSW | Review documents related to guarantor release and emails with trustee regarding same (.8). | 0.80 | 444.00 | 18 |
| | | Michael S. Weinstein | 0.80 | 444.00 | |
| 06/14/2023 | SRH | Reviewed and revised CRDA and Key Bank loan modification documents releasing Joseph Klaynberg as a guarantor and indemnitor | 1.00 | 775.00 | 29 |
| | | Steven R Hochberg | 1.00 | 775.00 | |
| | | For Current Services Rendered | 1.80 | 1,219.00 | |

Recapitulation

| Timekeeper | Hours | Hourly Rate | Total |
|---|---|---|---|
| Michael S. Weinstein | 0.80 | $555.00 | $444.00 |
| Steven R Hochberg | 1.00 | 775.00 | 775.00 |

Total Current Work                                               1,219.00

Balance Due                                                     $1,219.00

Billing History

| Fees | Expenses | Finance Charge | Payments |
|---|---|---|---|
| 1,219.00 | 0.00 | 0.00 | 0.00 |

Please refer to account number when making payment.

```
                                                                           Page:   1
     Represent Trustee of Joseph Klaynberg                              07/20/2023
                                                             Account No: 4423-006M
                                                             Statement No:       1




     Employment and Fee Applications
                                                                    Draft Statement



06/01/2023  M S   Emails to R. Giambalvo and J. Spielberg re: fee
                  statements (0.3); Review file re: same (0.4)        0.70    388.50   100

06/05/2023  M S   Emails to/from R. Iommazzo re: Traxi fee statement
                  (0.2); Review UST fee guidelines re: same (0.4);
                  Email to/from R. Giambalvo re: fee statement (0.2)  0.80    444.00   101

06/06/2023  M S   Review Traxi time records re: May 2023 fee
                  statement (0.3); Review GS&C time records re: same
                  (0.3); Email to S. Lopez re: GEABP time records
                  re: same (0.2)                                      0.80    444.00   102

06/07/2023  M S   Emails to/from H. Stalzer re: GS&C time records
                  for May 2023 fee statement (0.2); Review same
                  (0.2); Emails to/from S. Lopez re: GEABP May 2023
                  time records (0.2); Review and revise same (0.8)    1.40    777.00   103

06/08/2023  M S   Draft second interim GEABP fee application (1.2);
                  Draft GS&C first interim fee application (0.8);
                  Emails to/from M. Weinstein re: same (0.3); Review
                  revised GEABP time records re: same (0.3)           2.60  1,443.00   104

06/15/2023  M S   Draft GEABP May 2023 fee statement (1.1); Draft
                  Traxi May 2023 fee statement (1.3); Emails to/from
                  A. Pacchia re: same (0.2); Email to J. Flaxer and
                  M. Weinstein re: same (0.1)                         2.70  1,498.50   105

06/16/2023  M S   Finalize GEABP fee statement (0.3); Finalize Traxi
                  fee statements (0.4); Emails to/from M. Weinstein
                  re: final drafts of fee statements (0.2); Email to
                  UST and all parties re: final filed fee statements
                  (0.2)                                               1.10    610.50   107
                  Moshie Solomon                                     10.10  5,605.50

06/16/2023  MSW   Review and comment on monthly fee statements.       0.10     55.50    97

06/28/2023  MSW   Review 503(b) application by Nahla and email with
                  trustee regarding same.                             1.00    555.00    98
                  Michael S. Weinstein                                1.10    610.50

06/28/2023  HM    Update files with Nahla fee application and
                  calendar hearing and deadlines                      0.20     49.00   108
                  Heather Maxwell                                     0.20     49.00


                  For Current Services Rendered                      11.40  6,265.00

                             Recapitulation
         Timekeeper                         Hours   Hourly Rate      Total
         Moshie Solomon                     10.10      $555.00    $5,605.50
         Michael S. Weinstein                1.10       555.00       610.50
```

Employment and Fee Applications

| Timekeeper | Hours | Hourly Rate | Total |
|---|---|---|---|
| Heather Maxwell | 0.20 | 245.00 | 49.00 |

|  |  |
|---|---|
| Total Current Work | 6,265.00 |
| Balance Due | $6,265.00 |

Billing History

| Fees | Expenses | Finance Charge | Payments |
|---|---|---|---|
| 6,265.00 | 0.00 | 0.00 | 0.00 |

Please refer to account number when making payment.

