UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re                                              :      Chapter 11
                                                   :
JOSEPH KLAYNBERG,                                  :      Case No. 22-10165 (MG)
                                                   :
                    Debtor.                        :
                                                   :
-------------------------------------------------------------X

**SECOND MONTHLY STATEMENT OF TRAXI LLC, AS FINANCIAL ADVISOR FOR JONATHAN L. FLAXER, CHAPTER 11 TRUSTEE, OF FEES FOR PROFESSIONAL SERVICES RENDERED FOR THE PERIOD JUNE 1, 2023 THROUGH JUNE 30, 2023**

| | |
|---|---|
| Name of Applicant: | Traxi LLC |
| Role in Case: | Financial Advisor to Chapter 11 Trustee |
| Date of Retention: | Order entered May 26, 2023 n*unc pro tunc* to April 17, 2023 |
| Period for which compensation and reimbursement is sought: | June 1, 2023 to June 30, 2023 |
| Amount of Compensation sought as actual, reasonable and necessary: | $20,602.50 (80% of which is $16,482.00) |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $0.00 |
| Total (80% of fees and 100% of costs): | $16,482.00 |

Traxi LLC ("**Traxi**"), as financial advisor for Jonathan L. Flaxer (the "**Trustee**"), the chapter 11 trustee for Joseph Klaynberg (the "**Debtor**"), hereby submits this first monthly statement (the "**Monthly Statement**") for the period of June 1, 2023 through June 30, 2023 (the "**Statement Period**") for payment of professional services rendered during the Statement Period pursuant to the Court's Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Dkt. No. 45], as modified by the Stipulation and Order Modifying Monthly Compensation Order [Dkt No. 268] (together, the "**Fee Procedures Order**"). Traxi requests interim allowance and payment of compensation in the amount of $16,482.00 (80% of $20,602.50) for fees incurred on account of reasonable and necessary professional services rendered by Traxi as financial advisor to the Trustee.

### FEES FOR SERVICES RENDERED DURING THE STATEMENT PERIOD

1. Set forth below is a list of the positions of the Traxi professionals who provided services to the Trustee during the Statement Period, their respective billing rates, and the aggregate hours spent by each person providing services to the Trustee during the Statement Period.

|  | Hourly Rate | Total Hours | Total Amount |
|---|---|---|---|
| **Senior Managing Director** | | | |
| Anthony Pacchia | $595.00 | 3.50 | $ 2,082.50 |
| **Managing Directors** | | | |
| Robert J. Iommazzo | $595.00 | 16.00 | $ 9,520.00 |
| Matt Tyler | $250.00 | 36.00 | $ 9,000.00 |
| | TOTAL: | 62.00 | $20,602.50 |
| BLENDED RATE FOR ALL PROFESSIONALS: | | | $332.30 |

2. The fees sought by Traxi in the Monthly Statement are billed at rates and in accordance with practices customarily employed by Traxi and generally accepted by Traxi's other clients. A complete itemization of the tasks performed by the above-referenced persons during the Statement Period is annexed hereto as **Exhibit A**.

### NOTICE AND OBJECTION PROCEDURES

3. Traxi has provided notice of this statement via email upon the following parties: (i) the Chapter 11 Trustee, Jonathan L. Flaxer, 711 Third Avenue, 17th Floor, New York, New York 10017; (ii) the Debtor, Joseph Klaynberg, 114 Mulberry Street, Apt. 703, New York, New York 10003; (iii) counsel to the Debtor, Cullen & Dykman, LLP, 100 Quentin Roosevelt Boulevard, Garden City, New York 11530, Attn: Matthew G. Roseman, Esq. and Bonnie L. Pollack, Esq.; (iv) counsel to Series 2020A of Nahla Capital LLC, Hunton Andrews Kurth LLP, 200 Park Avenue, New York, New York 10166, Attn: Robert A. Rich, Esq.; and (v) the Office of the United States Trustee, 201 Varick Street, Room 1006, New York, New York 10014, Attn: Tara Tiantian, Esq. (collectively, the "**Notice Parties**").

4. Pursuant to the Fee Procedures Order, objections to this Monthly Statement, if any, must be served no later than **August 24, 2023** (the "**Objection Deadline**") upon the following parties: (i) Traxi, and (ii) the Notice Parties.

5. If no objections to this Monthly Statement are received by the Objection Deadline, the Chapter 11 Trustee, on behalf of the estate of the Debtor, will pay Traxi 80% of the fees identified in this Monthly Statement.

6. To the extent an objection to the Monthly Statement is received on or before the Objection Deadline, the Chapter 11 Trustee will withhold payment of that portion of the Monthly Statement to which the objection is directed and will promptly pay the remainder of fees in the

percentages set forth above.  To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next fee application hearing.

