**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| JOSEPH KLAYNBERG, | Case No. 22-10165 (MG) |
| Debtor. |  |
| SERIES 2020A OF NAHLA CAPITAL LLC, |  |
| Plaintiff, | Adv. Pro No. 23-01142 (MG) |
| v. |  |
| JOSEPH KLAYNBERG, |  |
| Defendant. |  |

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Roman V. Gambourg to be admitted, *pro hac vice*, to represent Joseph Klaynberg in the above-captioned adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar of the state of New Jersey, it is hereby

**ORDERED** that, Roman V. Gambourg is admitted to practice, *pro hac vice*, in the above-referenced case to represent Joseph Klaynberg in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: New York, New York
September ___, 2023

_____
HONORABLE MARTIN GLENN
UNITED STATES BANKRUPTCY CHIEF JUDGE