Litigation

Draft Statement

| Date | | Description | Hours | Amount | |
|------|---|---|---|---|---|
| 06/05/2023 | MSD | emails with team re strategy | 0.20 | 190.00 | 44 |
| 06/08/2023 | MSD | call with Nahla team and with GEABP team re facts and strategy | 1.20 | 1,140.00 | 45 |
| | MSD | call with geabp and accountant team re fact investigation | 0.50 | 475.00 | 46 |
| 06/21/2023 | MSD | review disc disputes (.5) and meet with trustee and ID re chabad complaint issues (.5) | 1.00 | 950.00 | 47 |
| 06/29/2023 | MSD | call with trustee, id, accountant, mw re disc and claims, and prepare therefor (.5) | 1.50 | 1,425.00 | 48 |
| | | Michael S. Devorkin | 4.40 | 4,180.00 | |
| | | For Current Services Rendered | 4.40 | 4,180.00 | |

Recapitulation

| Timekeeper | Hours | Hourly Rate | Total |
|---|---|---|---|
| Michael S. Devorkin | 4.40 | $950.00 | $4,180.00 |

Total Current Work                                              4,180.00

Balance Due                                                   $4,180.00

Billing History

| Fees | Expenses | Finance Charge | Payments |
|---|---|---|---|
| 4,180.00 | 0.00 | 0.00 | 0.00 |

Plan and Disclosure Statement

Draft Statement

| Date | TK | Description | Hours | Amount | # |
|---|---|---|---:|---:|---:|
| 06/01/2023 | MSW | Prepare for (1.0) and attend (1.0) hearing on motion to approve disclosure statement; multiple follow up emails with interested parties and chambers regarding same (.3); revise and edit disclosure statement and related docs for solicitation copy (1.5). | 3.80 | 2,109.00 | 56 |
| 06/06/2023 | MSW | Revise and edit solicitation documents (1.5); multiple calls/emails to oversee preparation for solicitation (1.0) | 2.50 | 1,387.50 | 57 |
| 06/07/2023 | MSW | Preparation for solicitation. | 0.20 | 111.00 | 58 |
| 06/16/2023 | MSW | Emails with H. Maxwell re plan solicitation, affidavit of service. | 0.10 | 55.50 | 68 |
| | | Michael S. Weinstein | 6.60 | 3,663.00 | |
| 06/08/2023 | HM | Prepare for and service of Plan and Disclosure Statement, order, notice, ballots via First Class Mail | 4.20 | 1,029.00 | 64 |
| 06/09/2023 | HM | Emails regarding address for sending of ballot and related package | 0.10 | 24.50 | 63 |
| 06/14/2023 | HM | Begin drafting Aff of Service of Disclosure Statement and solicitation packages | 0.20 | 49.00 | 65 |
| 06/15/2023 | HM | Continue drafting aff of service of Disclosure Statement and solicitation packages | 0.80 | 196.00 | 66 |
| | HM | Update calendar with Confirmation deadlines and calculate deadline to file avoidance actions | 0.30 | 73.50 | 67 |
| 06/16/2023 | HM | Electronic filing of Aff of Service of Disclosure Statement and Solicitation package and Notice of Confirmation hearing, update files with same | 0.40 | 98.00 | 69 |
| 06/27/2023 | HM | Research new address for Tsyngauz and Associates, email regarding same, prepare Fed Ex of solicitation package to new address | 0.70 | 171.50 | 70 |
| | | Heather Maxwell | 6.70 | 1,641.50 | |
| | | For Current Services Rendered | 13.30 | 5,304.50 | |