Dated: New York, New York
July 20, 2023

        TRAXI LLC
        8 Hemlock Drive
        Edison, New Jersey
        Telephone:  (212) 465-1927

        By:   /s/ Anthony Pacchia
            Anthony Pacchia
            Managing Director

        *Financial Advisor for Jonathan L. Flaxer, Chapter 11 Trustee*

EXHIBIT A

## SUMMARY OF FEES

| PROFESSIONAL | TITLE | RATE | HOURS | FEES |
|---|---|---|---|---|
| Anthony Pacchia | Senior Managing Director | $ 595.00 | 3.5 | $ 2,082.50 |
|  |  | NO CHARGE | 6.5 | $      - |
| Robert J. Iommazzo | Managing Director | $ 595.00 | 16.0 | $ 9,520.00 |
| Matt Tyler | Managing Director | $ 250.00 | 36.0 | $ 9,000.00 |
|  |  | **Totals** | **62.00** | **$20,602.50** |

## DETAILED TIME DESCRIPTIONS

| PROFESSIONAL | DATE | TASK | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|---|
| Anthony Pacchia | 06/01/23 | Avoidance Action Analysis | Call with J. Flaxer and Traxi team re Avoidance Action Analysis | 1.00 | NO CHARGE |
| Anthony Pacchia | 06/01/23 | Avoidance Action Analysis | Work on Avoidance Action Analysis | 1.00 | $ 595.00 |
| Matt Tyler | 06/01/23 | Avoidance Action Analysis | Updated additional companies; call with R. Iommazzo. | 1.50 | $ 375.00 |
| Matt Tyler | 06/01/23 | Avoidance Action Analysis | Call with R. Iommazzo re: GLs | 0.50 | $ 125.00 |
| Matt Tyler | 06/01/23 | Avoidance Action Analysis | Call with R. Iommazzo on files (audit report) and individual GLs. | 1.00 | $ 250.00 |
| Matt Tyler | 06/01/23 | Avoidance Action Analysis | Call with JFlaxer, I. Dogani, M. Devorkin, M. Weinstein, A. Pacchia and R. Iommazzo on May 31 re: status update | 1.50 | $ 375.00 |
| Matt Tyler | 06/01/23 | Avoidance Action Analysis | Convert Additional 14 companies that crashed QB files | 7.50 | $ 1,875.00 |
| Robert J. Iommazzo | 06/01/23 | Avoidance Action Analysis | Call with M. Tyler re: GLs. | 1.00 | $ 595.00 |
| Robert J. Iommazzo | 06/01/23 | Avoidance Action Analysis | Call with J. Flaxer, I. Dogani, M. Devorkin, M. Weinstein, A. Pacchia and M Tyler on May 31.and document review | 1.00 | $ 595.00 |
| Robert J. Iommazzo | 06/01/23 | Avoidance Action Analysis | Document review | 0.50 | $ 297.50 |
| Robert J. Iommazzo | 06/01/23 | Case Administration | Billing for fee application. | 1.00 | $ 595.00 |
| Matt Tyler | 06/02/23 | Avoidance Action Analysis | Convert the final few companies from QB; update pivot; build post June 2019 filter; send out files. | 1.00 | $ 250.00 |
| Matt Tyler | 06/02/23 | Avoidance Action Analysis | Update Pivot table | 0.50 | $ 125.00 |
| Matt Tyler | 06/02/23 | Avoidance Action Analysis | Build post June 2019 filter | 1.00 | $ 250.00 |
| Robert J. Iommazzo | 06/05/23 | Fee Application | Finalization of billing information for fee application. | 1.50 | $ 892.50 |
| Anthony Pacchia | 06/06/23 | Fee Aplication | Finalize billing | 0.50 | 297.50 |
| Anthony Pacchia | 06/07/23 | Avoidance Action Analysis | Call with Traxi Team re data presentation for Avoidance Action Analysis | 1.50 | NO CHARGE |
| Matt Tyler | 06/07/23 | Avoidance Action Analysis | Meeting with A. Pacchia and R. Iommazzo re: transactions | 1.50 | $ 375.00 |
| Robert J. Iommazzo | 06/07/23 | Avoidance Action Analysis | Meeting via phone with M. Tyler and A. Pacchia re: transactions | 1.50 | $ 892.50 |
| Anthony Pacchia | 06/08/23 | Avoidance Action Analysis | Call with J. Flaxer and Traxi and Nola teams re Avoidance Action Analysis | 1.00 | 595.00 |
| Anthony Pacchia | 06/08/23 | Avoidance Action Analysis | Call with J. Flaxer and Traxi and Nola teams re Avoidance Action Analysis | 0.50 | NO CHARGE |
| Matt Tyler | 06/08/23 | Avoidance Action Analysis | Call with JFlaxer, I. Dogani, M. Devorkin, M. Weinstein, A. Pacchia and R. Iommazzo. | 1.50 | $ 375.00 |
| Robert J. Iommazzo | 06/08/23 | Avoidance Action Analysis | Call with J. Flaxer, I. Dogani, M. Devorkin, M. Weinstein, A. Pacchia and M Tyler. | 1.50 | $ 892.50 |
| Matt Tyler | 06/13/23 | Avoidance Action Analysis | 5CP General Ledger - code. | 1.00 | $ 250.00 |
| Matt Tyler | 06/14/23 | Avoidance Action Analysis | Call with R. Iommazzo on 5CP and I. Dogani's email. | 0.50 | $ 125.00 |
| Robert J. Iommazzo | 06/14/23 | Avoidance Action Analysis | Call with M. Tyler re: 5 CP and I. Dogani's email and then subsequent email review | 1.00 | $ 595.00 |
| Anthony Pacchia | 06/15/23 | Avoidance Action Analysis | Case anministration / billing | 0.50 | NO CHARGE |