Recapitulation

| Timekeeper | Hours | Hourly Rate | Total |
|---|---:|---:|---:|
| Michael S. Weinstein | 6.60 | $555.00 | $3,663.00 |
| Heather Maxwell | 6.70 | 245.00 | 1,641.50 |

06/27/2023          Federal Express - Invoice No. 818081889 - Shipment

|  |  |  |
|---|---:|---:|
| from Heather Maxwell to Ryan Banich, Esq. - Tsyngauz & Associates, P.C. | <u>19.55</u> | 2 |
| Total Expenses | 19.55 |  |
| Total Current Work | 5,324.05 |  |
| Balance Due | <u>$5,324.05</u> |  |

### Billing History

| Fees | Expenses | Finance Charge | Payments |
|---:|---:|---:|---:|
| 5,304.50 | 19.55 | 0.00 | 0.00 |

Please refer to account number when making payment.

Investigations

Draft Statement

| Date | Atty | Description | Hours | Amount | Ref |
|---|---|---|---|---|---|
| 06/01/2023 | MSW | Discuss with trustee regarding status, next steps (.5). | 0.50 | 277.50 | 164 |
| 06/08/2023 | MSW | Review forensic information provided by Traxi (1.3); call with Traxi and internal team re same (1.2). | 2.50 | 1,387.50 | 194 |
| | MSW | Discussion with trustee regarding prep for Nahla call (.3); call with Nahla and their counsel (and internal team) re investigation to date and next steps (1.2); follow up discussion with trustee re same (.3). | 1.80 | 999.00 | 195 |
| 06/14/2023 | MSW | Call with trustee regarding potential avoidance action (.3); internal email re same and potential impact on other affirmative claims (.7). | 1.00 | 555.00 | 197 |
| 06/21/2023 | MSW | Multiple emails re open items re investigation. | 0.50 | 277.50 | 198 |
| 06/29/2023 | MSW | Call with J. Flaxer re real estate/investigation (.3); draft memo to file regarding real estate overlap with investigation (1.5); call with Traxi, trustee, and internal team regarding investigation, next steps (1.3). | 3.10 | 1,720.50 | 199 |
| 06/30/2023 | MSW | Revise and edit memo re real estate overlap with investigation and email internally for review and comment. | 0.30 | 166.50 | 200 |
| | MSW | Call with A. Rosen regarding D. Klaynberg issues (.5); email with Trustee re same (.5). | 1.00 | 555.00 | 201 |
| | | Michael S. Weinstein | 10.70 | 5,938.50 | |
| 06/05/2023 | IDI | Review and analyze new Traxi spreadsheet of QuickBooks data | 3.20 | 1,472.00 | 206 |
| | IDI | Analyze and synthesize QuickBooks data and identify list of questionable transactions | 3.40 | 1,564.00 | 207 |
| 06/06/2023 | IDI | Analyze produced documents re. WWCC, WWCDC and AM Club entities | 2.10 | 966.00 | 208 |
| 06/07/2023 | IDI | Review and analyze updated Traxi deliverable of questionable transactions and related production docs pertaining to same | 2.70 | 1,242.00 | 209 |
| | IDI | Review subpoena production documents in iPro | 4.00 | 1,840.00 | 210 |
| 06/08/2023 | IDI | Meeting with Traxi to discuss latest deliverable of QuickBooks transactions | 1.20 | 552.00 | 211 |