| Name | Date | Category | Description | Hours | Amount |
|---|---|---|---|---|---|
| Matt Tyler | 06/21/23 | Avoidance Action Analysis | Review report customizations per Ina's request; pull audit report for WWML96 DE LLC as an example for Ina - draft email accordingly. | 1.00 | $ 250.00 |
| Matt Tyler | 06/21/23 | Avoidance Action Analysis | Pull audit report for WWML96 DE LLC as an example for Ina | 0.50 | $ 125.00 |
| Matt Tyler | 06/22/23 | Avoidance Action Analysis | Repull WW Spectra based on Ina's input, format and send | 2.50 | $ 625.00 |
| Robert J. Iommazzo | 06/22/23 | Avoidance Action Analysis | Review of emails from I. Dogani and M. Tyler, and prepare response to I. Dogani | 0.50 | $ 297.50 |
| Matt Tyler | 06/25/23 | Avoidance Action Analysis | Pull audit reports and customozed GLs; format for 15 companies. | 10.00 | $ 2,500.00 |
| Robert J. Iommazzo | 06/26/23 | Avoidance Action Analysis | Review of files M. Tyler sent to me | 1.50 | $ 892.50 |
| Anthony Pacchia | 06/28/23 | Avoidance Action Analysis | Call with I. Dogani and Traxi team re Avoidance Action Analysis | 2.00 | NO CHARGE |
| Matt Tyler | 06/28/23 | Avoidance Action Analysis | Call with JFlaxer, I. Dogani, A. Pacchia and R. Iommazzo re:status update | 2.00 | $ 500.00 |
| Robert J. Iommazzo | 06/28/23 | Avoidance Action Analysis | Call with J. Flaxer, I. Dogani, M. Tyler and A. Pacchia re: status update | 2.00 | $ 1,190.00 |
| Robert J. Iommazzo | 06/28/23 | Avoidance Action Analysis | Preparation of summary excel re: ownerhship of companies | 1.00 | $ 595.00 |
| Anthony Pacchia | 06/29/23 | Avoidance Action Analysis | Call with J. Flaxer, I. Dogani, M. Devorkin, M. Weinstein and R. Iommazzor re: status update | 1.00 | 595.00 |
| Anthony Pacchia | 06/29/23 | Avoidance Action Analysis | Call with J. Flaxer, I. Dogani, M. Devorkin, M. Weinstein and R. Iommazzo | 1.00 | NO CHARGE |
| Robert J. Iommazzo | 06/29/23 | Avoidance Action Analysis | Call with J. Flaxer, I. Dogani, M. Devorkin, M. Weinstein and A. Pacchia re: findings from review of information | 2.00 | $ 1,190.00 |
| Matt Tyler | 06/30/23 | Avoidance Action Analysis | Sort Cash Transactions - Klaynbergs. | 1.00 | $ 250.00 |
| | | | **Totals:** | **62.00** | **$20,602.50** |

## SUMMARY BY TASK

| TASK CODE | TASK NAME | HOURS | AMOUNT |
|---|---|---:|---:|
| | Avoidance Action Analysis | 52.50 | $ 18,817.50 |
| | No Charge | 6.50 | $ - |
| | Case Administration | 1.00 | $ 595.00 |
| | Fee Applications | 2.00 | $ 1,190.00 |
| | **Totals** | **62.00** | **$ 20,602.50** |