|            |     |                                                                                                                                          |       |           |     |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------------------|-------|-----------|-----|
|            | IDI | Review Traxi deliverable to identify questions and prepare for meeting                                                                   | 1.80  | 828.00    | 212 |
|            | IDI | Prepare outline of findings and areas of focus to distribute in advance of Nahla meeting                                                 | 2.50  | 1,150.00  | 213 |
|            | IDI | Meeting with Nahla to discuss case                                                                                                       | 1.20  | 552.00    | 214 |
|            | IDI | Review and analyze Acris documents re. Chabad                                                                                            | 0.50  | 230.00    | 215 |
| 06/09/2023 | IDI | Review documents and transactions related to WWIGII and WWML96 for transfers from estate entities                                        | 1.70  | 782.00    | 216 |
|            | IDI | Review documents in iPro re. transfers of interest in CT developments and revisions to book entries                                      | 3.20  | 1,472.00  | 217 |
| 06/12/2023 | IDI | Review correspondence from J. Flaxner and revisions and questions to summary outline                                                     | 0.40  | 184.00    | 218 |
|            | IDI | Draft email memo response to address J. Flaxer questions and ongoing review of QuickBooks data                                            | 0.80  | 368.00    | 219 |
| 06/20/2023 | IDI | Review and analyze documents in June 13 document production by Mercer Advisors                                                           | 4.80  | 2,208.00  | 220 |
|            | IDI | Prepare deficiency letter to Mercer Advisors re. produced documents and seeking supplementation                                          | 0.70  | 322.00    | 221 |
|            | IDI | Look at produced documents re. ownership and income from Lighthouse Real Estate                                                          | 0.30  | 138.00    | 222 |
| 06/21/2023 | IDI | Meeting with J. Flaxer and M. Devorkin to discuss Chabad complaint                                                                       | 0.50  | 230.00    | 223 |
|            | IDI | Prepare email of analysis, revision requests, and questions for discussion to M. Tyler to produce necessary work product (.7) prepare for discussion with Tyler (.4) | 1.10  | 506.00    | 224 |
|            | IDI | Email to counsel for D. Klaynberg, R. Klaynberg and E. Klaynberg regarding deficient productions and requesting written response.        | 0.30  | 138.00    | 225 |
| 06/22/2023 | IDI | Email to J. Flaxer and M. Devorkin re. fraudulent transfer claim vs. Chabad                                                              | 0.20  | 92.00     | 226 |
|            | IDI | Legal research on pleading fraudulent transfer claims against non-profit org.                                                            | 1.30  | 598.00    | 227 |
|            | IDI | Research and review NY state business records data to identify undisclosed entities connected to Klaynbergs                              | 1.20  | 552.00    | 228 |
|            |     | Ina Dogani                                                                                                                               | 39.10 | 17,986.00 |     |
| 06/08/2023 | RNA | Performed real property document research.                                                                                               | 0.50  | 162.50    | 196 |
|            |     | Rose Ngoma                                                                                                                               | 0.50  | 162.50    |     |

Page: 3
07/20/2023
Represent Trustee of Joseph Klaynberg
Account No: 4423-015M
Statement No: 1
Investigations

| | Hours | Amount |
|---|---:|---:|
| For Current Services Rendered | 50.30 | 24,087.00 |

### Recapitulation

| Timekeeper | Hours | Hourly Rate | Total |
|---|---:|---:|---:|
| Michael S. Weinstein | 10.70 | $555.00 | $5,938.50 |
| Ina Dogani | 39.10 | 460.00 | 17,986.00 |
| Rose Ngoma | 0.50 | 325.00 | 162.50 |

| | |
|---|---:|
| Total Current Work | 24,087.00 |
| Balance Due | $24,087.00 |

### Billing History

| Fees | Expenses | Finance Charge | Payments |
|---:|---:|---:|---:|
| 24,087.00 | 0.00 | 0.00 | 0.00 |

Please refer to account number when making payment.

|  | Previous Balance | Fees | Expenses | Payments | Balance |
|---|---|---|---|---|---|
| **4423-002 Asset Sales** | 0.00 | 1,219.00 | 0.00 | 0.00 | $1,219.00 |
| **4423-006 Employment and Fee Applications** | 0.00 | 6,265.00 | 0.00 | 0.00 | $6,265.00 |
| **4423-009 Litigation** | 0.00 | 4,180.00 | 0.00 | 0.00 | $4,180.00 |
| **4423-010 Plan and Disclosure Statement** | 0.00 | 5,304.50 | 19.55 | 0.00 | $5,324.05 |
| **4423-015 Investigations** | 0.00 | 24,087.00 | 0.00 | 0.00 | $24,087.00 |
|  | 0.00 | 41,055.50 | 19.55 | 0.00 | $41,075.05 |

Please refer to account number when making payment.